# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

ROCA LABS, INC.,

    Plaintiff,

v.                                                                                          Case No: 8:14-cv-2096-T-33EAJ

CONSUMER OPINION CORP. and
OPINION CORP.,

    Defendants.

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

__X__     IS      related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

    Opinion Corp. v. Roca Labs, Inc. (Case No. 1:14-cv-06396-LGS)
    US District Court, Southern District of New York

_____     IS NOT      related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated:

*[signature]*

Counsel of Record or *Pro-Se* Party
  [Address and Telephone]

3625 S. Town Center Dr.
Suite 150
Las Vegas, NV 89135
702-420-2001

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that on September 10, 2014, I served the foregoing **Related Case order and Track Two Notice** through the CM/ECF electronic filing system of the United States District Court the District of Nevada (or, if necessary, by U.S. Mail, first class, postage pre-paid), upon the following:

Paul Berger
P.O. Box 7898
Delray Beach, Florida 33482-7898
Legal5@rocalabs.com

Nicole Freedlander
P.O. Box 402653
Miami Beach, Florida 33140
Nicole@freedlanderlaw.com

Tiffany Fuller
An employee of Randazza Legal Group