**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ROCA LABS, INC.,**

      **Plaintiff,**

**vs.**                                                      **Case No: 8:14-CV-2096-T-33EAJ**

**CONSUMER OPINION**
**CORPORATION, <u>et al.</u>,**

      **Defendants.**

_____/

<u>**ORDER**</u>

Before the Court is Plaintiff Roca Labs, Inc.'s ("Plaintiff's") **Plaintiff's Verified Motion for Entry of a Temporary Injunction and Supporting Memorandum of Law** (Dkt. 5), brought pursuant to Rule 65, Fed. R. Civ. P, and Local Rule 4.06, M.D. Fla., which the Court converted to a Motion for Preliminary Injunction. (Dkt. 7)[1]

It is, upon consideration, **ORDERED** that:

(1)    A hearing on the motion for preliminary injunction  will be held in **Courtroom 11A** of the United States Courthouse, 801 N. Florida Avenue, Tampa, Florida, **at 10:00 a.m. on Wednesday, October 8, 2014** before the undersigned;

(3)    Plaintiff may rely on papers and affidavits served with Plaintiff's Verified Motion for Entry of a Temporary Injunction and Supporting Memorandum of Law (Dkt. 5), which the Court construed as a Motion for Preliminary Injunction (Dkt. 7). <u>See</u> Fed. R. Civ. P. 6(c); Local Rule 4.06(b)(2);

---

[1] The motion for preliminary injunction has been referred to the undersigned for issuance of a report and recommendation. (Dkt. 7)  <u>See</u> 28 U.S.C. § 636; Local Rule 6.01(b)-(c), M.D. Fla.

(4)     Defendant may rely on counter or opposing affidavits and papers and responsive briefs filed with the Clerk's Office and delivered to Plaintiff on or before **September 18, 2014**.  See Fed. R. Civ. P. 6(c); Local Rule 4.06(b)(3);

(5)     No testimony will be received absent court order.  See Local Rule 4.06(b);

(6)     The parties shall confer with each other regarding exhibits and witnesses which may be presented at the hearing;

(7)     The parties shall file a joint pre-evidentiary statement, **no later than three (3) days prior to the hearing**, which includes:

(a)     disclosure of and any objections to proposed exhibits or witnesses, including the grounds for those objections; and

(b)     all facts and issues which are agreed upon by the parties, as well as a statement of disputed issues and facts which must be resolved by the court;

(8)     All exhibits shall be pre-marked for identification prior to the hearing; and

(9)     Local Rule 4.06(b), M.D. Fla., applies except where in conflict with the foregoing provisions.

**DONE AND ORDERED** in Tampa, Florida this 12th day of September, 2014.

ELIZABETH A JENKINS
United States Magistrate Judge

2