# EXHIBIT 6
## Declaration of Tameka Anderson

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROCA LABS, INC.,            Case No: 8:14-cv-2096-T-33EAJ

    Plaintiff,

v.

CONSUMER OPINION CORP. and
OPINION CORP.,

    Defendants.
_____/

**DECLARATION OF TAMEKA ANDERSON IN SUPPORT OF DEFENDANTS'
OPPOSITION TO PLAINTIFF'S MOTION FOR ENTRY OF A TEMPORARY
INJUNCTION**

I, Tameka Anderson, having personal knowledge of the matters set forth herein and being competent to testify about them if called to do so at trial, state as follows:

1. I am a resident of Memphis, Tennessee.

2. Approximately in 2011, I purchased a product sold by Plaintiff Roca Labs, Inc. ("Roca") described by Roca as a "nutraceutical" that would be effective in helping me lose weight.

3. I received two tubs of Roca's product, for which I paid approximately $500.

4. Upon receiving Roca's product, I attempted to use it in accordance with Roca's directions for approximately two weeks.

5. The product was disgustingly thick and had the consistency of silicone. I was thus incapable of swallowing the product in accordance with Roca's directions. I am not sure how any human could swallow it.

6. After attempting to use Roca's product for approximately two weeks, I contacted Roca's customer support service and attempted to return the product.

7. After my inquiry to Roca's customer support service, I was informed by Roca that they would provide no refunds, no matter what.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

Executed this 16th day of September, 2014, in Memphis, Tennessee.

DocuSigned by:
*Tameka Anderson*
5612825005ED470...

Tameka Anderson