# EXHIBIT A



Marc Randazza <mjr@randazza.com>

## Fw: FINAL NOTICE OF BREACH OF CONTRACT – DEMAIDATE ACTION

jennifer.schaive@yahoo.com <jennifer.schaive@yahoo.com>  Mon, Sep 22, 2014 at 5:53 AM
To: mjr@randazza.com

Sent from my Verizon 4G LTE Smartphone

----- Forwarded message -----
From: "Jennifer Schaive" <williams.schaive@yahoo.com>
To: "jennifer.schaive@yahoo.com" <jennifer.schaive@yahoo.com>
Subject: Fw: FINAL NOTICE OF BREACH OF CONTRACT – DEMEDAITE ACTION
Date: Mon, Sep 22, 2014 7:36 AM

On Monday, September 22, 2014 5:20 AM, Paul Berger Esq. <legal5@rocalabs.com> wrote:

ATTN JENNIFER SCHAIVE

This email is to serve as a final notice of your breach of contract with Roca Labs by making negative statements about Roca Labs and demand that you immediately cure this breach. As you are aware, you entered into an agreement with Roca Labs for the purchase of products from us. This agreement contained a binding term that you would not write or say anything negative about the company.   You violated this agreement by posting negative statements about Roca Labs on the Better Business Bureau website. On May 21, 2014 you were sent a letter demanding that you remove these statements.  To date, this letter has been ignored.

This email is to demand that you immediately cure your breach of contract and remove these and all statements that violate your agreement by **4:00 p.m. today**.  I am happy to assist you in removing these statements should you need assistance with the BBB.

In the event that you do not immediately respond to this notice and cure your breach **TODAY**, Roca Labs will IMMEDIATELY take all necessary and appropriate legal action against you to protect our legal rights.

Roca Labs vigorously defends its legal rights and reputation.  I can furnish you with a copy of a lawsuit that was filed last week against a person who breached their agreement with Roca Labs by publishing negative statements on the BBB website.  In that case we are seeking monetary damages, legal fees and injunctive relief.  This may help you make a more informed decision and better understand the legal arguments in your case.

I trust that after you review the matter you will comply with your agreement and remove any

items that are in breach. Please contact me directly should you wish to discuss this matter.

Thank you,

Paul Berger, Esq.


--
Paul Berger, Esq.
Independent General Counsel
Roca Labs, Inc.
Direct 305-998-6150