# EXHIBIT B

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROCA LABS, INC.,                                                  Case No: 8:14-cv-2096-T-33EAJ

       Plaintiff,

   v.

CONSUMER OPINION CORP. and
OPINION CORP.,

       Defendants.
_____/


**DECLARATION OF MARC J. RANDAZZA, ESQ. IN SUPPORT OF OPINION CORP.'S MOTION FOR AN EMERGENCY TEMPORARY RESTRAINING ORDER**

I, Marc J. Randazza, Esq. do declare:

1.     I am the attorney of record in this matter for Defendants, Opinion Corp. and Consumer Opinion Corp., and therefore, have first hand knowledge of the facts contained herein.

2.     Jennifer Schaive provided a declaration in support of Opinion Corp.'s Opposition to Plaintiff's Motion for Preliminary Injunction. ECF 13-3.

3.     On Monday, September 22, 2014, at 5:53 a.m., I received an e-mail forwarded from Jennifer Schaive, which is a demand from Roca Labs, stating that she has 12 hours to remove any and all statements in regards to Roca Labs, or they will file suit against her, as they have done against at least one other who has filed a complaint with the Better Business Bureau. This email is attached hereto as Exhibit A.

4.     At approximately 12:30 p.m. today, I spoke with another former customer of Roca Labs, who stated that she previously purchased the Roca Labs product, was dissatisfied with both the product and the customer service she received from Roca Labs.

5.     As a result of that experience, she publically complained of Roca Labs.

6.     Contemporaneous with her prior complaints, she received a threat from Roca Labs, that if she did not remove the public complaint, that Roca Labs would pursue litigation against her.

7.     When asked if she has recently received a renewed threat from Roca Labs, she stated that she has not.

8.  At this time, I am not disclosing her identity, given Roca Labs' apparent witness intimidation here. However, I will provide the information to the Court, upon request.

9.  AT 12:55 PM, Pacific Time, I searched the Sarasota County Courthouse records, and Roca Labs had not yet filed suit against Ms. Schiave. The search results are attached as Exhibit B.

Sworn under penalty of perjury, this 22nd Day of September 2014.

/s/ Marc J. Randazza

Pioneer TECHNOLOGY GROUP

Username

Password

Remember Me

Login

Please enter math equation answer (to the right of the SEARCH button) when performing search without being logged in.

(/BenchmarkwebCAPS/Home.aspx/About)

Search (/BenchmarkwebCAPS/Home.aspx/Search)

Recent Searches

# Case Search Results

SEARCH

**Search Parameters**

Search Type:

Search:

Cases Found:

Search Time:

CASES

SUMMARY

**(/BenchmarkwebCAPS/CourtCase.aspx/Details/1949734?digest=ZqNklpxDPP1Pq0cETJZ9Kg)**

**Summary**

**Court Type:** Circuit Civil
**Case Type:** CONTRACT AND INDEBTEDNESS - CIRCUIT 2010
**Judge:** BONNER, KIMBERLY CARLTON
**SAO Case #:**
**Agency:**
**Status Date:** 9/19/2014
**Total Fees Due:** 0.00
**Custody Location:**
**Agency Report #:**

**(/BenchmarkwebCAPS/CourtCase.aspx/Details/1938624?digest=jioK8oPJQ/jDloxZoewlEg)**

**Summary**

**Court Type:** Circuit Civil
**Case Type:** DECLARATORY JUDGEMENT - CIRCUIT 2010
**Judge:** WILLIAMS, CHARLES E
**SAO Case #:**
**Agency:**
**Status Date:** 8/28/2014
**Total Fees Due:** 0.00
**Custody Location:**
**Agency Report #:**

**(/BenchmarkwebCAPS/CourtCase.aspx/Details/1117908?digest=0zJCO2/f9RYzdxBZwL0B0g)**

**Summary**

**Court Type:** Circuit Civil
**Case Type:** BUSINESS TORT
**Judge:** BONNER, KIMBERLY CARLTON
**SAO Case #:**
**Agency:**
**Status Date:** 11/13/2012
**Total Fees Due:** 0.00
**Custody Location:**
**Agency Report #:**

type=Name&search=ROCA%20LABS&courtTypes=1%2C2%2C3%2C4%2C6%2C7%2C8%2C10%2C11%2C12%2C15%2C16%2C17%2C19%2C20%2C21%2C22%2C25%2C30%2C33%2C34%2C37%2C38%2

Best viewed in 1366x768 or higher resolution. Copyright 2008 - 2013 Pioneer Technology Group All Rights Reserved.
version 2.6.0.41

Benchmark

