# EXHIBIT 3

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROCA LABS, INC.,                              Case No:  8:14-cv-2096-T-33EAJ

      Plaintiff,

      v.

CONSUMER OPINION CORP. and
OPINION CORP.,

      Defendants.
_____/

### DECLARATION OF JENNIFER SCHAIVE IN SUPPORT OF OPINION CORP.'S MOTION FOR AN EMERGENCY TEMPORARY RESTRAINING ORDER

I, Jennifer Schaive, do declare:

1.    I am a former customer of Roca Labs, and have first hand knowledge of the facts contained herein.

2.    I provided a declaration in support of Opinion Corp.'s Opposition to Plaintiff's Motion for Preliminary Injunction.  ECF 13-3.

3.    On Monday, September 22, 2014, at 5:20 a.m., I received an e-mail from Paul Berger, Esq., attorney for Roca Labs, stating that if I do not remove my complaint that I previously sent to the Better Business Bureau, that Roca Labs would sue me, as they claim to have done before.

4.    Immediately after receiving the e-mail from Paul Berger, I forwarded the e-mail to Marc Randazza.

5.    A true and correct copy of that e-mail is attached as Exhibit 1.

6.    Since May 21, 2014, I have not heard from Roca Labs.

7.    The timing of this threat leads me to believe that it is retaliation for my providing testimony in this case.

8.    This threat places me in fear that Roca Labs will commit other acts to retaliate against me for providing my truthful testimony in this case.

9.      I would like the Court to assure me that Roca Labs will not be permitted to take further actions to try and intimidate me, as I wish to provide complete and honest testimony in this case.

Signed this 22nd day of September, 2014.

DocuSigned by:

*Jennifer Schaive* (signature)

A564998AD63845B...

_____

Jennifer Schaive