UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROCA LABS, INC.,

CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY

Plaintiff,

Vs.

Case No: 8:14-cv-2096-T-33EAJ

CONSUMER OPINION CORP. and
OPINION CORP. d/b/a
PISSEDCONSUMER.COM

Defendants.

_____/

## CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

Notice is hereby given that, subject to approval by the court, ROCA LABS, INC.,

substitutes Jeffrey C. Young, Florida Bar No. 599751 as counsel of record in place of Nicole

Freedlander and Paul Berger.

Contact information for new counsel is as follows:

|            |                           |
|------------|---------------------------|
| Firm Name: | Coyne & Young, P.A.       |
| Address:   | 1620 Main St., Ste.6      |
|            | Sarasota, FL 34236        |
| Telephone: | (941) 539-5327            |
| E-mail:    | jcyoungda@gmail.com       |

I consent to the above substitution.
Date: _____

Don Juravin, Roca Labs, Inc.

I consent to the above substitution.
Date: _____

Nicole Freedlander (Former Attorney)

I consent to the above substitution.
Date: _____

Paul Berger (Former Attorney)

I consent to the above substitution.
Date: _____

Jeffrey C. Young (New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____          _____
                                                    Judge