UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROCA LABS, INC.,

    Plaintiff,

v.                        Case No.  8:14-cv-2096-T-33EAJ

CONSUMER OPINION CORP., and
OPINION CORP.,

    Defendants.
_____/

## ORDER

This cause comes before the Court pursuant to Defendants' Motion for a Temporary Restraining Order, which was filed on September 26, 2014. (Doc. # 19). Defendants request that this Court prevent Plaintiff Roca Labs, Inc., from threatening or otherwise harassing defense witnesses. Accordingly, the Court construes Defendants' Motion as a motion for a protective order.

Pursuant to 28 U.S.C. § 636(b)(1)(A), the Court may designate a Magistrate Judge to hear and determine certain matters.  For purposes of judicial economy and in order to expedite the disposition of the Motion, the Court shall so refer the aforementioned Motion for disposition by the Honorable Elizabeth A. Jenkins.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

Defendants' Motion for a Temporary Restraining Order (Doc. # 19) is hereby referred to the Honorable Elizabeth A. Jenkins for disposition.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>29th</u> day of September, 2014.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to:   All Counsel of Record