**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ROCA LABS, INC.,**

    Plaintiff,

vs.                                        Case No: 8:14-CV-2096-T-33EAJ

**CONSUMER OPINION**
**CORPORATION, et al.,**

    Defendants.
_____/

### ORDER

Motion:    **Motion for Leave of Court to File Affidavit in Support of Motion for Entry of a Temporary Injunction**. (Dkt. 20)

Filing Date:    September 29, 2014.

Disposition:    **DENIED WITHOUT PREJUDICE**. Plaintiff's motion fails to comply with Local Rule 3.01(g), M.D. Fla.

**DONE AND ORDERED** in Tampa, Florida on this 30th day of September, 2014.

_____
ELIZABETH A JENKINS
United States Magistrate Judge