**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ROCA LABS, INC.,**

      **Plaintiff,**

**vs.**                                                  **Case No: 8:14-CV-2096-T-33EAJ**

**CONSUMER OPINION**
**CORPORATION, et al.,**

      **Defendants.**

_____/

**ORDER**

The Court, having reviewed Defendant Consumer Opinion Corporation, et al.'s ("Defendants'") Motion for Protective Order (formerly Motion for Temporary Restraining Order) (Dkt. 19), referred for disposition by the District Judge, hereby **ORDERS** that:

(1)     Plaintiff Roca Labs, Inc., ("Plaintiff") shall file a response to Defendants' Motion for Protective Order on or before **October 3, 2014**.

**DONE and ORDERED** in Tampa, Florida on this 30th day of September, 2014.

ELIZABETH A JENKINS
United States Magistrate Judge