**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ROCA LABS, INC.,**

    **Plaintiff,**

vs.                                                                                              Case No: 8:14-CV-2096-T-33EAJ

**CONSUMER OPINION**
**CORPORATION, et al.,**

    **Defendants.**

_____/

**ORDER**

    Before the Court are Plaintiff Roca Labs, Inc.'s ("Plaintiff's") **Plaintiff's Roca Labs, Inc. Motion to Shorten Time For Defendants Pursuant to Fed. R. Civ. P. 11** (Dkt. 22) and Defendant Consumer Opinion Corporation, et al.'s ("Defendants'") **Opposition to Motion to Shorten Time** (Dkt. 26).

    Plaintiff states it has drafted a motion for sanctions pursuant to Rule Eleven, Fed. R. Civ. P., regarding Defendants' filing of their renewed Motion for Temporary Restraining Order, which the Court has subsequently construed as a Motion for Protective Order. (Dkts. 19, 21)  Plaintiff also states that Defendants desire the Motion for Protective Order (Dkt. 19) to be heard during the previously scheduled hearing on Plaintiff's Motion for Preliminary Injunction, set for October 8, 2014.  Therefore, Plaintiff requests the Court to shorten the twenty-one day notice period required under Rule Eleven, Fed. R. Civ. P., to allow Plaintiff to file the Rule Eleven motion before October 8, 2014.

    However, as Defendants point out, Plaintiff's motion fails to comply with Local Rules 3.01(a) and 3.01(g), M.D. Fla.

Accordingly and upon consideration, it is **ORDERED and ADJUDGED** that:

(1)   Plaintiff's Roca Labs, Inc. Motion to Shorten Time For Defendants Pursuant to Fed. R. Civ. P. 11 (Dkt. 22) is **DENIED without prejudice**.

**DONE and ORDERED** in Tampa, Florida on this 2nd day of October, 2014.

_____
ELIZABETH A JENKINS
United States Magistrate Judge