IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROCA LABS, INC.,

    Plaitiff,                                                        Case No.:  8:14-cv-2096-T-33EAJ

v.

CONSUMER OPINION CORP. and
OPINION CORP. D/B/A
PISSEDCONSUMER.COM
_____/

**NOTICE OF APPEARANCE**

Roca Labs, Inc. ("Roca Labs") hereby gives notice that W Mason, Esquire of Fox Rothschild LLP, will be appearing as counsel of record in the above-referenced action.  Copies of all pleadings and papers filed in this action should be served upon them through CM/ECF and at the address listed below.

                                                                   Respectfully submitted,

                                                                   /s/ W Mason_____
                                                                   W. Mason, Esq.
                                                                   Florida Bar No.:  66229
                                                                   wmason@foxrothschild.com
                                                                   wpbeservice@foxrothschild.com
                                                                   Fox Rothschild LLP
                                                                   Esperante Building, Suite 700
                                                                   222 Lakeview Avenue
                                                                   West Palm Beach, FL 33401
                                                                   (561) 804-4432
                                                                   (561) 835-9602 (facsimile)

                                                                   *Attorneys for Roca Labs, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of October, 2014, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using CM/ECF system which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.

/s/ W Mason
W Mason, Esq.

ACTIVE 27636603v1