UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ROCA LABS, INC.,**

    **Plaintiff,**

vs.                                        Case No: 8:14-CV-2096-T-33EAJ

**CONSUMER OPINION CORPORATION, et al.,**

    **Defendants.**
_____/

## ORDER

On September 12, 2014, the Court ordered the parties to file a joint pre-evidentiary statement no later than three days before the preliminary injunction hearing. (Dkt. 10)  The parties having failed to do so, each party shall show cause in writing **on or before 10:00 a.m. on October 8, 2014**, as to why sanctions should not be imposed.

**DONE AND ORDERED** in Tampa, Florida this 7th day of October, 2014.

ELIZABETH A JENKINS
United States Magistrate Judge