UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES - CIVIL GENERAL**

CASE NO.   8:14-CV-2096-T-33EAJ                    DATE   October 8, 2014

TITLE   Roca Labs, Inc. v. Consumer Opinion Corp, et al.

TIME   10:19 - 12:10               TOTAL

Honorable   ELIZABETH JENKINS           Deputy Clerk   Cathy Morgan

Court Reporter/Tape   Bill Jones                Courtroom   11A

| Attorney for Plaintiff | Attorney for Defendant: | Defendant(s): |
|---|---|---|
| Paul Berger, Esq. | Marc Randazza, Esq. | |
| W. Scott Mason, Esq. | Theresa Haar, Esq. | |

**PROCEEDINGS:**

**PRELIMINARY INJUNCTION HEARING**

The parties responded to the Court's Order to Show Cause (Dkt. 32); Defendants' construed Motion for Protective Order (Dkt. 19), the Court denied the motion without prejudice; Plaintiff's verified Motion for Entry of a Temporary Injunction (Dkt. 5). Plaintiff's Exhibit 1 is admitted. Court takes this matter under advisement and will issue a written order.