UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROCA LABS, INC.,

    Plaintiff,

Vs.

CONSUMER OPINION CORP. and
OPINION CORP. d/b/a
PISSEDCONSUMER.COM

    Defendants.
_____/

**MOTION TO WITHDRAW**

Case No: 8:14-cv-2096-T-33EAJ

## MOTION TO WITHDRAW

**COMES NOW** the undersigned counsel, for Plaintiff, Roca Labs, Inc., and hereby moves this Honorable Court for an Order to Withdraw as Counsel of Record, and in support thereof alleges as follows:

1. On or about September 17th, Plaintiff Roca Labs Inc., retained undersigned counsel to represent them in this legal action.

2. Plaintiff has since retained other counsel and the undersigned has been relieved of his duties.

**WHEREFORE**, the undersigned counsel respectfully request this Honorable Court to allow counsel to withdraw as attorney of record.

Date: October 9, 2014

Respectfully Submitted,

    *Jeffrey C. Young*
Jeffrey C. Young, Bar No.599751
Coyne & Young, P.A.

1620 Main Street, Suite 6
Sarasota, FL 34236
(941) 953-5333
jcyoungda@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been filed with the Clerk of Court using CM/ECF, which will transmit the motion to all counsel of record including Marc Randazza, ecf@randazza.com, Randazza Legal Group, 3625 S. Town Center Drive, Las Vegas, Nevada 89135 this 30th day of September, 2014.

*Jeffrey C. Young*
Jeffrey C. Young, Bar No. 599751
Coyne & Young, P.A.
1620 Main Street, Suite 6
Sarasota, FL 34236
(941) 953-5333
jcyoungda@gmail.com
