UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROCA LABS, INC.,

    Plaintiff,

MOTION TO WITHDRAW

Vs.                                           Case No: 8:14-cv-2096-T-33EAJ

CONSUMER OPINION CORP. and
OPINION CORP. d/b/a
PISSEDCONSUMER.COM

    Defendants.
_____/

## AMENDED AGREED TO MOTION TO WITHDRAW

COMES NOW, the undersigned counsel, for the Plaintiff, ROCA LABS, INC., and hereby moves this Honorable Court to Withdraw as Counsel of Record, and in support thereof alleges as follows:

1. On or About September 17th, 2014, Plaintiff ROCA LABS, Inc., retained undersigned counsel to represent them in this legal action.

2. Plaintiff has since obtained other counsel and the undersigned has been relieved of his duties in this action.

3. Irreconcilable differences have occurred between plaintiff and counsel.

WHEREFORE, the undersigned counsel respectfully request this Honorable Court to allow counsel to withdraw as attorney of record.

Date: October 9, 2014                                Respectfully Submitted,

                                                               ___/s/__Jeff Young_____

Jeffrey C. Young,
Bar No. 0599751
Coyne & Young, P.A.
1620 Main Street, Suite 6
Sarasota, FL 34236
(941) 953-5333
jcyoungda@gmail.com

**CERTIFICATE OF COMPLIANCE WITH RULE 3.01(g)**

I hereby certify that I have conferred with opposing counsel Marc Randazza and he has no objection and is in agreement with this motion.

   */s/  Jeff Young*
Jeffrey C. Young,
Bar No. 0599751
Coyne & Young, P.A.
1620 Main Street, Suite 6
Sarasota, FL 34236
(941) 953-5333
jcyoungda@gmail.com

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been filed with the Clerk of Court using CM/ECF, which will transmit the motion to all counsel of record including Marc Randazza, ecf@randazza.com, Randazza Legal Group, 3625 S. Town Center Drive, Las Vegas, Nevada 89135 this 29th day of September, 2014.

                                                                   ___*/s/ Jeff Young*_____
                                                                   Jeffrey C. Young,
                                                                   Bar No. 0599751
                                                                   Coyne & Young, P.A.
                                                                   1620 Main Street, Suite 6
                                                                   Sarasota, FL 34236
                                                                   (941) 953-5333
                                                                   jcyoungda@gmail.com