**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ROCA LABS, INC.,**

      **Plaintiff,**

**vs.**                                    **Case No.: 8:14-CV-2096-T-33EAJ**

**CONSUMER OPINION CORP., et al.,**

      **Defendants.**

_____/

**ORDER**

Motions:     **Motion to Withdraw** (Dkt. 38), **Amended Agreed Motion to Withdraw.** (Dkt. 39)

Filing Date:    October 9, 2014.

Disposition:    As Jeffrey C. Young, counsel for Plaintiff Roca Labs, Inc., ("Plaintiff") states that irreconcilable differences have occurred between Plaintiff and counsel and that Plaintiff has retained other counsel,[1] Jeffrey C. Young's Amended Agreed Motion to Withdraw (Dkt. 39) is **GRANTED**.  Jeffrey C. Young is relieved of any further responsibility to represent Plaintiff in this case.[2]

     **DONE AND ORDERED** in Tampa, Florida on this 14th day of October, 2014.

---

  [1] The Court notes that W. Scott Mason filed a notice of appearance on behalf of Plaintiff on October 3, 2014. (Dkt. 29)

  [2] Jeffrey C. Young's Motion to Withdraw (Dkt. 38) is **DENIED as moot**.

ELIZABETH A JENKINS
United States Magistrate Judge