UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROCA LABS, INC.,

    Plaintiff,

Vs.

Case No: 8:14-cv-2096-T-33EAJ

CONSUMER OPINION CORP. and
OPINION CORP. d/b/a
PISSEDCONSUMER.COM

    Defendants.
_____/

## MOTION FOR SUBSTITUTION OF COUNSEL

Plaintiff, Roca Labs, Inc. ("Roca"), by and through its undersigned counsel, hereby files this Motion for Substitution of Counsel pursuant to Local Rule 2.03 of the United States District Court for the Middle District of Florida. In support of this Motion, Roca states as follows:

1. On October 3, 2014, W Mason of the law firm, Fox Rothschild, LLP appeared in this action on behalf of Roca. [ECF No. 29].

2. Roca has since hired James T. Hetz as Independent General Counsel for Plaintiff Roca Labs, Inc., to represent and appear for it as counsel in the place and stead of W Mason and Fox Rothschild, LLP. Roca has consented to the substitution of counsel sought here. The Consent to Substitution is attached as Exhibit A.

3. W Mason and Fox Rothschild have given ten (10) days notice to Roca and to opposing counsel of their intent to withdraw as counsel pursuant to Local Rule 2.03.

4. W Mason and the firm of Fox Rothschild, LLP shall henceforth have no further responsibilities in this cause and Roca requests that no further pleadings, motions or papers be served upon Fox Rothschild, LLP in this cause.

5. All pleadings, motions, and other papers should be served upon James T. Hetz, Independent General Counsel for Plaintiff Roca Labs, Inc.

WHEREFORE, Roca Labs, Inc. respectfully requests that the Court issue an order allowing the substitution of counsel.

Dated: October 23, 2014

| | |
|---|---|
| /s/James T Hetz | /s/ W Mason |
| James T. Hetz, Esq. | W Mason, Esq. |
| Florida Bar No. 116051 | Florida Bar No.: 66229 |
| Legal2@rocalabs.com | wmason@foxrothschild.com |
| Independent General Counsel | Fox Rothschild LLP |
| P.O. Box 5309 | Esperante Building, Suite 700 |
| Sarasota, FL, 34277 | 222 Lakeview Avenue |
| (407) 210-6588 (Office) | West Palm Beach, FL 33401 |
| 1(877) 539-6507 (Fax) | (561) 804-4432 |
| | (561) 835-9602 (facsimile) |

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of October, 2014, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.

/s/ W Mason
W Mason, Esq.