UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ROCA LABS, INC.,**

    **Plaintiff,**

vs.                                                           Case No.: 8:14-CV-2096-T-33EAJ

**CONSUMER OPINION CORP., et al.,**

    **Defendants.**

_____/

## ORDER

Before the Court is Plaintiff Roca Labs, Inc's ("Plaintiff's") **Motion for Substitution of Counsel** (Dkt. 42). Plaintiff seeks an order permitting James T. Hetz to appear as counsel in substitution of W Mason and Fox Rothschild, LLP. Plaintiff states that W Mason and Fox Rothschild, LLP, have given ten (10) days notice to Plaintiff and opposing counsel and that Plaintiff has consented to the substitution of counsel

Accordingly and upon consideration, it is **ORDERED and ADJUDGED** that:

(1) Plaintiff's Motion for Substitution of Counsel (Dkt. 42) is **GRANTED** and James T. Hetz shall appear as counsel; and

(2) W Mason and Fox Rothschild, LLP, are relieved of any further responsibility to represent Plaintiff in this case.

**DONE and ORDERED** in Tampa, Florida on this 28th day of October, 2014.

_____
ELIZABETH A JENKINS
United States Magistrate Judge