UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROCA LABS, INC.,

    Plaintiff,                                                    Case No: 8:14-cv-2096-T-33EAJ

Vs.

CONSUMER OPINION CORP. and
OPINION CORP. d/b/a
PISSEDCONSUMER.COM

    Defendants.
_____/

**NOTICE OF PENDENCY OF OTHER ACTIONS**

    In accordance with Local Rule 1.04(c), I certify that the instant action:

__ IS         related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal of State court, or administrative agency as indicated below:

__X__ IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

    I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party.

RESPECTFULLY SUBMITTED this 29th Day of October, 2014.

                                          By: /s/ *James T. Hetz*
                                                 James T. Hetz
                                                 Florida Bar No. 116051
                                                 ROCA LABS, INC.
                                                 Independent General Counsel
                                                 P.O. Box 5309
                                                 Sarasota, FL, 34277
                                                 (407) 210-6588 (Office)
                                                 1(877) 539-6507 (Fax)
                                                 Legal2@rocalabs.com (Email)
                                                 Attorney for Plaintiff

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 28, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/EFC system which will send a notice of electronic filing to all counsel of record.

                                  /s/ *James T. Hetz*
                                  James T. Hetz