UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROCA LABS, INC.,

      Plaintiff,                                    Case No: 8:14-cv-2096-T-33EAJ

Vs.

CONSUMER OPINION CORP. and
OPINION CORP. d/b/a
PISSEDCONSUMER.COM

      Defendants.

_____/

**AGREED MOTION TO CONTINUE CASE MANAGEMENT
HEARING AND WAIVE IN PERSON REQUIREMENT
UNDER LOCAL RULE 3.05(c)(3)(A)**

NOW COMES Plaintiff ROCA LABS, INC. and Defendants, CONSUMER OPINION

CORP. and OPINION CORP, by their respective Counsel of Record, and moves this Court to

continue the November 4, 2014 Case Management Hearing and waive in person meeting

requirement under Local Rule 3.05(c)(3)(A), on the following grounds:

I.

All parties received the Hon. Elizabeth A. Jenkins Report and Recommendation

regarding Plaintiff's Verified Motion for Entry of a Temporary Injunction and Supporting

Memorandum of Law and Defendant Consumer Opinion Corporation, et al.'s ("Defendants'")

Defendants' Opposition to Plaintiff's Motion for Entry of Temporary Injunctions on October 29,

2014.

II.

In consideration of the issues raised in the Report and Recommendation all parties

require additional time to prepare for and conduct a telephone conference regarding the parties

proposed Case Management Reports.  Furthermore, Plaintiff's counsel's office is in Orlando,

Florida and Defendants' counsel's office is in Nevada.

WHEREFORE, Plaintiff and Defendants pray that this Court continue the November 4,

2014 Case Management Hearing and waive in person meeting requirement under Local Rule

3.05(c)(3)(A).


RESPECTFULLY SUBMITTED this 30th Day of October, 2014.


/s/James T Hetz_____          /s/ Marc J. Randazza _____
James T. Hetz, Esq.                Marc J. Randazza, Esq.
Florida Bar No. 116051             Florida Bar No.:  625566
ROCA LABS, INC.                    RANDAZZA LEGAL CROUP
Independent General Counsel        3625 South Town Center Dr.
P.O. Box 5309                      Las Vegas, Nevada 89135
Sarasota, FL, 34277                702-420-2001 (Office)
(407) 210-6588 (Office)            305-437-7662 (Fax)
1(877) 539-6507 (Fax)              ecf@randazza.com (Email)
Legal2@rocalabs.com (Email)


## CERTIFICATION OF MEET AND CONFER

Pursuant to Local Rule 3.01(g), Counsel for Defendants met and conferred with counsel

for the Plaintiff.  Both counsel are in agreement with the requests made by this motion.


/s/ James T. Hetz_____
James T. Hetz


2

## CERTIFICATE OF SERVICE

       I hereby certify that on October 30, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/EFC system which will send a notice of electronic filing to all counsel of record.

/s/ *James T. Hetz*
James T. Hetz