UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROCA LABS, INC.,

    Plaintiff,                                        Case No: 8:14-cv-2096-T-33EAJ

Vs.

CONSUMER OPINION CORP. and
OPINION CORP. d/b/a
PISSEDCONSUMER.COM

    Defendants.
_____/

**AMENDED NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(c), I certify that the instant action:

  X   IS       related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal of State court, or administrative agency as indicated below:

*Opinion Corp. v. Roca Labs, Inc. and Roca Labs Nutraceuticals, Inc.*, United States District Court for the Southern District of New York, 1:14-cv-06396-LGS. Defendant seeking Declaratory Action against Plaintiff. Count IV appears to be related insofar as it seeks *Declaratory Judgment of Non-Liability Based on 28 U.S.C. §2201* for unidentified content involving Plaintiff and posted on Defendant's website.

  \_\_\_\_  IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party.

RESPECTFULLY SUBMITTED this 6th Day of November, 2014.

                                                          By: /s/ *James T. Hetz*
                                                             James T. Hetz
                                                             Florida Bar No. 116051
                                                             ROCA LABS, INC.
                                                             Independent General Counsel
                                                             P.O. Box 5309
                                                             Sarasota, FL, 34277
                                                             (407) 210-6588 (Office)
                                                             1(877) 539-6507 (Fax)
                                                             Legal2@rocalabs.com (Email)
                                                             Attorney for Plaintiff

2

## CERTIFICATE OF SERVICE

      I hereby certify that on November 6, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/EFC system which will send a notice of electronic filing to all counsel of record.

                                                              /s/ *James T. Hetz*  
                                                             James T. Hetz