**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

ROCA LABS, INC.,                                   Case No: 8:14-cv-2096-T-33EAJ

       Plaintiff,

  v.

CONSUMER OPINION CORP. and
OPINION CORP.,

       Defendants.

_____/

**<u>AMENDED NOTICE OF RELATED CASES</u>**

     DEFENDANTS, OPINION CORP & CONSUMER OPINION CORP. (collectively "Opinion Corp."), hereby file its Amended Notice of Related Cases.

     On 10 September 2014, Opinion Corp. filed its Notice of Related Cases, notifying this Court of the case of *Opinion Corp. v. Roca Labs, Inc.*, Case No.: 1:14-CV-06396-LGS, currently pending in the United States District Court, Southern District of New York. See ECF 008.

     Since that time, additional cases have been filed, which are related to this case, and should be brought to this Court's attention.

     Attached hereto as Exhibit 1 is the operative complaint filed by Roca Labs in the case *Roca Labs, Inc. v. Schaive et al.*, Circuit Court of the 17th Judicial Circuit, in and for Broward County, Florida, Case No.: CACE 14-020786. This is a complaint filed by Roca Labs against Jennifer Schaive, a witness in this case, as contemplated in ECFs 015 and 019, as well as two other parties.

**RANDAZZA** | LEGAL GROUP

Attached hereto as Exhibit 2 is a complaint filed by Roca Labs in the case *Roca Labs, Inc. v. King*, Circuit Court of the 12th Judicial Circuit, in and for Sarasota County, Florida, Case No.: 2014-CA-005489 NC.  This is a complaint filed by Roca Labs against a former customer for negatively commenting about her experiences with Roca Labs.

Attached hereto as Exhibit 3 is the complaint filed by Roca Labs in the case *Roca Labs, Inc. v. Marc Randazza*, Circuit Court of the 13th Judicial Circuit, in and for Hillsborough County, Florida, Case No.: 2014-CA-011251.  This is a complaint filed by Roca Labs against the undersigned, suing for defamation and tortious interference based on statements made during the course of this litigation.

Attached hereto as Exhibit 4 is the complaint Don Juravin, Vice President of Roca Labs, filed with the Nevada Attorney General's Office against the undersigned, accusing the undersigned of engaging in bribery of a public official.  Attached hereto as Exhibit 5 is the Attorney General's Office's letter determining that the complaint was unfounded and the matter has been closed.

Respectfully Submitted,

*Marc J. Randazza*
_____
Marc J. Randazza, Esq.
Florida Bar No. 625566
RANDAZZA LEGAL GROUP
3625 S. Town Center Drive
Las Vegas, Nevada 89135
Tele:  702-420-2001
Fax: 305-437-7662
Email: ecf@randazza.com

Amended Notice of Related Cases

CASE NO.: 8:14-cv-2096-T-33EAJ

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on 11 November 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that a true and correct copy of the foregoing document is being served upon: Paul Berger, Esq. and James Hetz, Esq., counsel for Plaintiff, via transmission of Notices of Electronic Filing generated by CM/ECF.

_____
An employee / agent of
RANDAZZA LEGAL GROUP

RANDAZZA | LEGAL GROUP