# EXHIBIT 5



## STATE OF NEVADA

## OFFICE OF THE ATTORNEY GENERAL

100 North Carson Street
Carson City, Nevada 89701-4717

**CATHERINE CORTEZ MASTO**
*Attorney General*

**KEITH G. MUNRO**
*Assistant Attorney General*

**Thom Gover**
*Acting Chief of Staff*

October 21, 2014

Mr. Don Juravin
P.O Box 5939
Sarasota, Florida 34227

Dear Mr. Juravin:

I am responding to the complaint you delivered to our Public Integrity Unit. In your complaint you allege Senator Justin Jones "may" have accepted a bribe for the introduction and passage of Senate Bill 286 known as the Nevada Anti-SLAPP Law. The evidence you provided with your complaint is a copy of a blog page authored by Marc Randazza, which you believe could be construed as an admission that Randazza bribed Senator Justin Jones.

After reviewing your complaint we have concluded that your theory of the offense does not rise to the level of a crime. In addition, the evidence submitted is speculative in nature and does not provide sufficient basis to prove a crime of bribery. Therefore this office will not be opening a criminal investigation.

Thank you for contacting our office.

Sincerely,

CATHERINE CORTEZ MASTO
Attorney General

By:

Dale Liebherr
Chief of Investigations