UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROCA LABS, INC.,

    Plaintiff,                                       Case No: 8:14-cv-2096-T-33EAJ

Vs.

CONSUMER OPINION CORP. and
OPINION CORP. d/b/a
PISSEDCONSUMER.COM

    Defendants.
_____/

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURESTATEMENT**

    I hereby disclose the following pursuant to this Court's interested persons order:

1.)     the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    Roca Labs, Inc. - Plaintiff

    Consumer Opinion Corp.- Defendant

    Opinion Corp. – Defendant

    Michael Podolsky

    Alex Syrov

    Joanna Simpson

    George C. Whiting

    Roca Labs Nutraceutical USA, Inc.

    Don Juravin

2.)     the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    None known.

3.)   the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee in bankruptcy cases:

   None known.

4.)   the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

   None known.

   I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the court in writing of learning of any such conflict.

RESPECTFULLY SUBMITTED this 11th Day of November, 2014.

By: /s/ *James T. Hetz*
James T. Hetz
Florida Bar No. 116051
ROCA LABS, INC.
Independent General Counsel      .
P.O. Box 5309
Sarasota, FL, 34277
(407) 210-6588 (Office)
1(877) 539-6507 (Fax)
Legal2@rocalabs.com (Email)
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

   I hereby certify that on November 11, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/EFC system which will send a notice of electronic filing to all counsel of record.

/s/ *James T. Hetz*
James T. Hetz