UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROCA LABS, INC.,   Case No:  8:14-cv-2096-T-33EAJ

    Plaintiff,

v.

CONSUMER OPINION CORP. and
OPINION CORP.,

    Defendants.
_____/

# UNOPPOSED MOTION FOR RONALD D. COLEMAN
## TO APPEAR *PRO HAC VICE*

DEFENDANTS, OPINION CORP & CONSUMER OPINION CORP., hereby respectfully request, pursuant to Rule 2.02 of the Local Rules of the United States District Court for the Middle District of Florida, that this Court permit Ronald D. Coleman, Goetz Fitzpatrick LLP, One Penn Plaza, Suite 3100, New York, NY 10119, to appear and practice in this Court in the above-entitled action as co-counsel for Defendants Opinion Corp. and Consumer Opinion Corp.  Defendants submit the following Memorandum in support of this Motion.

Ronald D. Coleman is a member in good standing in the bars of the following courts:

New York (admitted 1989)

New Jersey (admitted 1989)

Ronald D. Coleman is a member of the bar in good standing in every jurisdiction where he has been admitted, and there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction.

The appearance and active participation of Ronald D. Coleman is necessary for the thorough and effective presentation of Defendants' defense in this matter.  Mr. Coleman is counsel of record on behalf of Opinion Corp. in the Southern District of New York complaint for declaratory judgment, that is currently pending against Roca Labs.

Pursuant to Local Rule 2.02, Ronald D. Coleman designates Marc J. Randazza, Esq., who maintains an office in the State of Florida for the practice of law, and is the attorney of record in this matter, as local counsel.

Ronald D. Coleman's Certificate in Support of this Motion is attached here as Exhibit 1.

The undersigned has conferred with James Hetz, counsel for Plaintiff and represents to the Court that Plaintiff has no objection to the granting of this Motion.

Based on the foregoing, Defendants respectfully request that the Court grant this Motion to Appear *Pro Hac Vice* on behalf of Ronald D. Coleman.

    Respectfully Submitted,

    *Marc J. Randazza*
    _____
    Marc J. Randazza, Esq.
    Florida Bar No. 625566
    RANDAZZA LEGAL GROUP
    3625 S. Town Center Drive
    Las Vegas, Nevada 89135
    Tele:  702-420-2001
    Fax: 305-437-7662
    Email: ecf@randazza.com

CASE NO.: 8:14-cv-2096-T-33EAJ

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on 13 November 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that a true and correct copy of the foregoing document is being served upon: Paul Berger, Esq. and James Hetz, Esq., counsel for Plaintiff, via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                      /s/ T. Waan
                                                      An employee / agent of
                                                      RANDAZZA LEGAL GROUP