**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ROCA LABS, INC.,**

    **Plaintiff,**

**vs.**                                                                                     **Case No.: 8:14-CV-2096-T-33EAJ**

**CONSUMER OPINION CORP., et al.,**

    **Defendants.**
_____/

## ORDER

Before the Court is Defendant Consumer Opinion Corp., et al.'s ("Defendants'") **Unopposed Motion for Ronald D. Coleman to Appear Pro Hac Vice**. (Dkt. 54) Defendants request that this Court permit Ronald D. Coleman to appear pro hac vice with Marc J. Randazza designated as local counsel pursuant to Local Rule 2.02(a), M.D. Fla.

Defendants state that Ronald D. Coleman is a member in good standing of the bars of New York and New Jersey. However, Defendants have not stated whether Ronald D. Coleman is a member of any United States District Court and have not attached a certificate of good standing from any federal court. Further, while Defendants state that Marc J. Randazza maintains an office in the State of Florida, it is not clear that Marc J. Randazza is a resident of Florida, as required by Local Rule 2.02(a), M.D. Fla.[1]

Upon consideration, it is **ORDERED and ADJUDGED** that Defendants' Unopposed Motion for Ronald D. Coleman to Appear Pro Hac Vice (Dkt. 54) is **DENIED without prejudice**.

_____

[1] The Court notes that Mr. Randazza's signature line shows a Las Vegas, Nevada, address.

**DONE and ORDERED** in Tampa, Florida on this 14th day of November, 2014.

ELIZABETH A JENKINS
United States Magistrate Judge