UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROCA LABS, INC.,

    Plaintiff,

v.                                Case No. 8:14-cv-2096-T-33EAJ

CONSUMER OPINION CORP., and
OPINION CORP.,

    Defendants.
_____/

**ORDER**

This cause comes before the Court pursuant to the October 28, 2014, Report and Recommendation of the Honorable Elizabeth A. Jenkins, United States Magistrate Judge, (Doc. # 43), in which Judge Jenkins recommends that Plaintiff Roca Lab Inc.'s Verified Motion for Entry of a Temporary Injunction and Supporting Memorandum of Law (Doc. # 5) be denied. As of this date, there has been no objection to the Report and Recommendation, and the time for Roca Labs Inc. to file such objection has passed.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v.

Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Hous. v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

After conducting a careful and complete review of the findings, conclusions, and recommendations, and giving *de novo* review to matters of law, the Court accepts the factual findings and legal conclusions of the Magistrate Judge and the recommendation of the Magistrate Judge.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Report and Recommendation of the Honorable Elizabeth A. Jenkins, United States Magistrate Judge (Doc. # 43) is **ADOPTED**.

(2) Roca Lab Inc.'s Verified Motion for Entry of a Temporary Injunction and Supporting Memorandum of Law (Doc. # 5) is **DENIED.**

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 16th day of November, 2014.

*[signature]*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:   All Counsel of Record