UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROCA LABS, INC.,　　　　　　　　　　　　　Case No: 8:14-cv-2096-T-33EAJ

　　　　Plaintiff,

　　v.

CONSUMER OPINION CORP. and
OPINION CORP.,

　　　　Defendants.
_____/

## MOTION TO STRIKE AND SUBSTITUTE ECF 52-1

DEFENDANTS, OPINION CORP & CONSUMER OPINION CORP., by and through its undersigned counsel, hereby move to strike and substitute ECF Docket No. 52-1.

Defendants filed its Amended Notice of Related Cases on 11 November 2014. *See* ECF 52. Attached as Exhibit 1 to the Notice was the Complaint filed in the *Roca Labs v. Schaive, et al.*, Case No. CACE 14-020786. See ECF No. 52-1.

Defendants have discovered that the ECF 52-1 contains personally identifying information, such as medical health information, as it pertains to defendants in that case.

Attached hereto as **Exhibit 1** is the redacted version of the *Roca Labs v. Schaive et al.* Complaint. Attached hereto as **Exhibit 2** is a letter from Darren Spielman, Esq., counsel for the Defendants in the *Roca Labs v. Schaive, et al.* matter, wherein he addresses the aforementioned privacy concerns.

Based on the foregoing, Defendants respectfully request that the Court enter an Order directing the Clerk of Court to substitute the attached redacted Exhibit 1 in place of ECF 52-1.

Dated this 4th day of December, 2014.

    Respectfully Submitted,

    *s/ Marc J. Randazza*_____
Marc J. Randazza, Esq.
Florida Bar No. 625566
RANDAZZA LEGAL GROUP
3625 S. Town Center Drive
Las Vegas, Nevada 89135
Tele: 702-420-2001
Fax: 305-437-7662
Email: ecf@randazza.com
*Attorney for Defendants*

CASE NO.: 8:14-cv-2096-T-33EAJ

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 4th day of December, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that a true and correct copy of the foregoing document is being served upon counsel for Plaintiff, via transmission of Notices of Electronic Filing generated by CM/ECF.

 s/ Brandon Dalby
An employee / agent of
RANDAZZA LEGAL GROUP
