# EXHIBIT 2

# EXHIBIT 2

# Kain Spielman
Intellectual Property Attorneys

## COMPLEXIP.COM

Patent - Trademark - Copyright - Computer Law
Trade Secret - Domain Disputes - Defamation

900 Southeast Third Avenue, Suite 205
Fort Lauderdale, Florida 33316
Telephone:  (954) 768-9002
Facsimile:    (954) 768-0158

www.ComplexIP.com®

Robert C. Kain, Jr.    rkain@ComplexIP.com
Darren Spielman   dspielman@ComplexIP.com

**Via Email Only**
November 14, 2014

Marc John Randazza,
Randazza Legal Group
3625 South Town Center Drive
Las Vegas, NV 89135
Tel: 702-420-2001
mjr@randazza.com

Re:   *Roca Labs, Inc. vs. Jennifer Schaive, Melissa Richman and Loren Maccario*
Case No. CACE 14-020786, Fla. State Court, 17th Judicial Circuit, Broward County, Florida
*Roca Labs, Inc. vs. Jennifer Schaive, Melissa Richman and Loren Maccario*
0:14-cv-62606-XXXX (Southern District of Florida)

Our Ref.: 5265-01

Dear Mr. Randazza:

    This law firm represents the interests of Jennifer Schaive, Melissa Richman and Loren Maccaro in the matter of Roca Labs, Inc. vs. Jennifer Schaive, Melissa Richman and Loren Maccario Case No. CACE 14-020786, Fla. State Court, 17th Judicial Circuit, Broward County, Florida and Roca Labs, Inc. vs. Jennifer Schaive, Melissa Richman and Loren Maccario 0:14-cv-62606-XXXX  (Judge currently unassigned).

    It has come to our attention that you represent Opinion Corp in Roca Labs v. Opinion Corp, 8:14-cv-02096-VMC-EAJ (MD Fla).  In reviewing the docket, something you filed (Dkt. 52-1) raises some concerns for my clients, as we believe that there is information in that exhibit which violates my clients' privacy rights.

    My clients are certain that you meant no offense in doing so.  In fact, it appears that you merely filed a document that was a matter of public record.  As it was filed by a member of the bar, you had every reasonable basis to believe that re-filing it in another case was perfectly proper.

November 14, 2014
Page 2

However, if you review the document carefully, it contains personal information, protected by my clients' right to privacy, as well as rights protected under HIPAA. While Roca Labs is not a traditional medical provider, it held itself out as one when my clients interacted with it, by having them fill out a medical health questionnaire. Therefore, we believe that HIPAA disclosure laws govern the information in this document.

We request that you file a request in your matter that the Court remove the version of Dkt. 52-1 and replace it with the redacted version that I have attached to this letter. Please do so as soon as possible.

It is our presumption that you filed your version in good faith. Now that you are aware of this, we are confident that there is no cause for us to place any conditions or threats toward you in this letter, as we have no doubt that your professionalism will compel you to comply.

Sincerely,

/s/Darren Spielman
Darren Spielman
for the Firm

K:\RCK\CLIENTS\Roca-v-Schaive\letter-DJS-to-Randazza-redaction.wpd