UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROCA LABS, INC.,                                              Case No: 8:14-cv-2096-T-33EAJ

        Plaintiff,

    v.

CONSUMER OPINION CORP. and
OPINION CORP.,

        Defendants.
_____/

### MOTION TO STRIKE AND SUBSTITUTE ECF 52-1

DEFENDANTS, OPINION CORP & CONSUMER OPINION CORP., by and through its undersigned counsel, hereby move to strike and substitute ECF Docket No. 52-1.

Defendants filed its Amended Notice of Related Cases on 11 November 2014. *See* ECF 52. Attached as Exhibit 1 to the Notice was the Complaint filed in the *Roca Labs v. Schaive, et al.*, Case No. CACE 14-020786. See ECF No. 52-1.

Defendants have discovered that the ECF 52-1 contains personally identifying information, such as medical health information, as it pertains to defendants in that case.

Attached hereto as **Exhibit 1** is the redacted version of the *Roca Labs v. Schaive et al.* Complaint. Attached hereto as **Exhibit 2** is a letter from Darren Spielman, Esq., counsel for the Defendants in the *Roca Labs v. Schaive, et al.* matter, wherein he addresses the aforementioned privacy concerns.

Based on the foregoing, Defendants respectfully request that the Court enter an Order directing the Clerk of Court to substitute the attached redacted Exhibit 1 in place of ECF 52-1.

The undersigned certifies that pursuant to Local Rule 3.01(g), on 15 November 2014, the undersigned contacted James Hetz, Esq., counsel for Roca Labs, via e-mail, seeking to meet and confer, prior to filing the instant motion. No response was ever received from Mr. Hetz. On 9 December 2014, the undersigned again contacted Mr. Hetz to seek his consent to file this Motion, Mr. Hetz has again refused to meet and confer. Moreover, given the importance of protecting the privacy rights of the innocent third parties named in ECF 52-1, any prolonged delay only serves to harm those

/ / / / /


/ / / / /

individuals.  Based on the foregoing, the parties have been unable to meet and confer here.

Dated this 10th day of December, 2014.

                      Respectfully Submitted,

                      *s/ Marc J. Randazza*_____
Marc J. Randazza, Esq.
Florida Bar No. 625566
RANDAZZA LEGAL GROUP
3625 S. Town Center Drive
Las Vegas, Nevada 89135
Tel: 702-420-2001
Fax: 305-437-7662
Email: ecf@randazza.com
*Attorney for Defendants*

CASE NO.: 8:14-cv-2096-T-33EAJ

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 10th day of December, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that a true and correct copy of the foregoing document is being served upon counsel for Plaintiff, via transmission of Notices of Electronic Filing generated by CM/ECF.

 *s/ Brandon Dalby*
An employee / agent of
RANDAZZA LEGAL GROUP

RANDAZZA | LEGAL GROUP