UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROCA LABS, INC.,

    Plaintiff,                                                   Case No: 8:14-cv-2096-T-33EAJ

Vs.

CONSUMER OPINION CORP. and
OPINION CORP. d/b/a
PISSEDCONSUMER.COM

    Defendants.
_____/

## RESPONSE TO MOTION TO STRIKE

    COMES NOW, James T. Hetz, as counsel for ROCA LABS, INC., in the above referenced case and here by files this Response to Defendants' Motion to Strike.

    Undersigned counsel, having reviewed the motion and exhibits, states that there is no objection to the Defendant's Motion to Strike.

                                                     Respectfully submitted,

                                                     **/s/ James T. Hetz_____**
                                                     James T. Hetz
                                                     Florida Bar No. 116051
                                                     P.O. Box 5309
                                                     Sarasota, Florida  34277
                                                     (407) 210-6588 Telephone
                                                     1-(877) 539-6507 Facsimile
                                                     E-mail: Legal2@RocaLabs.com
                                                     Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 15, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/EFC system which will send a notice of electronic filing to all counsel of record.

                                  **/s/ James T. Hetz**
                                  James T. Hetz