IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROCA LABS, INC.,                                       Case No.: 8:14-cv-2096-T-33EAJ

      Plaintiff,
v.

CONSUMER OPINION CORP. and
OPINION CORP., d/b/a
PISSEDCONSUMER.COM,

      Defendant.
_____/

## NOTICE OF APPEARANCE

**YOU ARE HEREBY NOTIFIED** that the undersigned attorney does hereby enter his appearance as an attorney of record for the Plaintiff, Roca Labs, Inc., ("Roca Labs") in the above styled-cause, and you are hereby requested to furnish the undersigned with copies of all future pleadings, motions, orders, etc., in this cause should be served upon said counsel through CM/ECF and at the address listed below.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was e-filed with the Clerk of Court via CM/ECF system, which will send an electronic copy of the same to all counsel of record that are registered with the Court's CM/ECF system this 15th day of January 2015.

                                                /s/ James Roscoe Tanner
                                                James Roscoe Tanner, Esquire
                                                Florida Bar No.: 0637246
                                                AskALaw, LLC
                                                tannerattorney@gmail.com

callmyattorney@aol.com  
askalawtampa@gmail.com  
Post Office Box 260156  
Tampa, Florida 33685  
(813) 322-3565  
Attorneys for Roca Labs, Inc.
