IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROCA LABS, INC.,                                    Case No.: 8:14-cv-2096-T-33EAJ

       Plaintiff,

v.

CONSUMER OPINION CORP. and
OPINION CORP., d/b/a
PISSEDCONSUMER.COM,

       Defendant.

_____/

## NOTICE/MOTION FOR COURT ENFORCEMENT OF LOCAL RULES AND FOR APPROPRIATE SANCTIONS

NOW COMES the Plaintiff, Roca Labs, Inc., ("Roca Labs") in the above styled-cause, by and moves the court to enforce its local rules and for appropriate sanctions and as grounds would show:

1.  The undersigned counsel having just been recently retained to represent the plaintiff in the instant matter sought review of the record in which it appears that every material document of the defendants has been signed by attorney Marc Randazza.

2.  Pursuant to Local Rule 2.01 , an attorney is prohibited from appearing before this Court unless the attorney has been generally admitted to practice before the Middle District of Florida and is member of The Florida Bar or is a member in good standing of the bar of a district court outside Florida and has been specially admitted to practice before it, pursuant to Local Rule 2.02.

3.   The Middle District Court's website does not show attorney Randazza as being a member of this Court during the pendency of the instant matter as required under Rule 2.01.

4.   It also appears that Randazza has failed to comply with the requirements of Local Rule 2.02  as specially admitted attorney in that no  "Written Designation and Consent-To-Act on the part of some member of the bar has been filed as required.

5.   This Court has the inherent power to enforce its Rules to include striking the defendants pleadings or until counsel has been admitted to practice in the Middle District of Florida or otherwise determine an appropriate sanction until he has filed, and this Court has granted, a motion to appear pro hac vice. <u>Abdelgalel v. U.S. Atty. Gen.</u>, 443 F. App'x. 458 (11th Cir. 2011).

## LOCAL RULE 3.01 CERTIFICATION

This Notice/Motion is made pursuant to enforcement of the Court's Local Rules in which all counsel appearing before this Court must comply with these rules irrespective of whether or not there is agreement or opposition notwithstanding.

**WHEREFORE**, the Plaintiff requests that the Court exercise its inherent power to enforce its Rules accordingly to ensure compliance with this Court's Rules.

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a copy of the foregoing was e-filed with the Clerk of Court via CM/ECF system, which will send an electronic copy of the same to all counsel of record that are registered with the Court's CM/ECF system this 20th day of January 2015.

/s/ <u>James Roscoe Tanner</u>

James Roscoe Tanner, Esquire
Florida Bar No.: 0637246
AskALaw, LLC
tannerattorney@gmail.com
callmyattorney@aol.com
askalawtampa@gmail.com
Post Office Box 260156
Tampa, Florida 33685
(813) 322-3565
Attorneys for Roca Labs, Inc.