UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROCA LABS, INC.,                            Case No: 8:14-cv-2096-T-33EAJ

         Plaintiff,

    v.

CONSUMER OPINION CORP. and
OPINION CORP.,

         Defendants.
_____/

## DEFENDANTS' RESPONSE TO THE ORDER TO SHOW CAUSE

    Defendants hereby respond to the Court's Order to Show Cause, ECF 90.

    Marc Randazza became aware for the first time that his admission to the Middle District of Florida had recently lapsed after Plaintiff filed ECF 81, Motion for Sanctions. Attached as Exhibit 1 is the declaration of Marc J. Randazza. Mr. Randazza is an attorney in good standing with the Florida bar. Randazza Decl. ¶2. Furthermore, Mr. Randazza was first admitted to practice to practice in the Middle District in 2003. Randazza Decl. ¶3. Attached as Exhibit 2 is a copy of Mr. Randazza's application for Admission to the Middle District of Florida, including Mr. Randazza's original certificate of admission. Exhibit 3 is the receipt demonstrating that Mr. Randazza has paid the filing fee to seek re-admission.

    Mr. Randazza *was aware* that his renewal fee came due during the Summer of 2014. Randazza Decl. ¶4. Mr. Randazza directed his secretary to pay the $20 fee, and ensure that his admission status was kept up to date. Randazza Decl. ¶4. Unbeknownst to Mr. Randazza, that renewal fee was never paid. Randazza Decl. ¶6. There was no realistic way for Randazza to know that his registration had lapsed, since his ECF privileges continued to function, without

1

deviation, thus creating the mistaken impression that the task had been completed. Randazza Decl. ¶5-6. Mr. Randazza has since terminated that support staff member for failing to follow through on explicit instructions of this type, and therefore is confident that this was an isolated incident not susceptible to repetition. Randazza Decl. ¶7.

At this time, Mr. Randazza's application for readmission to the Middle District of Florida is pending, and this Court has granted Mr. Randazza's Motion Requesting a Telephonic Hearing for the Court swear Mr. Randazza in, completing his application for re-admission to the Middle District has been filed with the Court as well. See ECF 91 and 92.

Mr. Randazza fully accepts responsibility, and apologizes to the Court, for failing to maintain his admission status with the Middle District, as support staff errors are still attributable to the supervising attorney, and the buck stops with him. However, an administrative oversight does not warrant punishing *Defendants* with such severe sanctions as striking the appearance of Mr. Randazza and striking his filings, and such a sanction is illogical. Mr. Randazza accepts that should the Court feel that sanctions are warranted, that any such sanctions should be visited upon him personally, but not upon his clients.

This case was removed to Federal Court on August 26, 2014, and according to the Attorney Admissions Clerk with the Middle District of Florida, Tampa division office, Mr. Randazza's admission status was in good standing up until the end of September 2014. Randazza Decl. ¶9-10. Therefore, Mr. Randazza removed this case while an active member of the Middle District, and maintained this case under the good faith belief that he continued to be in good standing.

/ / /

/ / /

2

At this time, Mr. Randazza is taking all necessary steps to be re-admitted to the Middle District of Florida, including filing for re-admission, paying the new filing fee, and scheduling a telephonic hearing to be sworn in, completing his re-admission.

Dated:  January 23, 2015                    Respectfully Submitted,

  _s/Jason A. Fischer_
Jason A. Fisher, Esq.
Florida Bar No. 68762
RANDAZZA LEGAL GROUP
2 S. Biscayne Blvd., Suite 2600
Miami, Florida 33131
Tele:  702-420-2001
Fax: 305-437-7662
Email: ecf@randazza.com


Marc J. Randazza, Esq.
Florida Bar No. 625566
*Middle District Re-admission Pending*
RANDAZZA LEGAL GROUP
3625 S. Town Center Drive
Las Vegas, Nevada 89135
Tele:  702-420-2001
Fax: 305-437-7662
Email: ecf@randazza.com


Ronald D. Coleman, Esq.
*Pro Hac Vice*
GOETZ FITZPATRICK LLP
One Penn Plaza, Suite 3100
New York, New York 10119
Tele: 212-695-8100
Fax: 212-629-4013
Email: rcoleman@goetzfitz.com

4

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the 23rd of January 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that a true and correct copy of the foregoing document is being served upon: Paul Berger, Esq., James Hetz, Esq., and James Tanner, Esq.., counsel for Plaintiff, via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                   *s/Jason A. Fischer*
                                                   An employee / agent of
                                                   RANDAZZA LEGAL GROUP