```
                   UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF FLORIDA
                          TAMPA DIVISION
```

ROCA LABS, INC.,

    Plaintiff,

v.                                    Case No. 8:14-cv-2096-T-33EAJ

CONSUMER OPINION CORP., ET AL.,

    Defendants.

_____/

**ORDER**

This cause is before the Court pursuant to Plaintiff Roca Labs, Inc.'s ("Roca") Motion for Leave to Amend the Complaint (Doc. # 82), filed on January 20, 2015. Defendants Consumer Opinion Corp. and Opinion Corp. ("Defendants") filed a response in opposition to the Motion on January 23, 2015. (Doc. # 93). Upon due consideration, the Motion is granted.

**I.  Background**

Roca initiated this action, alleging that Defendants engaged in practices constituting a violation of the Florida Deceptive and Unfair Trade Practices Act, tortious interference with a contractual relationship, tortious interference with a prospective relationship, and defamation. (See Doc. # 2). Defendants removed the case to this Court on August 26, 2014. (Doc. # 1). On November 5, 2014, this Court entered a Case

Management and Scheduling Order setting January 20, 2015, as the deadline to amend pleadings. (Doc. # 49). On January 20, 2015, Roca filed the present Motion for Leave to Amend the Complaint (Doc. # 82), which is ripe for the Court's review.

## II. Discussion

Roca timely filed the present Motion on the January 20, 2015, deadline to add parties or amend pleadings. (Doc. ## 49, 79). In support of the requested relief, Roca points the Court to the following "recent developments" between the parties: "(1) the appearance of the undersigned as new counsel for the Plaintiff, (2) a new lawsuit filed *by the Defendants in the Southern District of Florida*, (3) Plaintiff's ongoing efforts to conduct discovery and receive adequate responses from the Defendants, and (4) the uncovering of additional causes of action[] predicated on the actions of the Defendants." (Doc. # 79 at 2) (emphasis in original).

In response, Defendants argue that the Court should deny the requested relief because "it is without good cause, will result in undue delay, serves an improper purpose, is a dilatory tactic, and the amendment would be futile." (Doc. # 93 at 10). The thrust of Defendants' argument stems from their contention that "Defendants' Motion for Summary Judgment has been fully briefed and discovery has been completed." (Id. at

2

6). To that end, Defendants contend that "Plaintiff's motion should be denied for the simple reason that it will throw the scheduling order in this case into utter disarray and was completely avoidable." (Id. at 4).

"The grant or denial of an opportunity to amend is within the discretion of the district court." Foman v. Davis, 371 U.S. 178, 182 (1962); Hargett v. Valley Fed. Sav. Bank, 60 F.3d 754, 761 (11th Cir. 1995). "In the absence of any apparent or declared reason — such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc. — the leave sought should, as the rules require, be freely given." Foman, 371 U.S. at 182.

As a result, there must be a "justifying reason" for a court to deny leave to amend. Foman, 371 U.S. at 182. These "justifying reasons" can include undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the other party, or futility. Id. Upon review of the parties' arguments, the Court does not find it apparent that any "justifying reason" is present or that Roca's

3

proposed Amended Complaint is necessarily insufficient, frivolous, or subject to dismissal. Furthermore, the Court finds that granting the requested relief will not result in throwing the scheduling order "into utter disarray" (Doc. # 93 at 4), given that Roca's Motion was timely filed. Therefore, the parties have ample time to meet the remaining deadlines. Thus, in an effort to fully develop the factual and legal arguments and provide every party an adequate opportunity to assert all allegations, claims, and defenses it may have, the Court grants Roca's request.

Roca has until and including **January 30, 2015,** to file its Amended Complaint separate and apart from the Motion.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Plaintiff Roca Labs, Inc.'s Motion for Leave to Amend the Complaint (Doc. # 82) is **GRANTED.**

(2) Plaintiff has until and including **January 30, 2015**, to file its Amended Complaint.

(3) Plaintiff's Motion to Modify Case Management and Scheduling Order and to Extend by 25 Days the Right to Add Parties or to Amend Pleadings (Doc. # 79) is **DENIED as moot.**

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 26th day of January, 2015.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to: All Counsel of Record