**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.:   8:14-cv-2096-T-33EAJ | DATE:   January 27, 2015 | |
|---|---|---|
| **HONORABLE VIRGINIA M. HERNANDEZ COVINGTON** | | |
| **ROCA LABS, INC.**<br><br>        **Plaintiff,**<br><br>v.<br><br>**CONSUMER OPINION CORP., et al.**<br><br>        **Defendants** | **PLAINTIFF COUNSEL**<br>James Roscoe Tanner<br><br><br><br>**DEFENDANT COUNSEL**<br>Marc John Randazza | |
| **COURT REPORTER:** Scott Gamertsfelder | **DEPUTY CLERK:** | Julia Wright |
| **TIME:** 9:52 - 10:23 AM<br>**TOTAL:** 31 Minutes | **COURTROOM:** | 14B |

**PROCEEDINGS:**    MISCELLANEOUS HEARING

Hearing was scheduled to swear in Defense Counsel Marc Randazza.