UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROCA LABS, INC.,

    Plaintiff,   Case No: 8:14-cv-2096-T-33EAJ

Vs.

CONSUMER OPINION CORP. and
OPINION CORP. d/b/a
PISSEDCONSUMER.COM

    Defendants.
_____/

## MOTION TO WITHDRAW AS COUNSEL FOR ROCA LABS, INC.

COMES NOW, James T. Hetz, in the above referenced case and here by files this Motion to Withdraw as Counsel for Roca Labs, Inc., pursuant to Local Rule 2.03. In support of this Motion, undersigned counsel states as follows:

1. On or about January 15, 2015, James Tanner filed a Notice of Appearance on behalf of Roca Labs, Inc. (Roca). This was done in response to the mutual agreement of Roca and undersigned counsel that Hetz would no longer be under contract to represent Roca.

2. Roca has consented to such withdrawal. *See Roca Consent* below.

3. Pursuant to Local Rule 2.03, undersigned counsel has previously given ten days notice to Roca and opposing counsel.

4. Opposing Counsel Marc Randazza does not object.

5. James Hetz shall have no further responsibilities related to this action and all subsequent service of pleadings and documents should be served upon Roca counsel James Tanner.

WHEREFORE, James Hetz respectfully requests that this Court grant the withdrawal

1

of his representation in this matter.

Respectfully submitted,

**/s/ James T. Hetz**
James T. Hetz
Florida Bar No. 116051
121 South Orange Ave., Ste 1500
Orlando, Florida 32801
(407) 210-6588 Telephone
1-(877) 539-6507 Facsimile
E-mail: jhetz@hetzandjones.com

## CONSENT FOR WITHDRAWAL OF COUNSEL

Roca Labs, Inc. here by consents to the withdrawal of James Hetz as attorney for Roca Labs Inc. in all proceeding in this cause.

/s/ **George Whiting**
George Whiting
President, Roca Labs, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/EFC system which will send a notice of electronic filing to all counsel of record.

**/s/ James T. Hetz**
James T. Hetz