# EXHIBIT 1



# Detail by Entity Name

**Florida Profit Corporation**

ROCA LABS, INC.

**Filing Information**

| | |
|---|---|
| **Document Number** | P06000132455 |
| **FEI/EIN Number** | 208616355 |
| **Date Filed** | 10/18/2006 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | AMENDMENT AND NAME CHANGE |
| **Event Date Filed** | 04/15/2009 |
| **Event Effective Date** | NONE |

**Principal Address**

P.O. 5309
Sarasota, FL 34277

Changed: 05/29/2014

**Mailing Address**

P.O. 5309
Sarasota, FL 34277

Changed: 05/29/2014

**Registered Agent Name & Address**

WHITING, GEORGE C, Dr.
5849 LYNN LAKE DR SOUTH
Unit A
ST PETERSBURG, FL 33712

Name Changed: 03/16/2014

Address Changed: 05/29/2014

**Officer/Director Detail**

## Name & Address

Title President, Secretary, Treasurer, Director

WHITING, GEORGE C, Dr.
P.O. 5309
Sarasota, FL 34277

Title VP

Juravin, Don
P.O. 5309
Sarasota, FL 34277

## Annual Reports

| Report Year | Filed Date |
| --- | --- |
| 2013 | 04/17/2013 |
| 2014 | 03/16/2014 |
| 2014 | 05/29/2014 |

## Document Images

| | |
| --- | --- |
| 05/29/2014 -- AMENDED ANNUAL REPORT | View image in PDF format |
| 03/16/2014 -- ANNUAL REPORT | View image in PDF format |
| 04/17/2013 -- ANNUAL REPORT | View image in PDF format |
| 04/23/2012 -- ANNUAL REPORT | View image in PDF format |
| 04/17/2012 -- Reg. Agent Change | View image in PDF format |
| 05/17/2011 -- ANNUAL REPORT | View image in PDF format |
| 04/20/2011 -- ANNUAL REPORT | View image in PDF format |
| 06/07/2010 -- ANNUAL REPORT | View image in PDF format |
| 04/02/2010 -- ANNUAL REPORT | View image in PDF format |
| 12/05/2009 -- ANNUAL REPORT | View image in PDF format |
| 08/05/2009 -- ANNUAL REPORT | View image in PDF format |
| 07/31/2009 -- ANNUAL REPORT | View image in PDF format |
| 04/15/2009 -- Amendment and Name Change | View image in PDF format |
| 05/28/2008 -- ANNUAL REPORT | View image in PDF format |
| 02/27/2007 -- ANNUAL REPORT | View image in PDF format |
| 10/18/2006 -- Domestic Profit | View image in PDF format |

Case 8:14-cv-02096-VMC-EAJ   Document 102-1   Filed 02/03/15   Page 4 of 4 PageID 2229

Copyright © and  Privacy Policies

State of Florida, Department of State