# EXHIBIT 2

# RETURN OF DUE DILIGENCE

State of Florida          County of          Southern District Of Florida Court

Case Number: 9:15-CV-80051-XXXX

Plaintiff:
OPINION CORP. and CONSUMER OPINION CORP.

vs.

Defendant:
ROCA LABS, INC.

For:
RANDAZZA LEGAL GROUP

Received by COUNTER INTELLIGENCE SERVICES on the 22nd day of January, 2015 at 8:00 am to be served on ROCA LABS, INC. C/O GEORGE C. WHITING, REGISTERED AGENT, 5849 LYNN LAKE DR SOUTH, UNIT A, ST.PETERSBURG, FL 33712.

I, Don Phillips, do hereby affirm that on the 23rd day of January, 2015 at 10:05 am, I:

**NON-SERVED** the **SUMMONS, COMPLAINT FOR VIOLATION OF 17 U.S.C. 512(F) AND FOR DECLARATORY RELIEFREPORT ON THE FILING OF DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT, NOTICE OF FILING EXHIBIT, EXHIBIT 1, NOTICE OF FILING EXHIBIT**. After due search, careful inquiry and diligent attempts was unable to serve on **ROCA LABS, INC. C/O GEORGE C. WHITING, REGISTERED AGENT** for the reasons detailed in the comments below.

**Additional Information pertaining to this Service:**
1/22/2015 11:10 am   Attempted service no answer, server could see in the window and no one was inside.
1/23/2015 10:05 am   Attempted again, same status, server spoke with the guard and he had no information. Server waited around for 15 more minutes and still no one came to open the office.

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server, in good standing, in the judicial circuit in which the process was served. Under penalties of perjury, I declare that I have read the foregoing (document) and that the facts stated are true. No notary required pursuant to Florida State Statutes 92.525 (B)(2).

_____
Don Phillips
#26329

COUNTER INTELLIGENCE SERVICES
9 Sw 13th Street 2nd Floor
Fort Lauderdale, FL 33315
(800) 757-7393

Our Job Serial Number: DAT-2015000114

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n