# EXHIBIT 3

# **RETURN OF NON-SERVICE**

| | | |
|---|---|---|
| **State of Florida** | **County of Hillsborough** | **County Court** |

Case Number: 14-CC-035101

TPL2014068561

Plaintiff:
**THE SOLOMON LAW, P.A.**

vs.

Defendant:
**DON JURAVIN; ROCA LABS, INC.**

For:
J. Andrew Baldwin
Solomon Law Group, P.A.
1881 West Kennedy Boulevard
Tampa, FL 33606-1606

Received by Tropical Surveillance And Investigations, Inc on the 15th day of December, 2014 at 6:25 am to be served on **ROCA LABS INC. C/O GEORGE C. WHITING, REGISTERED AGENT, 5849 LYNNLAKE DR. S, UNIT A, ST. PETERSBURG, FL 33712**.

I, Bartolome Rivera, do hereby affirm that on the **2nd day of January, 2015** at **10:00 am**, I:

**NON-SERVED** the **Summons, Complaint, Exhibits, Notice of Serving First Set of Interrogatories to Defendant, First Interrogatories, and Request for Production** for the reason that I failed to find **ROCA LABS INC. C/O GEORGE C. WHITING, REGISTERED AGENT** or any information to allow further search. Read the comments below for further details.

**Additional Information pertaining to this Service:**
12/18/2014 11:00 am   5849 LYNNLAKE DR. S, UNIT A, ST. PETERSBURG, FL 33712 NO ANSWER AT DOOR. THIS IS A PRIVATE HOME.
12/22/2014 12:50 pm   5849 LYNNLAKE DR. S, UNIT A, ST. PETERSBURG, FL 33712 NO ANSWER AT DOOR. POSTED CALLING CARD
12/27/2014 10:50 am   5849 LYNNLAKE DR. S, UNIT A, ST. PETERSBURG, FL 33712 NO ANSWER AT DOOR. POSTED ANOTHER CALLING CARD
1/2/2014 10:00 am   5849 LYNNLAKE DR. S, UNIT A, ST. PETERSBURG, FL 33712 NO ACTIVITY OR ANSWER AT DOOR. POSTED ANOTHER CALLING CARD, AFFIANT HAS NOT RECEIVED ANY CALL BACKS

I certify that I am over the age of 18, have no interest in the above action, and am an Appointed Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true and correct, that I am an Appointed Process Server in the county in which this defendant/witness was served and have no interest in the above action. Pursuant to FS 92.525(2), no notary is required...

Bartolome Rivera
APS #13862

Tropical Surveillance And Investigations, Inc
P.O. Box 10961
Tampa, FL 33679-0961
(813) 282-0074

Our Job Serial Number: TPL-2014068561
Ref: 9998.99218

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n