

# FLORIDA DEPARTMENT OF STATE
# DIVISION OF CORPORATIONS

## Detail by Entity Name

### Florida Profit Corporation
ROCA LABS, INC.

### Filing Information

| | |
|---|---|
| **Document Number** | P06000132455 |
| **FEI/EIN Number** | 208616355 |
| **Date Filed** | 10/18/2006 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | AMENDMENT AND NAME CHANGE |
| **Event Date Filed** | 04/15/2009 |
| **Event Effective Date** | NONE |

### Principal Address

P.O. 5309
Sarasota, FL 34277

Changed: 05/29/2014

### Mailing Address

P.O. 5309
Sarasota, FL 34277

Changed: 05/29/2014

### Registered Agent Name & Address

REGISTERED AGENTS INC.
3030 N. Rocky Point Drive
STE 150A
Tampa, FL 33607

Name Changed: 02/09/2015

Address Changed: 02/09/2015

### Officer/Director Detail
**Name & Address**

Title President, Secretary, Treasurer, Director

WHITING, GEORGE C, Dr.
P.O. 5309



EXHIBIT "A"

Sarasota, FL 34277

## Annual Reports

| Report Year | Filed Date |
| --- | --- |
| 2014 | 03/16/2014 |
| 2014 | 05/29/2014 |
| 2015 | 02/09/2015 |

## Document Images

| | |
| --- | --- |
| 02/09/2015 -- ANNUAL REPORT | View image in PDF format |
| 05/29/2014 -- AMENDED ANNUAL REPORT | View image in PDF format |
| 03/16/2014 -- ANNUAL REPORT | View image in PDF format |
| 04/17/2013 -- ANNUAL REPORT | View image in PDF format |
| 04/23/2012 -- ANNUAL REPORT | View image in PDF format |
| 04/17/2012 -- Reg. Agent Change | View image in PDF format |
| 05/17/2011 -- ANNUAL REPORT | View image in PDF format |
| 04/20/2011 -- ANNUAL REPORT | View image in PDF format |
| 06/07/2010 -- ANNUAL REPORT | View image in PDF format |
| 04/02/2010 -- ANNUAL REPORT | View image in PDF format |
| 12/05/2009 -- ANNUAL REPORT | View image in PDF format |
| 08/05/2009 -- ANNUAL REPORT | View image in PDF format |
| 07/31/2009 -- ANNUAL REPORT | View image in PDF format |
| 04/15/2009 -- Amendment and Name Change | View image in PDF format |
| 05/28/2008 -- ANNUAL REPORT | View image in PDF format |
| 02/27/2007 -- ANNUAL REPORT | View image in PDF format |
| 10/18/2006 -- Domestic Profit | View image in PDF format |

Copyright © and Privacy Policies
State of Florida, Department of State

## 2015 FLORIDA PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# P06000132455

Entity Name: ROCA LABS, INC.

**FILED**
**Feb 09, 2015**
**Secretary of State**
**CC2314451818**

**Current Principal Place of Business:**

P.O. 5309
SARASOTA, FL 34277

**Current Mailing Address:**

P.O. 5309
SARASOTA, FL 34277 US

**FEI Number: 20-8616355**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

REGISTERED AGENTS INC.
3030 N. ROCKY POINT DRIVE
STE 150A
TAMPA, FL 33607 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: BILL HAVRE                                                                                 02/09/2015
Electronic Signature of Registered Agent                                                               Date

**Officer/Director Detail:**

| | |
|---|---|
| Title | PRESIDENT, SECRETARY, TREASURER, DIRECTOR |
| Name | WHITING, GEORGE C DR. |
| Address | P.O. 5309 |
| City-State-Zip: | SARASOTA FL 34277 |

I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.

SIGNATURE: DON JURAVIN ON BEHALF ON GEORGE WHITING    HELPER                    02/09/2015
Electronic Signature of Signing Officer/Director Detail                                                Date