# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ROCA LABS, INC.,                                          Case No: 8:14-cv-2096-T-33EAJ

         Plaintiff,

   v.

CONSUMER OPINION CORP. and
OPINION CORP.,

         Defendants.

_____/

## DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

On February 19, 2015, the Supreme Court of New York, Appellate Division, First Department issued an order in the case of *In re Woodbridge Structured Funding, LLC v. Pissed Consumer and PissedConsumer.com, et al*, (Index: 100336/13) holding that Pissed Consumer was not liable for defamation as a result of third-party statements contained on its website. The Court determined that "[a]lthough some of the statements are based on undisclosed, unfavorable facts known to the writer, the disgruntled tone, anonymous posting, and predominant use of statements that cannot be definitively proven true or false, supports the finding that the challenged statements are only susceptible of a non-defamatory meaning, grounded in opinion." Attached as Exhibit 1 is a copy of that Order.

Respectfully Submitted,

*Marc J. Randazza*

_____

Marc J. Randazza, Esq.
Florida Bar No. 625566
*Middle District Re-Admission Pending*

RANDAZZA LEGAL GROUP
3625 S. Town Center Drive
Las Vegas, Nevada 89135
Tele: 702-420-2001
Fax: 305-437-7662
Email: ecf@randazza.com

Jason A. Fisher, Esq.
Florida Bar No. 68762
RANDAZZA LEGAL GROUP
2 S. Biscayne Blvd., Suite 2600
Miami, Florida 33131
Tele: 702-420-2001
Fax: 305-437-7662
Email: ecf@randazza.com

Ronald D. Coleman, Esq.
*Pro Hac Vice*
GOETZ FITZPATRICK LLP
One Penn Plaza, Suite 3100
New York, New York 10119
Tele: 212-695-8100
Fax: 212-629-4013
Email: rcoleman@goetzfitz.com

CASE NO.: 8:14-cv-2096-T-33EAJ

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th day of February 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that a true and correct copy of the foregoing document is being served upon: James Tanner, Esq.., counsel for Plaintiff, via transmission of Notices of Electronic Filing generated by CM/ECF.

*T. Waan*

An employee / agent of
RANDAZZA LEGAL GROUP