UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROCA LABS, INC.,
    Plaintiff,                                      Case No: 8:14-cv-2096-T-33EAJ

vs.

CONSUMER OPINION CORP., et al.,
    Defendants.
_____

**NOTICE OF FILING**

    The Plaintiff, ROCA LABS, INC. ("Roca"), by and through its undersigned counsel, files the attached herewith its First Amended Complaint, Exhibit "A", [1] as its operative complaint pursuant to the Court's Order dated February 20, 2015 ( Doc. # 108) .

    Respectfully submitted this 23rd day of February 2015.

                                                  /s/ James Roscoe Tanner, Esq.
                                                      James Roscoe Tanner, Esq.
                                                      Florida Bar No.: 0637246
                                                     AskALaw, LLC
                                                     Post Office Box 260156
                                                     Tampa, Florida 33685
                                                     Telephone: (813-322-3565)
                                                     Email: jrt@jimtannerlaw.com
                                                     Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing was e-filed with the Clerk of Court via CM/ECF system, which will send an electronic copy of the same to all counsel of record that are registered with the Court's CM/ECF system this 23rd day of February 2015.

                                                    /s/ James Roscoe Tanner, Esq.
                                                    James Roscoe Tanner, Esq.

---

[1] The First Amended Complaint attached is the Exact Complaint in its present form, as Exhibit "A" (Doc. # 88 ) and as attached to its Motion for Leave to Amend the Complaint ( Doc. # 82 ) absent only the first page now non-applicable footnote.