# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ROCA LABS, INC.,                                   Case No: 8:14-cv-2096-T-33EAJ

        Plaintiff,

  v.

CONSUMER OPINION CORP. and
OPINION CORP.,

        Defendants.
_____/

## DEFENDANTS' MOTION TO EXTEND TIME TO FILE AN ANSWER
## TO PLAINTIFF'S FIRST AMENDED COMPLAINT

The First Amended Complaint is extremely lengthy, as it is in excess of 350 paragraphs, and an Answer requires extensive time. The undersigned has been out of the office, due to his wife undergoing surgery. As a result, the undersigned is respectfully requesting an additional ten days in which to file Defendants' Answer, making Defendants' Answer come due 26 March 2015.

### 3.01(g) Certification

On 16 March 2015, Attorney Fischer called and left a voicemail for Attorney Tanner, but was unable to reach him to discuss this Motion. Thereafter, the undersigned's office called Attorney Tanner's office, and his voicemail was not available. As soon as possible, should

/ / /

Attorney Tanner communicate with the undersigned, the undersigned will update the Court on Attorney Tanner's position.

Respectfully Submitted,

*Marc J. Randazza*
_____

Marc J. Randazza, Esq.
Florida Bar No. 625566
*Middle District Re-Admission Pending*
RANDAZZA LEGAL GROUP
3625 S. Town Center Drive
Las Vegas, Nevada 89135
Tele:  702-420-2001
Fax: 305-437-7662
Email: ecf@randazza.com

Jason A. Fisher, Esq.
Florida Bar No. 68762
RANDAZZA LEGAL GROUP
2 S. Biscayne Blvd., Suite 2600
Miami, Florida 33131
Tele:  702-420-2001
Fax: 305-437-7662
Email: ecf@randazza.com

Ronald D. Coleman, Esq.
*Pro Hac Vice*
GOETZ FITZPATRICK LLP
One Penn Plaza, Suite 3100
New York, New York 10119
Tele: 212-695-8100
Fax: 212-629-4013
Email: rcoleman@goetzfitz.com

CASE NO.: 8:14-cv-2096-T-33EAJ

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 16th day of March 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that a true and correct copy of the foregoing document is being served upon counsel for Plaintiff, via transmission of Notices of Electronic Filing generated by CM/ECF.

_____
An employee / agent of
RANDAZZA LEGAL GROUP