UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROCA LABS, INC.,
    Plaintiff,                                                Case No: 8:14-cv-2096-T-33EAJ

vs.

CONSUMER OPINION CORP. and
OPINION CORP.
d/b/a PISSEDCONSUMER.COM
    Defendants.
_____/

**NOTICE THAT THE PARTIES DID MEET AND CONFER AND THAT PLAINTIFF DOES NOT OPPOSE DEFENDANTS MOTION FOR EXTENSION OF TIME TO FILE ANSWER PLAINTIFFS FIRST AMENDED COMPLAINT**

The Plaintiff, ROCA LABS, INC., by and through its undersigned counsel, files this Notice that pursuant to Rule 3.01(g) the Parties did meet and confer on March 19, 2015, concerning the Defendants Motion for an Extension of time to file an answer to the Plaintiff's First Amended Complaint (Doc. # 109-1) be and the same re-docketed for clarification and accordingly now reflected as (Doc. # 114). The Plaintiff does not oppose the Defendants having additional time in which to answer the First Amended Complaint.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing was e-filed with the Clerk of Court via CM/ECF system, which will send an electronic copy of the same to all counsel of record that are registered with the Court's CM/ECF system this 20th day of March 2015

                                                          /s/ James Roscoe Tanner, Esq.
                                                          James Roscoe Tanner, Esq.
                                                          Florida Bar No.: 0637246
                                                          Post Office Box 260156
                                                          Tampa, Florida 33685
                                                          jrt@jimtannerlaw.com
                                                          Attorney for Roca Labs, Inc.