UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROCA LABS, INC.,

    Plaintiff,                                        Case No: 8:14-cv-2096-T-33EAJ

Vs.

CONSUMER OPINION CORP. and
OPINION CORP. d/b/a
PISSEDCONSUMER.COM

    Defendants.
_____/

## NOTICE OF APPEARANCE AS CO-COUNSEL

YOU ARE HEREBY NOTIFIED that the undersigned attorney does hereby enter his appearance as an attorney of record and co-counsel for the Plaintiff, Roca Labs, Inc. in the above styled-cause, and you are hereby requested to furnish the undersigned with copies of all future pleadings, motions, orders, etc., in this cause should be served upon said counsel through CM/ECF and at the address listed below.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was e-filed with the Clerk of Court via CM/ECF system, which will send an electronic copy of the same to all counsel of record that are registered with the Court's CM/ECF system this 4th day of May 2015.

    /s/ Paul Berger
    Paul Berger, Esq.
    FL Bar. No. 0004413
    Independent General Counsel
    Roca Labs, Inc.
    P.O. Box 7898
    Delray Beach, FL 33432
    Telephone 561-414-4570
    Attorney for Plaintiff
    email legal5@rocalabs.com