UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROCA LABS, INC.,
       Plaintiff,                             Case No: 8:14cv2096T33EAJ

vs.

CONSUMER OPINION CORP., Et., Al.,
       Defendants.
_____/

**STIPULATION FOR SUBSTITUTION OF COUNSEL FOR ROCA LABS, INC.**

COMES NOW ROCA LABS, INC.  ("ROCA"), by and through its undersigned counsel, hereby stipulates to a substitution of counsel in accordance with the following.  It is hereby stipulated, by and between James Roscoe Tanner, Esq. and Paul Berger, Esq., that Paul Berger, Esq.,  general counsel to ROCA having made an appearance and being fully aware of all proceedings from the inception of this case shall be substituted as a counsel of record for ROCA and replacing James Roscoe Tanner, Esq. and that the Court enter an Order that James Roscoe Tanner, Esq., be relieved of all further responsibility in this case as of the date of this stipulation and that the parties shall forward all further pleadings and correspondence in this matter to Paul Berger, Esquire.

       DATED this 8th  day of May, 2015.

| | |
|---|---|
| /s/ James Roscoe Tanner, Esq. | /s/ Paul Berger, Esq. |
| James Roscoe Tanner, Esq. | Paul Berger, Esq. |
| Florida Bar No.: 0637246 | Florida Bar No.: 0004413 |
| Post Office Box 260156 | Post Office Box 7898 |
| Tampa, Florida 33685 | Delray Beach, FL 33483 |
| jrt@jimtannerlaw.com | legal5@rocalabs.com |
| Attorney for Roca Labs, Inc | Attorney for Roca Labs, Inc |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 8, 2015, I electronically filed the foregoing with the

Clerk of the Court by using the CM/EFC system which will send a notice of electronic filing to

all counsel of record.

/s/ <u>James Roscoe Tanner</u>, Esq.
James Roscoe Tanner, Esq.