Exhibit 2

# The Florida Bar
# Inquiry/Complaint Form

**PART ONE** (See Page 1, PART ONE – Complainant Information.):

Your Name: Paul Berger
Organization: _____
Address: 1015 Spanish River Road, Apt. 408
City, State, Zip Code: Boca Raton, FL 33432
Telephone: 561-414-4570
E-mail: paul@hurricanelawgroup.com
ACAP Reference No.: _____
Have you ever filed a complaint against a member of The Florida Bar: Yes ☐  No ☒
If yes, how many complaints have you filed? _____
Does this complaint pertain to a matter currently in litigation? Yes ☒  No ☐

**PART TWO** (See Page 1, PART TWO – Attorney Information.):

Attorney's Name: Marc Randazza
Address: 3625 S Town Center Dr.
City, State, Zip Code: Las Vegas, NV 89135
Telephone: 702-420-2001

**PART THREE** (See Page 1, PART THREE – Facts/Allegations.):  The specific thing or things I am complaining about are: (attach additional sheets as necessary)

---

See Part Three Attached

---

**PART FOUR** (See Page 1, PART FOUR – Witnesses.): The witnesses in support of my allegations are: [see attached sheet].

**PART FIVE** (See Page 1, PART FIVE – Signature.): Under penalties of perjury, I declare that the foregoing facts are true, correct and complete.

Paul Berger
Print Name

_____
Signature

6/8/1025
Date

## PART THREE  Facts/Allegations

As described below, I, Paul Berger, allege that Marc Randazza has violated rules of the Florida Bar governing attorney ethics and conduct in Florida. The facts that support these allegations are as follows:

I am an attorney representing a corporate client, Roca Labs, Inc. ("Roca"). Attorney Marc Randazza represents Opinion Corp and Consumer Opinion Corp. These entities operate a website pissedconsumer.com  Mr. Randazza's clients are collectively referred to as Pissed Consumer. Roca is involved in litigation with  Pissed Consumer. I provided legal services to assist Roca in dealing with false, malicious and defamatory information placed about Roca on pissedconsumer.com.

On **August 12, 2104**, Pissed Consumer filed suit against Roca in the U.S. District Court in the Southern District of New York. At the time the lawsuit was filed attorney Marc Randazza of the Randazza Legal Group was representing Pissed Consumer (Mr. Randazza was not counsel in New York, attorney Ron Coleman represented Pissed Consumer).  I am not licensed to practice law in New York and did not file an appearance in this matter.  This case was voluntarily dismissed.

On **August 20, 2014**, Roca filed suit against Pissed Consumer in Twelfth Judicial Circuit in and for Sarasota County, Florida. I was an attorney of record on the suit. The matter was then removed to the U.S. District Court for the Middle District of Florida where it is presently ongoing. Mr. Randazza is the lead attorney for Pissed Consumer. I am lead counsel on the case.

On **September 15, 2014**, Mr. Randazza emailed Michael Masnick, the founder of TechDirt about Roca in an effort to find a class representative "to serve Roca right" (see below). Mr. Randazza was asking Mr. Masnick to solicit clients for him and for other law firms to serve as a plaintiff against Roca (In Mr. Juravin's Bar Complaint against Mr. Randazza, he asserts that essentially Mr. Masnick was providing free advertising for Mr. Randazza). TechDirt is a technology website that claims 1.5 million monthly viewers. Mr. Randazza and Mike Masnick are friends and Mr. Masnick has published numerous negative articles about Roca Labs and myself.  There is no reason for a technology magazine to publish anything about the

undersigned. The only reason is the request from Mr. Randazza.

> **Roca Labs**
> 1 message
>
> **Marc Randazza** <mjr@randazza.com>　　　　　　　　　　Mon, Sep 15, 2014 at 8:12 PM
> To: Michael Masnick
>
> Mike,
>
> Is it something you'd do, ask anyone reading your post if they've been threatened by Roca Labs?
>
> I'm defending Pissed Consumer. I'd really like some threatened parties as witnesses.
>
> Further, I think there's a hell of a class action here - and finding the right class rep would be a good way to serve Roca right.
>
> --
>
> **Marc John Randazza, JD, MAMC, LLM** | Randazza Legal Group
> 3625 South Town Center Drive | Las Vegas, NV 89135
> Tel 702-420-2001 | Fax: 305-437-7662
> Email: mjr@randazza.com | Website: www.randazza.com

Since the email, TechDirt published a series of articles deriding Roca and portraying Mr. Randazza as a legal champion (articles available upon request). Mr. Randazza augmented by artificial stimulus the publicity normally resulting from his law practice, seeing to it that his successes are broadcast and magnified. At the same time he took to the media to smear my reputation. A search on TechDirt shows dozens of articles linked to my name or about me (articles available upon request). These articles were published because of Mr. Randazza.

On **September 19, 2014**, Mr. Randazza sent me an email that consisted only of the Latin phrase *murum aries attigit* (Email attached as **Exhibit 1**). Mr. Randazza has written a blog about the use of this phrase (Attached as **Exhibit 2**). I interpreted this cryptic email as a threat against myself and Roca by Mr. Randazza[1]. I felt it was Mr. Randazza's announcement that he was going to war with me and that he would show me no mercy. I also interpreted it as a command that I surrender immediately. I sincerely believe that Mr. Randazza's goal is to put both myself and my client out of business.

On **September 28, 2014**, Mr. Randazza issued a Tweet comparing me to Joe Rakofsky and Charles Carreon. Mr. Rakofsky was an attorney who had one of his cases declared a mistrial

---

[1] *Murum Aries Attigit* was a warfare policy attributed to Mark Antony advocating "no mercy" toward Pompey and the Optimates. The policy was said to act as a deterrent against resistance to those about to be besieged. It was an incentive for anyone who was not absolutely sure that they could withstand the assault to surrender immediately, rather than face the possibility of total destruction.

by the Judge because of his apparent lack of courtroom knowledge (his first trial was a murder case). Mr. Carreon was an attorney who sued an Internet publisher and lost trying to protect his reputation online and who has a history of bar complaints. I have no relationship with either attorney and was not aware of either attorney until the Tweet by Mr. Randazza.



On **January 24, 2015**, Mr. Randazza publically called myself and every other attorney providing legal services to Roca Labs "idiots." Mr. Randazza has repeatedly called me an idiot, stupid and other derogatory and unprofessional terms.



Mr. Randazza uses social media websites such as Twitter and his friends at media outlets such as TechDirt to promote himself, smear my reputation and hurt my legal practice. Mr. Randazza's countless number of social media activities about myself ranges from stating that Roca Lab's legal team (including myself) would be a good fit for radical terrorists to stating that "Some Fucker put Roca Labs Shit in my kid's candy bag!" (social media activity upon request).

On **May 6, 2015,** mandatory mediation took place between Roca and Pissed Consumer in a different matter (*Roca Labs, Inc. v. Opinion Corp et. al.* Case No: 8:14-cv-2096-T-33EAJ). After the conclusion of mediation outside the building Mr. Randazza became enraged at Don Juravin and myself. Mr. Randazza screamed, threatened, and berated the undersigned and my client without provocation. He screamed at both of us and threatened violence against both Mr. Juravin and myself. He threatened to beat me up and send Mr. Juravin to the Gaza Strip. Mr. Juravin is Jewish and his family lives in Israel. After screaming and berating Mr. Juarvin and myself for several minutes Mr. Randazza walked to his vehicle and proceeded as if he was leaving (screaming curses at us as he left).

Rather than driving away, he stopped his vehicle, got out of the car and began to scream at Mr. Juravin and myself and made more threats of violence against us. He stated that he would ruin Mr. Juravin and sue him for millions of dollars. He then drove off in his car. The mediator, Mr. Michael Kahn, Esq., a Member of the Florida Bar (482 N. Harbor City Blvd., Melborne, FL 32935 Tel. 321-242-2564) witnessed the entire event.

On **May 8, 2015,** Mr. Randazza posted a blog on his website with the Hebrew phrase רוקה הוא מאוד נפגע מאוד (translation: "Roca Labs is very hurt"). The message was directed specifically at Mr. Juravin and was more hate speech. A brief search of Mr. Randazza's hundreds of blog posts failed to find any other titles written in Hebrew.

On **June 3, 2015,** during a conference call Mr. Randazza repeatedly berated the undersigned, calling me an idiot, stupid and a "sorority girl". After the call I sent an email to Mr. Randazza notifying him that I would not have any telephone calls that were not recorded to ensure professional behavior (email available upon request).

I am requesting the Committee investigate the above allegations against Marc Randazza to determine whether his conduct violates the Rules of the Florida Bar.

**EXHIBIT 1**

**Re: Roca Labs adv. Pissed Consumer**
1 message

**Marc Randazza** <mjr@randazza.com>  Thu, Sep 18, 2014 at 8:46 PM
To: "Paul Berger Esq." <legal5@rocalabs.com>

*murum aries attigit*

**EXHIBIT 2**

# The Legal Satyricon

Occasionally irreverent thoughts on law, liberty, tech, and politics

## Murum Aries Attigit – Το έμβολο έχει αγγίξει τον τοίχο – Teaching Achievement Unlocked!

Murum Aries Attigit. That phrase gets batted around a lot with my name attached to it. But, what does it really mean?

 [(https://randazza.files.wordpress.com/2014/12/murum-aries-attigit-zp1.jpg)](https://randazza.files.wordpress.com/2014/12/murum-aries-attigit-zp1.jpg)

Το έμβολο έχει αγγίξει τον τοίχο

Caesar described the concept in Commentarii de Bello Gallico. It literally translates to "the ram has touched the wall." The "ram" meaning a battering ram, and "the wall" meaning a besieged city's outer defenses. Under Roman Law, a general had the right to offer any terms to a besieged city. As long as the city submitted, the terms could be quite favorable. The Romans were quite civilized in this regard, and dispensing quite favorable, even beneficial, terms was not uncommon. Why destroy a city if you can turn it into an ally?

Of course, these terms were not available indefinitely. Diplomacy ended once the first battering ram touched the city's walls. Then, the general was legally prohibited from offering any terms except complete destruction.

It is well known that this is my personal motto in litigation. I announced it in Righthaven (http://arstechnica.com/tech-policy/2011/10/creditor-moves-to-dismantle-copyright-troll-righthaven/), for example. And, the rest is history as the company now no longer exists. If only they had accepted the really reasonable terms they were offered before the ram touched the wall.

In fact, my most proud achievements while employing Murum Aries Attigit are those that nobody will ever hear about. They are cases where my clients authorized me to offer ludicrously generous terms, the other side accepted, and no metaphoric blood was shed. I wish I could talk about those,

but usually they come along with confidentiality agreements. Suffice to say that I love those. Client gets a four figure bill instead of a six figure one. About half the time, the opposing party winds up calling me to represent them within a year or two.



(https://randazza.files.wordpress.com/2014/12/commentarii_de_bello_gallico.jpg)
Photo Credit: Matris Futuor

As an example, I once represented a party that got a *ridiculous* defamation demand. My personal desire was to utterly destroy the other party — and I had all the tools with which to do so. The allegedly defamatory statements were quite problematic for the plaintiff, but I had a full report from an official source proving each of them exactly true. The report was a public record but not one that the plaintiff thought we could find. We found it. Nevertheless, I am proud to say that we ultimately settled the matter, with my client even writing a check to the plaintiff. Why? It was smart. The client paid less than the cost of a motion to dismiss, or even a small discovery skirmish. The plaintiff's lawyer could not believe his good luck in not getting dashed against the rocks. Client thanked me.

Of course, there is always the fool who thinks that favorable terms are a sign of weakness, or that some terms are not favorable enough. "Just walk away" is often something that gets put on the table. But, we always have
a *Stercus Caput* who will think that *Murum Aries Attigit* means *blind aggression,* or even that it contains a component of anger. Nothing could be further from the truth. (here is an utterly hilarious example (https://randazza.files.wordpress.com/2014/12/roca-v-randazza-complaint.pdf) specifically ¶32-35)

Murum Aries Attigit is an excuse **for** diplomacy and mercy. Once you release the Ram, you do so only after you realize that there is no talking sense into the besieged city. You do so only once you realize that you are not dealing with a rational opponent, and there is no other way to end the fight. You also do not deploy this unless you are pretty damn confident that you hold all the cards. But, with that confidence, you do not let them go once they realize they have lost. You make the offer. You explain what it means to continue past a certain point. You give them a reasonable amount of time to think about it. But, you do not let them go once they pass that point. Once the ram touches the wall, you have to commit to ending the other party as a going concern. You must leave the other party with nothing left with which to fight. Because, if a party is fool enough to refuse the favorable terms, that party is fool enough (and poorly advised enough) to keep being a pain in your ass until you finally put them down like a diseased animal.

At that point, you can confidently say *Caput tuum in ano est, Murum Aries Attigit!* Ok, just the second part.

I loved teaching this to my students. I had some who truly understood it. I love hearing from them. Imparting this kind of wisdom to my students meant a lot to me.

But, nothing could prepare me for this.

I have not taught for a while. But, one of the most rewarding things about teaching is staying in touch with my former students. One, in particular, struggled a bit in law school. But, he had some serious talent and passion. It just needed to be unlocked. The guy is now a pretty successful lawyer, and someone I am very proud to have had as a student.

But, nothing could have prepared me for this.

I woke up this morning to a photo in my inbox.

My former student just walked out of a tattoo parlor with "Το έμβολο έχει αγγίξει τον τοίχο" tattooed on his arm.

For those of you who don't understand Greek, it translates to Latin as *"Murum Aries Attigit"*

Student called me shortly after sending it, saying "you inspired me to get that."

I don't know too many law professors who could inspire a student to do something like that.

Pretty fucking awesome.

I don't expect too many to follow suit. But, I do ask that any readers who *think* they know what Murum Aries Attigit means, to make sure that they *really* understand it.

Of course, if you want to get it tattooed on you, go right ahead. Just remember what it really means.



(https://randazza.files.wordpress.com/2014/12/murum-aries-attigit-zp.jpg)
Teaching achievement unlocked!

## PART FOUR - WITNESSES

Don Juravin
PO Box 5309
Sarasota, FL 34277
Tel 813-810-5100
don@rocalabs.com

Mr. Michael Kahn, Esq.,
482 N. Harbor City Blvd.
Melborne, FL 32935
Tel. 321-242-2564

April Goodwin
P.O. Box 10203
Largo, FL 33773
Tel. 727-437-8044
legal2@rocalabs.com

John DeGirolamo
1101 E Cumberland Ave Ste 301-B
Tampa, FL 33602-4217
Tel. 813-415-3510
johnd@inlawwetrust.com

Cindy Koroll
630 N. Church St.
Rockford, IL 61103
Tel. 815-316-7130
legal6@rocalabs.com

Mike Masnick
TechDirt
370 Convention Way
Redwood City, CA 94063
1.888.930.9272