Exhibit 7



Paul Berger Esq. <legal5@rocalabs.com>

## RE: Your subpoenas (motion for protective order) (Roca v. Op Corp.)
1 message

**Coleman, Ronald D.** <rcoleman@archerlaw.com>   Mon, Jun 1, 2015 at 11:05 AM
To: "Cynthia Koroll, MS,RN,JD" <legal6@rocalabs.com>
Cc: "Paul Berger Esq." <legal5@rocalabs.com>, Marc Randazza <mjr@randazza.com>, "MacMull, Joel G." <jmacmull@archerlaw.com>

I will lay out all the objections promptly.  I am optimistic that, with respect to scope, we will be able to resolve any issues in adequate time.

More immediately, however, we need to address the issue of videotaping.  We are aware, of course, that under the Rules video recording of depositions is permitted.  We insist, however, on a protective order to limit the use of the video recordings of testimony for to protect the privacy and safety of the witnesses.

Please tell us as soon as possible whether your client will agree to enter into a protective order for this purpose so we may proceed accordingly.

**Ronald D. Coleman, Esq.**

Court Plaza South, West Wing
21 Main Street, Suite 353
Hackensack, NJ 07601-7095
Direct Dial: 201-342-6000
Fax: 201-342-6611
rcoleman@archerlaw.com
www.archerlaw.com



**From:** Cynthia Koroll, MS,RN,JD [mailto:legal6@rocalabs.com]
**Sent:** Monday, June 01, 2015 10:28 AM
**To:** Coleman, Ronald D.
**Cc:** Paul Berger Esq.; Marc Randazza; MacMull, Joel G.
**Subject:** Re: Your subpoenas (motion for protective order) (Roca v. Op Corp.)

Mr. Coleman,

To the extent that the witnesses have engaged in social media in any form regarding any topic related to this suit, to the parties in this suit, including any and all references to Roca labs, its' products, its'