Exhibit 8



**Paul Berger Esq. <legal5@rocalabs.com>**

## Re: Video tape- Withdraw agreement
1 message

---

**Paul Berger Esq.** <legal5@rocalabs.com>  Tue, Jun 2, 2015 at 7:09 PM
To: "Coleman, Ronald D." <rcoleman@archerlaw.com>
Cc: "Cynthia Koroll, MS,RN,JD" <legal6@rocalabs.com>, Marc Randazza <mjr@randazza.com>, "MacMull, Joel G." <jmacmull@archerlaw.com>

Ron:

Roca Labs is willing to agree to have the video tapes held in escrow until the Court makes a ruling on any objection you may file. My suggestion would be that we have the tapes held by the videographer until the ruling. I would request that any objection be filed prior to the first deposition taking place on Saturday.

Please let me know if this is agreeable and we can file a stipulation with the Court or we can agree upon language to be included in your Motion.

Also, please let me know if you would like to reschedule the conference call for tomorrow at the same time.

Thank you,

Paul


On Tue, Jun 2, 2015 at 4:26 PM, Coleman, Ronald D. <rcoleman@archerlaw.com> wrote:

> Paul,
>
> We refer you to the opinion in *In re Daniels*, 69 F.R.D. 579; 1975 U.S. Dist. LEXIS 14606; 21 Fed. R. Serv. 2d (Callaghan) 774, where the court determined that while a videotaped deposition was appropriate, the procedure of taping and the use of the videotape were properly restricted by prohibiting the use of a zoom lens and requiring the court reporter must simply line up the camera straight ahead on the deponent without any angle shots so as to give a full frontal view of the witness and prohibiting "All parties and persons having access to the original and any copies thereof . . . from exhibiting or showing the tape to anyone other than attorneys and others directly involved in the preparation and trial of this case, and after the trials are concluded, no other use shall be made of such tape."
>
> What use do you intend to make of these videotapes that would be unreasonably restricted by such a limitation?
>
> If we are unable to agree on this matter or to obtain a ruling before this weekend, we propose that the videotape be held in escrow by us and released until the court rules on the matter so that the deps can go forward as scheduled.

Please advise.

**Ronald D. Coleman, Esq.**

Court Plaza South, West Wing
21 Main Street, Suite 353
Hackensack, NJ 07601-7095
Direct Dial: 201-342-6000
Fax: 201-342-6611
rcoleman@archerlaw.com
www.archerlaw.com



> **From:** Paul Berger Esq. [mailto:legal5@rocalabs.com]
> **Sent:** Monday, June 01, 2015 3:33 PM
> **To:** Coleman, Ronald D.
> **Cc:** Cynthia Koroll, MS,RN,JD; Marc Randazza; MacMull, Joel G.
> **Subject:** Re: Video tape- Withdraw agreement
>
> Ron:
>
> I have been out of the office today and just saw the emails regarding videotape confidential. I will try to speak to the client and respond by 5:00 p.m. EST tomorrow. In the meantime, can you please send me any legal support for your position that you would like me to review.
>
> Thank you,
>
> Paul
>
> On Mon, Jun 1, 2015 at 12:38 PM, Coleman, Ronald D. <rcoleman@archerlaw.com> wrote:
>
>> And in preparing our motion on this topic, what shall defendants tell the court is plaintiff's justification for its denial?
>>
>> **Ronald D. Coleman, Esq.**
>>
>> Court Plaza South, West Wing
>> 21 Main Street, Suite 353
>> Hackensack, NJ 07601-7095
>> Direct Dial: 201-342-6000
>> Fax: 201-342-6611
>> rcoleman@archerlaw.com