# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ROCA LABS, INC.,

    Plaintiff,

vs.                                              Case No: 8:14-cv-2096-T-33EAJ

CONSUMER OPINION CORP. and
OPINION CORP. d/b/a
PISSEDCONSUMER.COM,

    Defendants.

_____/

## PLAINTIFF ROCA LABS' MOTION TO STRIKE DEFENDANT'S CONSUMER OPINION CORP. MOTION FOR SUMMARY JUDGMENT

Plaintiff, Roca Labs, Inc. ("Plaintiff"), by the undersigned counsel in accordance with Federal Rules of Civil Procedure 12(f) files this Motion to Strike the Defendants Motion for Summary Judgment. The grounds supporting this Motion are as follows:

1. Defendant Consumer Opinion Corp. begins its Motion by stating "In a case where, as here, discovery is essentially completed and the record indicates the existence of no genuine issue of material fact, all questions are now simply matters of law . . ." [Doc. No. 148 page 1 Section 2.0].

2. This statement is inherently false and is shocking in light of the Defendants ongoing, blatant and inexcusable attempt to evade discovery.

3. The parties agreed that the depositions of Michael Podolsky and Alex Syrov, principals of Defendants, would take place on June 6 and 7, 2015, in New York and that depositions

1

for Defendants' corporate representative witnesses under Fed. R. Civ. P. 30(b)(6) would take place on June 8 and 9, 2015 in New York." [Doc. No. 132]. The Depositions were properly noticed and scheduled.

4. Defendants failed to appear for these depositions. Defendants never moved for a protective order or sought an relief from this Court. Rather after representing to the Court they would attend [Doc. No. 132], Defendants unilaterally decided not to attend.

5. The Plaintiff's have been forced to file multiple motions to compel these depositions. The Court deemed the first Motion as Moot as Defendants represented that they would appear [Doc No. 141]. The second Motion is pending before this Court [Doc. No. 143] and the Court issued an Endorsed Order directing Defendants to reply by June 12, 2015 [Doc. No. 144].

6. As Defendants did not appear for their Depositions, Plaintiff filed a Motion to Show Cause [Doc no. 150]

7. The depositions of Defendants' expert witnesses are scheduled for June 12 and 13 in Nevada. (In light of these facts, it is unimaginable that Defendant Consumer Opinion Corp. can state to this Court that discovery is *essentially complete* and that the matter is ripe for Summary Judgment.

8. Defendants Motion for Summary Judgment is inherently false, and is a mere pretense set up in bad faith and without color of fact and should be stricken or in the alternative denied with prejudice.

For all of the reasons stated above, Defendants Motion should be stricken or in the alternative denied, Plaintiff should be awarded legal fees and costs for defending this baseless Motion, and we respectfully request that the Court award all other relief it deems appropriate.

DATED: June 9, 2015

Respectfully Submitted,

/s/ Paul Berger
Paul Berger
Counsel for Plaintiff
FL Bar No. 4413
Roca Labs, Inc.
P.O. Box 7898
Delray Beach, FL 33482-7898
Tel. 305-998-6150
Legal5@rocalabs.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June 9, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that a true and correct copy of the foregoing document is being served upon: Marc Randazza, Esq. and Ronald Coleman, Esq., counsel for Defendants, via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Paul Berger
Paul Berger
Counsel for Plaintiff
FL Bar No. 4413
Roca Labs, Inc.
P.O. Box 7898
Delray Beach, FL 33482-7898
Tel. 305-998-6150
Legal5@rocalabs.com