# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

ROCA LABS, INC.,                        Case No: 8:14-cv-02096-VMC-EAJ

      Plaintiff,

   v.

CONSUMER OPINION CORP. and
OPINION CORP. d/b/a
PISSEDCONSUMER.COM,

      Defendants.
_____/

## DEFENDANT CONSUMER OPINION CORP.'S REPLY TO PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Roca Labs, Inc. ("Roca") asserts no rational basis to strike Consumer Opinion Corp.'s Motion for Summary Judgment (DE 148). This matter is ripe for summary judgment. In fact, it was ripe for summary judgment *ab initio*. Both Defendants moved for summary judgment previously (DE 57), but for no other reason than to extend these proceedings, Roca Labs filed an Amended Complaint, which mooted the previous motion for summary judgment. For the next several months, Roca let this case sit largely dormant - taking no actions to advance the case and seeking no discovery. However, Roca was quietly busy on the side, filing separate lawsuits against Defendants' witnesses for the exact same statements that it has sued Consumer Opinion Corp. for in this case (*see* DE 52, 61 (Amended Notices of Related Cases)). Roca kept up its activity with a lawsuit against counsel for Defendants for statements made in Defendants' Opposition to Plaintiff's Motion for Entry of a Temporary Injunction (DE 13) and for statements made in open court in this matter. (*See* DE 52).

Now, Roca has decided to ramp up this case with some unusually brisk activity, including seeking to depose "Google" (*see* Deposition Subpoena to Google, Inc., attached as Exhibit 1) and harassing expert witnesses (*see* DE 131). Consumer Opinion Corp. has sought to do just the opposite, attempting to streamline the litigation by filing a motion for summary

RANDAZZA | LEGAL GROUP

judgment to have this case decided on the merits - cutting off any additional attempts by Roca to multiply these proceedings further. Additional discovery is not required for disposition of the Motion for Summary Judgment. Roca, of course, does not want this – its strategy is to continue this case for as long as possible. Which brings us to the instant motion, which is inarguably meritless.

"Federal Rule of Civil Procedure 12(f) provides that the Court 'may order stricken from any **pleading** any insufficient defense or any redundant, immaterial, impertinent, or scandalous matter.'" *Weiss v. PPG Industries, Inc.,* 148 F.R.D. 289, 292 (M.D. Fla. 1993) (emphasis added). According to Fed. R. Civ. P. 7(a), "pleadings" are identified as the complaint and answer, but not motions or other papers. "This Court has consistently held that Rule 12(f) provides only for the striking of pleadings, not motions." *Weiss,* 148 F.R.D. at 292 (stating that "[a] motion is not a pleading, and thus a motion to strike a motion is not proper under 12(f)"); *see Morroni v. Gunderson*, 169 F.R.D. 168, 170 (M.D. Fla. 1996). Thus, a motion to strike under Rule 12(f) is limited to pleadings. *See United States v. Crisp,* 190 F.R.D. 546, 550-51 (E.D. Cal. 1999) (*citing Sidney-Vinstein v. A.H. Robins Co.,* 697 F.2d 880, 885 (9th Cir.1983)); *see also Keira v. Berry*, 2013 U.S. Dist. LEXIS 138431, *5 (S.D. Fla. Sept. 26, 2013) (*citing <u>Inter-Tel, Inc. v. West Coast Aircraft Eng'r</u>*, No. 8:04CV-02224-T-17MSS, at *2 (M.D. Fla. Oct. 3, 2005) for the proposition that 12(f) motions are not properly filed to strike motions or portions thereof).

Roca is simply taking any possible action to avoid having the motion for summary judgment heard on its merits and likely filed this motion knowing it had no merit whatsoever. Its only purpose is to continue Roca's pattern of vexatious conduct. While the time spent responding to it was minimal, that time should not be taxed to Consumer Opinion Corp.; it should be taxed to Roca Labs and/or its counsel pursuant to Fed. R. Civ. P. 11, the court's inherent power, and 28 U.S.C. § 1927.

Dated: June 9, 2015

                        Respectfully Submitted,

                        *s/ Marc J. Randazza*
                        MARC J. RANDAZZA
                        Florida Bar No.: 625566
                        RANDAZZA LEGAL GROUP
                        3625 S. Town Center Drive
                        Las Vegas, Nevada 89135
                        Tele: 702-420-2001
                        Fax: 305-437-7662
                        Email: ecf@randazza.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 9 June, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF.

                        Employee Randazza Legal Group