UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROCA LABS, INC.,

    Plaintiff,

v.    Case No. 8:14-cv-2096-T-33EAJ

CONSUMER OPINION CORP., and
OPINION CORP.,

    Defendants.
_____/

## ORDER

This cause is before the Court pursuant to Plaintiff Roca Labs' Motion to Strike Defendant Consumer Opinion Corp.'s Motion for Summary Judgment (Doc. # 151), filed on June 9, 2015. Defendant Consumer Opinion Corp. filed a response in opposition to the Motion on June 9, 2015. (Doc. # 152). For the reasons that follow, the Motion is denied.

## Discussion

Defendant timely filed its Motion on June 8, 2015, within the July 7, 2015, dispositive motion deadline. (Doc. ## 49, 148). The Eleventh Circuit has determined that "summary judgment may only be decided upon an adequate record." Snook v. Trust Co. of Ga. Bank, 859 F.2d 865, 870 (11th Cir. 1988). Although acknowledging that discovery issues are pending,

this Court is well-equipped to determine whether disposition of Defendant's Motion is appropriate. Therefore, the Court denies Plaintiff's request to strike or, alternatively, deny Defendant's Motion. The Court further denies both parties' requests for fees in litigating this issue. (See Doc. ## 151-152).

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

Plaintiff Roca Labs' Motion to Strike Defendant Consumer Opinion Corp.'s Motion for Summary Judgment (Doc. # 151) is **DENIED.**

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 10th day of June, 2015.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to: All Counsel of Record