# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ROCA LABS, INC.,  Case No: 8:14-cv-02096-VMC-EAJ

    Plaintiff,

v.

CONSUMER OPINION CORP. and
OPINION CORP.,

    Defendants.
_____/

**DECLARATION OF EDWIN NAGELHOUT**

    I, EDWIN NAGELHOUT, being over 18 years of age and competent to testify about the matters contained in this declaration, hereby state as follows:

    1.    On {May 28, 2015} I spoke to Paul Berger, who identified himself as an attorney for Roca Labs.

    2.    Mr. Berger and I discussed my expert rates of $100 per hour for report testimony and $200 per hour for in-person testimony.

    3.    Mr. Berger did not object to me doubling my rate for in-person testimony.

    4.    Mr. Berger did object to me charging a minimum of four hours of testimony. He informed me that he would object to any such charge unless there was a "compelling reason" for the charge, and could send me "volumes" of case law that would support his position.

    5.    Based on the above, I agreed to waive the half-day minimum.

1

I declare under penalty of perjury that the foregoing is true and correct.

DocuSigned by:

*Edwin Nagelhout*

—02C0394317FD4AE...

Edwin Nagelhout

Executed on 6/7/2015 in Las Vegas, Nevada.