**EXHIBIT 2**

Randazza Legal Group Mail - FW: Roca Labs, Inc. v. Consumer Opinion Corp. - Postponement of Party Depositions 6/12/15, 3:07 PM

Case 8:14-cv-02096-VMC-EAJ Document 155-2 Filed 06/12/15 Page 2 of 21 PageID 4486



Alex Shepard <ajs@randazza.com>

## FW: Roca Labs, Inc. v. Consumer Opinion Corp. - Postponement of Party Depositions
2 messages

**Coleman, Ronald D.** <rcoleman@archerlaw.com>                      Fri, Jun 12, 2015 at 2:58 PM
To: Alex Shepard <ajs@randazza.com>

**Ronald D. Coleman, Esq.**

Court Plaza South, West Wing
21 Main Street, Suite 353
Hackensack, NJ 07601-7095
Direct Dial: 201-342-6000
Fax: 201-342-6611
rcoleman@archerlaw.com
www.archerlaw.com



**From:** Cynthia Koroll, MS,RN,JD [mailto:legal6@rocalabs.com]
**Sent:** Friday, June 05, 2015 3:25 PM
**To:** Coleman, Ronald D.
**Cc:** Paul Berger Esq.
**Subject:** Re: Roca Labs, Inc. v. Consumer Opinion Corp. - Postponement of Party Depositions

Mr Coleman,

It appears that you are calling me a liar. Because I anticipated this type of conduct from you, I carefully asked you ON THE RECORD TWICE to meet and confer AND you refused. I asked you at the conclusion of the deposition on the record  and after you refused to confer and immediately hung up I made a full record of the request and the video will reflect the comments of the witnesses to you hanging up and thus refusing the call. I immediately left and and then I traveled 194 miles and had no calls or acknowledgements by you that you had reconsidered your rash decision and were begging to confer. If you later thought better of your rash decision to refuse a reasonable request to confer based on an email you WROTE AND SENT DURING THE DEPOSITION, you could have called myself or Mr Berger and apologized and conferred.

I look forward to meeting you in New York this weekend. Fortunately we will have a record of all interactions at any

time that I am in your physical presence. I will rely on the record and the reasoning of the Court in reviewing the record to determine the truth of any and all assertions.


Cynthia Koroll




Cynthia Koroll, MS, RN, JD

Independent General Counsel

Roca Labs, Inc.

815-519-7130 Direct

815-316-7554 Office

779-423-2332 (fax)


ANY AND ALL E-MAIL CORRESPONDENCE WITH ANY MEMBER OF THE ROCA LABS LEGAL TEAM OR ROCA LABS STAFF AND PERSONNEL IS PROTECTED UNDER ATTORNEY-CLIENT PRIVILEGE.



On Fri, Jun 5, 2015 at 1:54 PM, Coleman, Ronald D. <rcoleman@archerlaw.com> wrote:

Stop lecturing me and stop lying. I never said I would not meet and confer off the record. In fact I wrote the exact opposite in an email.  I will do neither, however, without involving my co-counsel, Mr. Randazza.



Ronald D. Coleman, Esq.

Court Plaza South, West Wing
21 Main Street, Suite 353
Hackensack, NJ 07601-7095
Direct Dial: 201-342-6000
Fax: 201-342-6611
rcoleman@archerlaw.com<mailto:rcoleman@archerlaw.com>
www.archerlaw.com<http://www.archerlaw.com>

[Archer & Greiner, P.C.]<http://www.archerlaw.com/>

On Jun 5, 2015, at 1:30 AM, Cynthia Koroll, MS,RN,JD <legal6@rocalabs.com<mailto:legal6@rocalabs.com>> wrote:

Randazza... Reordazza - Roca Labs, Inc. v. Consumer Opinion Corp. Postponement... 6/11/15, 3:07 PM

Case 8:14-cv-02096-VMC-EAJ Document 155-2 Filed 06/12/15 Page 4 of 21 PageID 4488

Mr Coleman,

I regret that you refused to have a meet and confer on or off the record.

"I've never had the occasion to express myself before encountering the crack Roca Labs "Independent General Counsels" – and I've practiced all over America." Sir, please review the requirements for civility before our next encounter.


Cynthia Koroll


Cynthia Koroll, MS, RN, JD
Independent General Counsel
Roca Labs, Inc.
815-519-7130 Direct
815-316-7554<tel:815-316-7554> Office
779-423-2332<tel:779-423-2332> (fax)

ANY AND ALL E-MAIL CORRESPONDENCE WITH ANY MEMBER OF THE ROCA LABS LEGAL TEAM OR ROCA LABS STAFF AND PERSONNEL IS PROTECTED UNDER ATTORNEY-CLIENT PRIVILEGE.


On Thu, Jun 4, 2015 at 5:53 PM, Coleman, Ronald D. <rcoleman@archerlaw.com<mailto:rcoleman@archerlaw.com> > wrote:
I've never had the occasion to express myself before encountering the crack Roca Labs "Independent General Counsels" – and I've practiced all over America.

We're not having a meet and confer on the record. We will acknowledge everything we say but that's not how it works unless the judge orders it.


Ronald D. Coleman, Esq.

Court Plaza South, West Wing
21 Main Street, Suite 353
Hackensack, NJ 07601-7095
Direct Dial: 201-342-6000<tel:201-342-6000>
Fax: 201-342-6611<tel:201-342-6611>
rcoleman@archerlaw.com<mailto:rcoleman@archerlaw.com>
www.archerlaw.com<http://www.archerlaw.com>

[Archer & Greiner, P.C.]<http://www.archerlaw.com/>
From: Cynthia Koroll, MS,RN,JD [mailto:legal6@rocalabs.com<mailto:legal6@rocalabs.com>]
Sent: Thursday, June 04, 2015 6:51 PM

To: Coleman, Ronald D.
Cc: Paul Berger Esq.; Marc J. Randazza; MacMull, Joel G.
Subject: Re: Roca Labs, Inc. v. Consumer Opinion Corp. - Postponement of Party Depositions

Mr Coleman,

Given your assertion that my conduct is "assinine", that Mr Berger is a "liar" and "an idiot" and that our motions are "stupid"- it would be best if the conference was on the record.

Not sure how ya'll treat each other out there, but we do not use such terms out this way.

Cynthia Koroll, MS, RN, JD
Independent General Counsel
Roca Labs, Inc.
815-519-7130<tel:815-519-7130> Direct
815-316-7554<tel:815-316-7554> Office
779-423-2332<tel:779-423-2332> (fax)

ANY AND ALL E-MAIL CORRESPONDENCE WITH ANY MEMBER OF THE ROCA LABS LEGAL TEAM OR ROCA
LABS STAFF AND PERSONNEL IS PROTECTED UNDER ATTORNEY-CLIENT PRIVILEGE.


On Thu, Jun 4, 2015 at 5:32 PM, Coleman, Ronald D. <rcoleman@archerlaw.com<mailto:rcoleman@archerlaw.com>
> wrote:
I am available for the conference.

Not on the record.



Ronald D. Coleman, Esq.

Court Plaza South, West Wing
21 Main Street, Suite 353
Hackensack, NJ 07601-7095
Direct Dial: 201-342-6000<tel:201-342-6000>
Fax: 201-342-6611<tel:201-342-6611>
rcoleman@archerlaw.com<mailto:rcoleman@archerlaw.com>
www.archerlaw.com<http://www.archerlaw.com>

<image001.jpg><http://www.archerlaw.com/>
From: Cynthia Koroll, MS,RN,JD [mailto:legal6@rocalabs.com<mailto:legal6@rocalabs.com>]
Sent: Thursday, June 04, 2015 6:32 PM

To: Coleman, Ronald D.
Cc: Paul Berger Esq.; Marc J. Randazza; MacMull, Joel G.
Subject: Re: Roca Labs, Inc. v. Consumer Opinion Corp. - Postponement of Party Depositions

Dear Mr.Coleman,

No Sir, I would never state that you are an idiot in any document or on the record.

That being said, we need to meet and confer on the document that you sent.

Can you stay on the record after the call?

CK


Cynthia Koroll, MS, RN, JD
Independent General Counsel
Roca Labs, Inc.
815-519-7130<tel:815-519-7130> Direct
815-316-7554<tel:815-316-7554> Office
779-423-2332<tel:779-423-2332> (fax)

ANY AND ALL E-MAIL CORRESPONDENCE WITH ANY MEMBER OF THE ROCA LABS LEGAL TEAM OR ROCA
LABS STAFF AND PERSONNEL IS PROTECTED UNDER ATTORNEY-CLIENT PRIVILEGE.


On Thu, Jun 4, 2015 at 5:25 PM, Coleman, Ronald D. <rcoleman@archerlaw.com<mailto:rcoleman@archerlaw.com>
> wrote:
Sure, Cynthia.  Obviously I would do that, because I'm an idiot.

Or … maybe… you characterized it as something entirely different.

No, let's go with Ron Coleman is an idiot.


Ronald D. Coleman, Esq.

Court Plaza South, West Wing
21 Main Street, Suite 353
Hackensack, NJ 07601-7095
Direct Dial: 201-342-6000<tel:201-342-6000>
Fax: 201-342-6611<tel:201-342-6611>
rcoleman@archerlaw.com<mailto:rcoleman@archerlaw.com>
www.archerlaw.com<http://www.archerlaw.com>

<image001.jpg><http://www.archerlaw.com/>
From: Cynthia Koroll, MS,RN,JD [mailto:legal6@rocalabs.com<mailto:legal6@rocalabs.com>]
Sent: Thursday, June 04, 2015 6:20 PM
To: Coleman, Ronald D.
Cc: Paul Berger Esq.; Marc J. Randazza; MacMull, Joel G.
Subject: Re: Roca Labs, Inc. v. Consumer Opinion Corp. - Postponement of Party Depositions

Mr Coleman,

This is the communication that you just asserted that you know nothing about.

Ck

On Thursday, June 4, 2015, Coleman, Ronald D. <rcoleman@archerlaw.com<mailto:rcoleman@archerlaw.com>>
wrote:
Please find the attached correspondence, which is self-explanatory.


Ronald D. Coleman, Esq.

Court Plaza South, West Wing
21 Main Street, Suite 353
Hackensack, NJ 07601-7095
Direct Dial: 201-342-6000<tel:201-342-6000>
Fax: 201-342-6611<tel:201-342-6611>
rcoleman@archerlaw.com<mailto:rcoleman@archerlaw.com>
www.archerlaw.com<http://www.archerlaw.com>

<image001.jpg><http://www.archerlaw.com/>


INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE
NOT THE INTENDED RECIPIENT OF THIS EMAIL, DO NOT READ, DISTRIBUTE OR REPRODUCE THIS
TRANSMISSION (INCLUDING ANY ATTACHMENTS). IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE

IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE OR EMAIL REPLY.

--
Sent from Gmail Mobile

---

**Coleman, Ronald D.** <rcoleman@archerlaw.com>                    Fri, Jun 12, 2015 at 2:59 PM
To: Alex Shepard <ajs@randazza.com>

**Ronald D. Coleman, Esq.**

Court Plaza South, West Wing
21 Main Street, Suite 353
Hackensack, NJ 07601-7095
Direct Dial: 201-342-6000
Fax: 201-342-6611
rcoleman@archerlaw.com
www.archerlaw.com



**From:** Coleman, Ronald D.
**Sent:** Friday, June 05, 2015 3:54 PM
**To:** 'Cynthia Koroll, MS,RN,JD'
**Cc:** Paul Berger Esq.; 'Marc John Randazza'; MacMull, Joel G.
**Subject:** RE: Roca Labs, Inc. v. Consumer Opinion Corp. - Postponement of Party Depositions
**Importance:** High

Cynthia,

Attached is the contemporaneous email I sent you which indicates, contrary to your fairy tale, the entire truth of the matter – that we would not meet and confer "on the record." It does not explicitly say, to be sure, that we would meet and confer off the record, but if you read the email as refusing even to that, it is hard to understand what I meant by the next sentence in which I said we would acknowledge "everything we say" – i.e., off the record at a meet and confer – but we're not going to follow Roca's unilateral rules. This includes transcribed meet and confer demands, real-time Skyped deposition demands and any other circus-like aspect of litigation your client dreams up to abuse the litigation process.

You may not be aware of this, but there is a well established pattern that precedes your entry into this series of related cases by which Roca pretends to seek a meet and confer prior to making a motion, makes some preposterously nominal attempt to do so, and then proceeds with its filing on the pretext that defendants were "unavailable" or "refused to meet and confer."  You have now been initiated into this grand tradition and indeed it says much about you that where previous lawyers have been unable to tolerate Roca's direction as to how to represent it, you have managed to stay "in the box."

But if you wanted to meet and confer, Cynthia, you could have made it happen by simply sending an email in response to the one I have attached, with our without driving many miles (the significance of which to this discussion is not obvious).  Even though it was well after business hours, we could have found out when Marc was available and made it happen, or scheduled it for today.

Now, a little more truth:  You asked me at the end of the deposition if we could get Paul on the line and have our meet and confer with the court reporter transcribing it. I said no.  That's not the same as refusing to meet and confer, Cynthia; it's refusing to meet and confer without giving notice to our client's lead counsel.  And it's refusing to meet and confer while being transcribed, which you have no right to demand.

**Are you a liar, then?**  I assume you are comfortable stipulating that you are no more of a liar than your co-counsel.

Enjoy your weekend in New York.  This enjoyment should be facilitated by the fact that, contrary to your odd comment suggesting otherwise, you will **not** be interacting with me or anyone representing our clients, as was made crystal-clear in our correspondence postponing the depositions due to plaintiff's refusal to conduct them in accordance with the Rules of Civil Procedure.

Please do not in the future neglect to include Mr. Randazza, who is lead counsel, on correspondence in this matter.

[Quoted text hidden]

📄 **noname.eml**
53K



Alex Shepard <ajs@randazza.com>

## FW: NY Court Reporter
6 messages

**Coleman, Ronald D.** <rcoleman@archerlaw.com>                    Fri, Jun 12, 2015 at 2:59 PM
To: Alex Shepard <ajs@randazza.com>


**Ronald D. Coleman, Esq.**

Court Plaza South, West Wing
21 Main Street, Suite 353
Hackensack, NJ 07601-7095
Direct Dial: 201-342-6000
Fax: 201-342-6611
rcoleman@archerlaw.com
www.archerlaw.com



**From:** Paul Berger Esq. [mailto:legal5@rocalabs.com]
**Sent:** Saturday, June 06, 2015 8:44 AM
**To:** Marc Randazza; Coleman, Ronald D.
**Cc:** Cynthia Koroll, MS,RN,JD
**Subject:** NY Court Reporter


When you get to the Court Reporter this morning, please call my cell phone          as the front door is locked
and the reporter will come down to let you in.


Thank you,


Paul



--

Paul Berger, Esq.

Randazza...Bill-ew-View... ...ew-Reporter 3:07 PM

Independent General Counsel

Roca Labs, Inc.

Direct 305-998-6150

**ATTENTION!**

NOTICE: This E-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, is confidential or a matter subject to a confidentiality agreement, and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution or copying of this communication is strictly prohibited. Please reply to the sender that you have received the message in error, then delete it. This e-mail message is intended only for the personal use of the recipient(s) named above. If you are not an intended recipient, you may not review, copy or distribute this message. Thank you.

Circular 230 disclosure: to ensure compliance with requirements imposed by the IRS, we inform you that, unless we have specifically stated otherwise in writing, any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any matters addressed herein.

INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS EMAIL, DO NOT READ, DISTRIBUTE OR REPRODUCE THIS TRANSMISSION (INCLUDING ANY ATTACHMENTS). IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE OR EMAIL REPLY.

---

**Coleman, Ronald D.** <rcoleman@archerlaw.com>                    Fri, Jun 12, 2015 at 2:59 PM
To: Alex Shepard <ajs@randazza.com>

**Ronald D. Coleman, Esq.**

Court Plaza South, West Wing
21 Main Street, Suite 353
Hackensack, NJ 07601-7095
Direct Dial: 201-342-6000
Fax: 201-342-6611
rcoleman@archerlaw.com
www.archerlaw.com



---

**From:** Marc John Randazza [mailto:mjr@randazza.com]
**Sent:** Saturday, June 06, 2015 7:05 PM
**To:** Paul Berger Esq.
**Cc:** Coleman, Ronald D.; Cynthia Koroll, MS,RN,JD
**Subject:** Re: NY Court Reporter

Paul, although I was out of pocket for the exchange of letters and conversations about the cancellation, might I point out that you still have three days scheduled for Depositions, and thus, it does not appear that it is too late for you to be reasonable about the protections that our clients sought.

Although, you did state to us that he wished to have the depositions in New York rather than New Jersey in part because you could "double up" the visit and go see your New York clients.  Therefore, I presume that the trip isn't a complete waste for you if we are unable to come to such an agreement, but it would seem to me to be a reasonable thing for you to try and work this out before you go back to Florida

In fact, if I were in your shoes, I would have held the depositions under our requested conditions, but I would if reserve the right to seek a second deposition under your preferred conditions if the court ruled in your favor.

Marc John Randazza, JD, MAMC, LLM

Randazza Legal Group

Miami - Las Vegas - Philadelphia - San Francisco

Sent from iPhone (maybe even using Siri).  If the message is at all intelligible, it is a minor miracle.

On 06/giu/2015, at 05:44, Paul Berger Esq. <legal5@rocalabs.com> wrote:

> When you get to the Court Reporter this morning, please call my cell phone                as the front door is locked and the reporter will come down to let you in.
>
> Thank you,
>
> Paul
>
>
> --
> Paul Berger, Esq.
> Independent General Counsel

Roca Labs, Inc.

Direct 305-998-6150

**ATTENTION!**

NOTICE: This E-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, is confidential or a matter subject to a confidentiality agreement, and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution or copying of this communication is strictly prohibited. Please reply to the sender that you have received the message in error, then delete it. This e-mail message is intended only for the personal use of the recipient(s) named above. If you are not an intended recipient, you may not review, copy or distribute this message. Thank you.

Circular 230 disclosure: to ensure compliance with requirements imposed by the IRS, we inform you that, unless we have specifically stated otherwise in writing, any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any matters addressed herein.

INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS EMAIL, DO NOT READ, DISTRIBUTE OR REPRODUCE THIS TRANSMISSION (INCLUDING ANY ATTACHMENTS). IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE OR EMAIL REPLY.

---

**Coleman, Ronald D.** <rcoleman@archerlaw.com>                    Fri, Jun 12, 2015 at 3:00 PM
To: Alex Shepard <ajs@randazza.com>

**Ronald D. Coleman, Esq.**

Court Plaza South, West Wing
21 Main Street, Suite 353
Hackensack, NJ 07601-7095
Direct Dial: 201-342-6000
Fax: 201-342-6611
rcoleman@archerlaw.com
www.archerlaw.com



---

**From:** Paul Berger Esq. [mailto:legal5@rocalabs.com]
**Sent:** Saturday, June 06, 2015 9:27 PM
**To:** Marc John Randazza; Coleman, Ronald D.
**Cc:** Cynthia Koroll, MS,RN,JD
**Subject:** Re: NY Court Reporter

Marc:

Cynthia and myself will be at the noticed deposition tomorrow at 9:00 a.m.  The depositions were properly noticed and were agreed to by yourself and Mr. Coleman.  I expect the remaining depositions will go forward as scheduled.

Please be advised that I made the trip exclusively for the scheduled depositions.  We can discuss on the record tomorrow rescheduling the deposition of Mr. Podolsky for Wednesday.  I am not certain if I can make arrangements to stay an extra day, but I hope to have an answer by tomorrow.  I expect that your client will pay all additional travel costs and for my time for today.

Thank you,

Paul

[Quoted text hidden]
[Quoted text hidden]

---

**Coleman, Ronald D.** <rcoleman@archerlaw.com>                             Fri, Jun 12, 2015 at 3:00 PM
To: Alex Shepard <ajs@randazza.com>

**Ronald D. Coleman, Esq.**

Court Plaza South, West Wing
21 Main Street, Suite 353
Hackensack, NJ 07601-7095
Direct Dial: 201-342-6000
Fax: 201-342-6611
rcoleman@archerlaw.com
www.archerlaw.com



**From:** Coleman, Ronald D.
**Sent:** Saturday, June 06, 2015 9:45 PM
**To:** Paul Berger Esq.
**Cc:** Marc John Randazza; Cynthia Koroll, MS,RN,JD; MacMull, Joel G.
**Subject:** Re: NY Court Reporter

The depositions were cancelled.  You were on notice of this by virtue of multiple written communications.


**Ronald D. Coleman, Esq.**

Court Plaza South, West Wing
21 Main Street, Suite 353
Hackensack, NJ 07601-7095
Direct Dial: 201-342-6000
Fax: 201-342-6611
rcoleman@archerlaw.com
www.archerlaw.com



[Quoted text hidden]
[Quoted text hidden]

---

**Coleman, Ronald D.** <rcoleman@archerlaw.com>                    Fri, Jun 12, 2015 at 3:00 PM
To: Alex Shepard <ajs@randazza.com>


**Ronald D. Coleman, Esq.**

Court Plaza South, West Wing
21 Main Street, Suite 353
Hackensack, NJ 07601-7095
Direct Dial: 201-342-6000
Fax: 201-342-6611
rcoleman@archerlaw.com
www.archerlaw.com



---

**From:** Paul Berger Esq. [mailto:legal5@rocalabs.com]
**Sent:** Saturday, June 06, 2015 10:23 PM
**To:** Coleman, Ronald D.
**Cc:** Marc John Randazza; Cynthia Koroll, MS,RN,JD; MacMull, Joel G.
**Subject:** Re: NY Court Reporter


The depositions were scheduled and agreed to without any objections (other than the naming of 30(b)(6) witnesses).  Defendants represented to the Court they were going to appear.  Based on Mr. Randazza's email, the deponents are available and the remaining depositions could take place as scheduled.   Moreover, the Court did not grant any stay of

the depositions.

There is no valid reason the remaining depositions should not go forward.  Roca Labs is still willing to have the Court reporter hold the video tape in trust until any concerns that you may have are ruled on by the Court.

Cynthia and myself will be at the Court reporter's office tomorrow at 9:00 a.m.

Paul

On Sat, Jun 6, 2015 at 9:45 PM, Coleman, Ronald D. <rcoleman@archerlaw.com> wrote:

The depositions were cancelled.  You were on notice of this by virtue of multiple written communications.

Ronald D. Coleman, Esq.

Court Plaza South, West Wing
21 Main Street, Suite 353
Hackensack, NJ 07601-7095
Direct Dial: 201-342-6000
Fax: 201-342-6611
rcoleman@archerlaw.com<mailto:rcoleman@archerlaw.com>
www.archerlaw.com<http://www.archerlaw.com>

[Archer & Greiner, P.C.]<http://www.archerlaw.com/>

On Jun 6, 2015, at 9:27 PM, Paul Berger Esq. <legal5@rocalabs.com<mailto:legal5@rocalabs.com>> wrote:

Marc:

Cynthia and myself will be at the noticed deposition tomorrow at 9:00 a.m.  The depositions were properly noticed and were agreed to by yourself and Mr. Coleman.  I expect the remaining depositions will go forward as scheduled.

Please be advised that I made the trip exclusively for the scheduled depositions.  We can discuss on the record tomorrow rescheduling the deposition of Mr. Podolsky for Wednesday.  I am not certain if I can make arrangements to stay an extra day, but I hope to have an answer by tomorrow.  I expect that your client will pay all additional travel costs and for my time for today.

Thank you,

Paul

On Sat, Jun 6, 2015 at 7:04 PM, Marc John Randazza <mjr@randazza.com<mailto:mjr@randazza.com>> wrote:
Paul, although I was out of pocket for the exchange of letters and conversations about the cancellation, might I point out that you still have three days scheduled for Depositions, and thus, it does not appear that it is too late for you to be reasonable about the protections that our clients sought.

Although, you did state to us that he wished to have the depositions in New York rather than New Jersey in part because you could "double up" the visit and go see your New York clients.  Therefore, I presume that the trip isn't a complete waste for you if we are unable to come to such an agreement, but it would seem to me to be a reasonable thing for you to try and work this out before you go back to Florida

In fact, if I were in your shoes, I would have held the depositions under our requested conditions, but I would if reserve the right to seek a second deposition under your preferred conditions if the court ruled in your favor.

Marc John Randazza, JD, MAMC, LLM

Randazza Legal Group

Miami - Las Vegas - Philadelphia - San Francisco

Sent from iPhone (maybe even using Siri).  If the message is at all intelligible, it is a minor miracle.


On 06/giu/2015, at 05:44, Paul Berger Esq. <legal5@rocalabs.com<mailto:legal5@rocalabs.com>> wrote:

When you get to the Court Reporter this morning, please call my cell phone                               as the front door is locked and the reporter will come down to let you in.

Thank you,

Paul


--
Paul Berger, Esq.
Independent General Counsel
Roca Labs, Inc.
Direct 305-998-6150<tel:305-998-6150>


ATTENTION!

NOTICE: This E-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, is confidential or a matter subject to a confidentiality agreement, and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution or copying of this communication is strictly prohibited. Please reply to the sender that you have received the message in error, then delete it. This e-mail message is intended only for the personal use of the recipient(s) named above. If you are not an intended recipient, you may not review, copy or distribute this message. Thank you.


Circular 230 disclosure: to ensure compliance with requirements imposed by the IRS, we inform you that, unless we have specifically stated otherwise in writing, any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any matters addressed

herein.

--
Paul Berger, Esq.
Independent General Counsel
Roca Labs, Inc.
Direct 305-998-6150<tel:305-998-6150>

ATTENTION!

NOTICE: This E-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, is confidential or a matter subject to a confidentiality agreement, and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution or copying of this communication is strictly prohibited. Please reply to the sender that you have received the message in error, then delete it. This e-mail message is intended only for the personal use of the recipient(s) named above. If you are not an intended recipient, you may not review, copy or distribute this message. Thank you.

Circular 230 disclosure: to ensure compliance with requirements imposed by the IRS, we inform you that, unless we have specifically stated otherwise in writing, any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any matters addressed herein.

INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS EMAIL, DO NOT READ, DISTRIBUTE OR REPRODUCE THIS TRANSMISSION (INCLUDING ANY ATTACHMENTS). IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE OR EMAIL REPLY.

--
Paul Berger, Esq.

Independent General Counsel

Roca Labs, Inc.

Direct 305-998-6150

ATTENTION!

NOTICE: This E-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, is confidential or a matter subject to a confidentiality agreement, and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution or copying of this communication is strictly prohibited. Please reply to the sender that you have received the message in error, then delete it. This e-mail message is intended only for the personal use of the recipient(s) named above. If you are not an intended recipient, you may not review, copy or distribute this message. Thank you.

Randazza... ...ble v 30(b)(6) Dep   3:07 PM

Circular 230 disclosure: to ensure compliance with requirements imposed by the IRS, we inform you that, unless we have specifically stated otherwise in writing, any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any matters addressed herein.

**Coleman, Ronald D.** <rcoleman@archerlaw.com>                    Fri, Jun 12, 2015 at 3:01 PM
To: Alex Shepard <ajs@randazza.com>

**Ronald D. Coleman, Esq.**

Court Plaza South, West Wing
21 Main Street, Suite 353
Hackensack, NJ 07601-7095
Direct Dial: 201-342-6000
Fax: 201-342-6611
rcoleman@archerlaw.com
www.archerlaw.com

**Archer&Greiner** P.C.
ATTORNEYS AT LAW

**From:** Coleman, Ronald D.
**Sent:** Saturday, June 06, 2015 10:36 PM
**To:** Paul Berger Esq.
**Cc:** Marc John Randazza; Cynthia Koroll, MS,RN,JD; MacMull, Joel G.
**Subject:** Re: NY Court Reporter

We never agreed to Skyped depositions.  And we have no basis to rely on your choreographer as an escrow agent.

You can keep repeating yourself, but the deps are on hold until we get rulings, and you've been so advised since no later than Thursday.

Any costs you've generated or will generate in connection with this nonsense are your or your client's problem, not defendants'.

When you're ready to stop playing games you can get ask the discovery you're entitled to.

There will be no more emails from our side on this topic over the weekend.

**Ronald D. Coleman, Esq.**

Court Plaza South, West Wing
21 Main Street, Suite 353
Hackensack, NJ 07601-7095
Direct Dial: 201-342-6000
Fax: 201-342-6611
rcoleman@archerlaw.com
www.archerlaw.com



[Quoted text hidden]
[Quoted text hidden]



Alex Shepard <ajs@randazza.com>

## FW: Court Reporter
1 message

**Coleman, Ronald D.** <rcoleman@archerlaw.com>                                     Fri, Jun 12, 2015 at 3:01 PM
To: Alex Shepard <ajs@randazza.com>


**Ronald D. Coleman, Esq.**

Court Plaza South, West Wing
21 Main Street, Suite 353
Hackensack, NJ 07601-7095
Direct Dial: 201-342-6000
Fax: 201-342-6611
rcoleman@archerlaw.com
www.archerlaw.com



---

**From:** Paul Berger Esq. [mailto:legal5@rocalabs.com]
**Sent:** Sunday, June 07, 2015 8:59 AM
**To:** Marc Randazza; Coleman, Ronald D.
**Subject:** Court Reporter


Marc & Ron:


As a reminder the main door to the building of the Court Reporter's office is locked.  We are here waiting so please call me on my cell at                          if you have any issues.  We will also come down at 9:00 a.m. to ensure that you can enter the building.


Thank you,


Paul

--

Paul Berger, Esq.

Independent General Counsel

Roca Labs, Inc.

Direct 305-998-6150

**ATTENTION!**

NOTICE: This E-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, is confidential or a matter subject to a confidentiality agreement, and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution or copying of this communication is strictly prohibited. Please reply to the sender that you have received the message in error, then delete it. This e-mail message is intended only for the personal use of the recipient(s) named above. If you are not an intended recipient, you may not review, copy or distribute this message. Thank you.

Circular 230 disclosure: to ensure compliance with requirements imposed by the IRS, we inform you that, unless we have specifically stated otherwise in writing, any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any matters addressed herein.

INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS EMAIL, DO NOT READ, DISTRIBUTE OR REPRODUCE THIS TRANSMISSION (INCLUDING ANY ATTACHMENTS). IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE OR EMAIL REPLY.