UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROCA LABS, INC.,

                                                           Case 8:14-cv-2096-T- 33EAJ

vs.

CONSUMER OPINION CORP. and
OPINION CORP. d/b/a
PISSEDCONSUMER.COM,
     Defendants.
_____

**NOTICE OF ELECTRONIC FILING**

     PLEASE TAKE NOTICE that on the 15th day of June, 2015, E-filed with the Clerk of the Court of the United States District Court Middle District of Florida, Tampa Division, the **Plaintiff Roca Labs, Inc. Supplemental Rule 26(a) Disclosure, a** copy of which is attached hereto.

| | |
|---|---|
| DATED: June 15, 2015 | Respectfully Submitted, |
| | /s/ Cynthia J. Koroll |
| | Cynthia J. Koroll, Esq. |
| | Trial Counsel |
| | Independent Counsel for Roca Labs, Inc. |
| | Admitted *Pro Hac Vice* |
| | 630 North Church Street |
| | Suite 202 |
| | Rockford, Il, 61103 |
| | 815-316-7554 |
| | Legal6@rocalabs.com |
| | |
| | /s/ Paul Berger |
| | Paul Berger |
| | Counsel for Plaintiff |
| | FL Bar No. 4413 |
| | Roca Labs, Inc. |
| | P.O. Box 7898 |
| | Delray Beach, FL 33482-7898 |
| | Tel. 305-998-6150 |
| | Legal5@rocalabs.com |

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on June 15, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that a true and correct copy of the foregoing document is being served upon: Marc Randazza, Esq. and Ronald Coleman, Esq., counsel for Defendants, via transmission of Notices of Electronic Filing generated by CM/ECF.

      Respectfully Submitted,
/s/ Cynthia J. Koroll
Cynthia J. Koroll, Esq.
Trial Counsel
Independent Counsel for Roca Labs, Inc.
Admitted *Pro Hac Vice*
630 North Church Street
Suite 202
Rockford, Il, 61103
815-316-7554
Legal6@rocalabs.com