UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROCA LABS, INC.,

    Plaintiff,                                                    Case No: 8:14-cv-2096-T-33EAJ

vs.

CONSUMER OPINION CORP. and
OPINION CORP. d/b/a
PISSEDCONSUMER.COM,

    Defendants.

_____/

**JOINT NOTICE AS TO RESOLUTION AND OUTSTANDING ISSUES CONCERNING THE PARTIES' DEFERRED MOTIONS**

Pursuant to the Court's June 17, 2015 Order (Dkt 162), the Plaintiff and Defendants hereby jointly identify for the Court issues that were able to be resolved surrounding the depositions of 30(b)(6) Witnesses on behalf of Defendants Consumer Opinion Corp. and Opinion Corp.and of Michael Podolsky and Alex Syrov (Dkts. 143 and 150), including the parties' dispute concerning depositions scheduled on dates ranging from June 6, 2015 through June 9, 2015 in New York City. The parties have resolved and, subject to the Court's approval, stipulate to the following items:

1. The Depositions of Consumer Opinion Corp.'s 30(b)(6) Witness, Opinion Corp.'s 30(b)(6) Witness, Michael Podolsky and Alex Syrov will take place in New York City at 9:00 a.m. as follows:

    a. Saturday, July 11, 2015 Opinion Corp.'s 30(b)(6) Witness

    b. Sunday, July 12, 2015  Consumer Opinion Corp.'s 30(b)(6) Witness

    c. Monday, July 13, 2015 Michael Podolsky

   d. Tuesday, July 14, 2015 Alex Syrov

2. Defendants shall bear such reasonable additional costs as are incurred by reason of depositions being taken on Saturday and Sunday, such as additional fees charged by the court reporter and videographer costs, etc., which shall be submitted for approval to defendants no later than July 3, 2015. Approval shall be decided in 3 business days from the date of receipt and shall not be unreasonably withheld.

3. Per the previously served Notices of Deposition, all depositions will be videotaped, subject to the objection by Defendants set forth in their pending Opposition to Motions to Compel (see Item D below in Impasse Section). If a ruling is not made by the Court prior to the first scheduled deposition, the parties agree that the videotapes will be held in escrow by Michael Kahn, Esq., the mediator on this matter until a ruling is made by this Court, any costs associated therewith to be borne equally by each side.

4. The parties agree to allow George Whiting, Don Juravin, Fahad Uddin, April Goodwin and/or Rachel Hyman to listen to the depositions telephonically or via internet connection (Skype) while they are taken. No voice or other recordings will be made of the depositions other than the official court videographer's recordings discussed in item 3 above, and each of the foregoing individuals shall sign a written undertaking to the effect that they are aware of this stipulation and agree to be bound by it.

5. In Plaintiff's previously filed Motion to Compel the above-referenced depositions, Plaintiff sought leave of Court to extend the June 15, 2015 discovery deadline for the limited purposes of completing said depositions. The Defendants stipulate to extend

112615213v1

the discovery deadline to July 20, 2015 for the limited purposes of completing the above-referenced depositions.

6. The parties stipulate that, subject to the Court's granting of leave, the deadline for Plaintiff to file its response to Defendant Consumer Opinion Corp.'s Motion for Summary Judgment (Dkt. 148) be extend to August 5, 2015.

**Impasse Items – Court Ruling Requested**

The parties are at an impasse and seek a ruling from this Honorable Court on the following:

A. An Order to Show Cause why Consumer Opinion Corp.'s 30(b)(6) Witness, Opinion Corp.'s 30(b)(6) Witness, Michael Podolsky and Alex Syrov failed to attend the depositions in New York despite subpoenas issued for the witnesses and representations to the Court that they were attending (Dkts. 150 and 155).

B. Sanctions in the form of attorneys' fees and costs against Consumer Opinion Corp., Opinion Corp., Michael Podolsky and/or Alex Syrov for their failure to attend the depositions (Dkts. 150 and 155).

C. Waiver of objections to the Subpoena *Duces Tecum* and an Order from the Court requesting immediate full compliance and production of the documents by July 3, 2015 without objection as raised in Plaintiff's Motion to Compel (Dkts. 150 and 155).

D. Limitations on the use of the videotape depositions of the witnesses listed in item 1 above as requested by Defendants in response to Plaintiff's Motion to Compel (Dkts. 150 and 155).

E. An Order on Plaintiff's Motion to Determine a Reasonable Fee for Dr. Parisi (Dkt. 146) thereby establishing the reasonable fees for Dr. Parisi and fees and costs for Plaintiff's in preparing the Motion to Determine a Reasonable Fee for Dr. Parisi (Dkt. 146).

Wherefore the parties jointly submit the issues that have been resolved and the issues that are at an impasse for this Court to decide.

## CERTIFICATE OF GOOD FAITH
## COMPLIANCE WITH LOCAL RULE 3.01(g)

In accordance with Local Rule 3.01(g), counsel for Plaintiff has conferred with counsel for Defendants and we jointly submit this Notice.

DATED: June 26, 2015

Respectfully submitted,

| | |
|---|---|
| /s/ Paul Berger | /s/ Ronald Coleman |
| Paul Berger | Ronald Coleman |
| FL Bar No. 4413 | *Pro Hac Vice* |
| Counsel for Plaintiff Roca Labs, Inc. | Counsel for Defendants Opinion Corp. & Consumer Opinion Corp. |

112615213v1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 26, 2015, I filed a true and accurate copy of the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

/s/ Paul Berger
FL Bar No. 4413
Independent General Counsel
Roca Labs, Inc.
P.O. Box 7898
Delray Beach, FL 33482-7898
Tel. 305-998-6150
Legal5@rocalabs.com
Counsel for Plaintiff