# EXHIBIT 1

Declaration of Stephanie Taylor

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROCA LABS, INC.,                                             Case No: 8:14-cv-02096-VMC-EAJ

          Plaintiff,

    v.

CONSUMER OPINION CORP. and
OPINION CORP.,

          Defendants.
_____/

## DECLARATION OF STEPHANIE TAYLOR

I, Stephanie Taylor, declare under penalty of perjury that all of the following facts are true:

1. I previously worked for Roca Labs, Inc. ("Roca Labs") continuously beginning approximately September 2013 and ending on May 2, 2014.

2. During my term of employment, I worked in a number of customer service capacities for Roca Labs.

3. At the beginning of my term of employment, I took part in a three-day training given by Roca Labs through which they instructed me on how to respond to certain customer inquiries and requests.

4. During my training, I was instructed that Roca Labs' strict refund policy prohibits refunds if they are requested more than one hour after the purchase is made.

5. If a customer requested a refund, I was instructed to only respond via email by providing them a link to Roca Labs' support page, which, to the best of my knowledge, was never

1

active and would not actually facilitate refunds. Therefore, to my knowledge, there was no way a customer could successfully obtain a refund for their purchase.

6. One of the capacities in which I worked involved taking orders for Roca Labs products over the telephone and through the Internet.

7. When a customer would call Roca Labs' customer support telephone number, the caller would be instructed through an automated response to leave a voicemail message.

8. Per my training and through the consistent instruction of Don Juravin and other Roca Labs managers, a caller who leaves a voicemail message requesting a refund would be sent an email directing them to the non-functional customer support webpage.

9. Another capacity in which I worked at Roca Labs was posing as a "success coach," speaking over Skype with customers and potential customers who had questions about Roca Labs products and the how it could affect their health.

10. For a short period of time, I consumed Roca Labs' products. While using the product, I lost less than 15 pounds.

11. Despite my minimal weight loss, I was instructed by Don Juravin and other Roca Labs managers to lie to callers and significantly exaggerate the amount of weight that I lost while using Roca Labs' product. In fact, I was instructed by Roca Labs' management to tell callers that I had lost more than three times the weight that I had actually lost while using the product.

12. Shortly prior to my separation with Roca Labs, I was assigned the task of responding to customer inquiries using the online-chat functionality of Roca Labs' website. I was given

no instructions regarding how to respond to customers inquiries using this tool aside from my prior training.

13. During my time working with Roca Labs, I noticed that the online chat window on Roca Labs' website showed a picture of a doctor.

14. During the chat sessions there was no doctor chatting with the people who were asking questions using that tool; I was the only person chatting with the customers.

15. I am not a medical doctor, nor am I anything close to a medical doctor.

16. It is clear to me that we were misleading people to believe that they were speaking to a medical doctor about Roca Labs' product while they were actually only speaking to me, someone who received only three days of minimal training before being given the task of responding to customer questions.

I declare under penalty of perjury that the foregoing statements are true and correct under the laws of the United States.

Dated  6/12/2015 .

*DocuSigned by:*
*Stephanie Billy*
041431607AC8432...
Stephanie Taylor

3