# EXHIBIT 2

Sarasota County Code Enforcement Report

**Sarasota County**
**INQUIRY REPORT**

INQUIRY NUMBER
**11 101552 11**

INQUIRY DATE
**Thursday January 13, 2011**

NAME / ADDRESS
**HERMES ERACLIDES**
**847 Siesta Key Circle ST SARASOTA Florida 34242**

TELEPHONE NO.
**(941) 586-5800**

SOURCE OF INQUIRY
**Gigi Bates**

TYPE OF INQUIRY
**Call Center**
**Complaint**

DIVISION / FOREMAN
**Code Enforcement**
**Gigi Bates**

LOCATION DESCRIPTION
**4136 Roberts Point CircleLOT 34 ALSO BEG AT SLY COR OF LOT 34 TH N 65 DEG**
**24 MIN W 174.8 FT TO SHORE OF BAYOU NETTIE TH N ALONG WATERS OF**

CO-ORDINATE

DETAILS OF PROBLEM
**Business running out of a residential area.**

| SOURCE OF INQUIRY | | |
|---|---|---|
| ASSIGNED TO  J.Tancey | DATE  5/29/15 | AREA  Admin. staff |
| REPORT AND RECOMMENDATION | | |
| | SCHEDULE DATE  6/2/15 | COMPLETION DATE  6/2/15 |
| ACTION TAKEN  Provide Activities for case # 11-101552-11 (complaint) Email to Marc J. Randazza with Randazza Legal Group | | |

| SERVICE | | | COMMENTS  See notes dated 1/19/2011 |
|---|---|---|---|
| Closed | N/A | | |
| Open | | | |

| COMPLETION DATE | CALL BACK | SCHEDULE DATE |
|---|---|---|
| D D M M Y Y  0 6 0 2 1 5 | | D D M M Y Y |

OC04228

6/2/15  11:46AM

## ACTIVITIES FOR CASE # 11-101552-11

| Process | Process Comment | Activities | Date | Done By | Hrs | Activity Comments |
|---------|-----------------|-----------|------|---------|-----|-------------------|
| Route Complaint | | Completed | 01/13/2011 | Gigi Bates | 0.25 | Business running out of a residential area. |
| Code Compliance Investigation | Running business in res district | Unfounded | 01/19/2011 | John Lally | 1.00 | No evidence of running a business that would be against the Zoning Ordinance. Anonymous needs to contact me with more details. |
| | Animal Services | | | | | |
| | Building Inspections | | | | | |
| | Code Enforcement | | | | | |
| | Contractor Licensing | | | | | |
| | Environmental Health | | | | | |
| | Fire Prevention | | | | | |
| | Hazardous Waste | | | | | |
| | Neighborhood Response Team | | | | | |
| | Resource Protection | | | | | |
| | Sheriff's Office | | | | | |
| | Solid Waste | | | | | |
| | Traffic Problems | | | | | |
| | Utilities | | | | | |
| | Pollution Control | | | | | |
| | | | | **Total Hours** | **1.25** | |

OC04229

**Sarasota County**
**INQUIRY REPORT**

INQUIRY NUMBER
**12 138939 11**

INQUIRY DATE
**Tuesday November 06, 2012**

NAME / ADDRESS
**HERMES ERACLIDES**

TELEPHONE NO.
**(941) 586-5800**

**847 Siesta Key Circle ST SARASOTA Florida 34242**

SOURCE OF INQUIRY
**Daniel Zumbro**

TYPE OF INQUIRY
**Call Center**
**Complaint**

DIVISION / FOREMAN
**Building**
**Daniel Zumbro**

LOCATION DESCRIPTION                                                      CO-ORDINATE
**4136 Roberts Point CircleLOT 34 ALSO BEG AT SLY COR OF LOT 34 TH N 65 DEG**
**24 MIN W 174.8 FT TO SHORE OF BAYOU NETTIE TH N ALONG WATERS OF**

DETAILS OF PROBLEM
**Resident is running a manufacturing/distribution center out of his house.**

**Approximately 50 pallets of product - weight loss dietary substance.**

| SOURCE OF INQUIRY | | |
|---|---|---|
| ASSIGNED TO J. Tancey | DATE 5/29/15 | AREA Admin. staff |
| REPORT AND RECOMMENDATION | | |
| | | |
| | SCHEDULE DATE 6/2/15 | COMPLETION DATE 6/2/15 |

ACTION TAKEN

Provide Activities for case #12-138939-11 (Complaint)
Provide Activities for case #CZ-12-3390 with copies of
Case file, photos & documents
Email to Marc J. Randazza with Randazza Legal
Group

| SERVICE | | |
|---|---|---|
| Closed | N/A | |
| Open | | |

COMMENTS

See notes dated 11/8/2012
showing violation; at that
time, CZ-12-3390 created
by officer.

| COMPLETION DATE | CALL BACK | SCHEDULE DATE |
|---|---|---|
| D D M M Y Y | | D D M M Y Y |
| 0 6 0 2 1 5 | | |

OC04230

6/2/15  11:42AM

**ACTIVITIES FOR CASE #**  12-138939-11

| Process | Process Comment | Activities | Date | Done By | Hrs | Activity Comments |
|---|---|---|---|---|---|---|
| Route Complaint | | Completed | 11/06/2012 | Susan Anderson | 0.25 | Resident is running a manufacturing/distributio n center out of his house. |
| | | | | | | Approximately 50 pallets of product – weight loss dietary substance. |
| Code Compliance Investigation | Resident is running a manufacturing/distribution center out of his house. | Violation | 11/08/2012 | John Lally | 1.00 | Based on evidence recieved from an employee and her attorney a violation of the home based business ordinance has been violated. No employees and no manufacturing processes.. |
| | Approximately 50 pallets of product – weight loss dietary substance. | | | | | |
| | Animal Services | | | | | |
| | Building Inspections | | | | | |
| | Code Enforcement | | | | | |
| | Contractor Licensing | | | | | |
| | Environmental Health | | | | | |
| | Fire Prevention | | | | | |
| | Hazardous Waste | | | | | |
| | Neighborhood Response Team | | | | | |
| | Resource Protection | | | | | |
| | Sheriff's Office | | | | | |
| | Solid Waste | | | | | |
| | Traffic Problems | | | | | |
| | Utilities | | | | | |
| | Pollution Control | | | | | |

**Total Hours**     **1.25**

## 2012 139264 000 00 CZ Zoning Compliance

| | | | | |
|---|---|---|---|---|
| **Type** | CZ Zoning Compliance | | **Status** | Closed |
| **Sub Type** | | | **Parent ID** | 809811 |
| **Work** | | | **Row ID** | 810136 |
| **Group** | Violations | | | |

### Primary Property

| | | | |
|---|---|---|---|
| **Address** | 4136 Roberts Point Circle, Sarasota County, Florida, 34242, USA | **Roll** 007810040 | **PropID** 50212 | **Folder Unit** |

**Location**

### Tracking Dates and Reference Information

| | **Issue/Approve** | **Expires** |
|---|---|---|
| **In Date** Nov 08, 2012 | **Issued By** | **Final Date** May 24, 2013 |
| **Ref. No.** CZ-12-3390 | | **Priority** |
| **Name** 4136 Roberts Point Cir | | |

### Description

Based on evidence recieved from an employee and her attorney a violation of the home based business ordinance has been violated. No employees allowed,storage and no packaging/manufacturing/distribution processes allowed.Note: Request for extension given to remove materials by 3/15/13.

### Conditions

## Indicators

Violation                                    Parent

OC04232

6/2/15  11:38AM

## ACTIVITIES FOR CASE #   CZ-12-3390

| Process | Process Comment | Activities | Date | Done By | Hrs | Activity Comments |
|---|---|---|---|---|---|---|
| Reinspection | | Case Research | 04/05/2013 | John Lally | 0.50 | Sent EMail to attorneys requesting an inspection time |
| Reinspection | | Compliance | 05/24/2013 | John Lally | 2.00 | I inspected property and found materials in front part of garage constituting the violation have been removed. Property is in compliance. No employees and no manufacturing processes observed at any time. |
| | Code Enforcement Customer Contact | Contacted - phone | 01/03/2013 | Charles Marchione | 1.00 | P/O 941-586-5800, requested extention March15, 2012 |
| Reinspection | | Customer Contact | 04/23/2013 | John Lally | 2.00 | I attended a phone conference @ the county attorneys office with Mr. Juarvin's attorneys and discussed options on how to close the case providing the property is in compliance. |
| Reinspection | | Extension Granted | 01/03/2013 | Charles Marchione | 1.00 | P/O 941-586-5800, requested extention March15, 2012 |
| Reinspection | | Extension Granted | 12/20/2012 | John Lally | 1.00 | I emailed the attorneys and described what corrections are needed, I also called Sal the owners property manager and explained what corrections are needed. Case has been extended till Jauary 31, 2013 to allow time for compliance. |

OC04233

| Process | Process Comment | Activities | Date | Done By | Hrs | Activity Comments |
|---|---|---|---|---|---|---|
| Reinspection | | Extension Granted | 11/16/2012 | John Lally | 2.00 | I inspected property on 11/15/12 and took pictures of the storage area. there are materials in the front part of garage that are going to be removed that are not part of the current operation. I will extend the compliance till Dec 21, 2012 and will be setting up a meeting with Brad to discuss the case |
| Violation Notification | | Notice of Violation | 11/08/2012 | John Lally | 2.00 | ased on evidence recieved from an employee and her attorney a violation of the home based business ordinance has been violated. No employees and no manufacturing processes.. |
| Violation Notification | | Verbal Contact | 02/20/2013 | Kevin Burns | 1.00 | Spoke with neighbor and informed her that business will be gone in one month |
| | | | **Total Hours** | | **12.50** | |

# Sarasota County

## SARASOTA COUNTY CODE ENFORCEMENT
## NOTICE OF VIOLATION
## AND
## ORDER TO CORRECT VIOLATION

**CASE NUMBER: CZ-12-3390**

**DATE: November 14, 2012**

Hermes Eraclides
874 Siesta Key Circle
Sarasota, Fl. 34242

Don Juravin  (Tenant)
4136 Roberts Point Circle
Sarasota, Fl. 34242

**LOCATION OF VIOLATION: 4136 Roberts Point Circle, Sarasota, Fl. 34242**
**PROPERTY IDENTIFICATION NUMBER: 0078-10-0040**

**NOTICE OF VIOLATION:**
Pursuant to Chapter 2, Article VIII, Sarasota County Code, and Chapter 162, Florida Statutes, you are notified that a violation of the following Sarasota County Code exists:

**Sarasota County Code, Appendix A, Sec. 5.4.4.f.1.iii.iv.2.i.Accessory Uses in Residential Districts**

**f. Home Occupations and Home-Based Businesses. The following regulations shall apply to the conduct of home occupations and home-based businesses in any district:**

**1. General Standards**
**iii. No storage or warehousing of business material, supplies or equipment is allowed in any accessory structure, garage or outside of the dwelling unit.**

**iv. No home occupation or home-based business shall be permitted in an open porch area, garage or any accessory structure not suited or intended for occupancy as living quarters.**

**2. Home Occupation as an Accessory Use. The intent of a home occupation is to allow very limited activities in a residential dwelling, provided such activities do not impact or detract from the residential character of the area. No evidence of the home occupation shall be visible. A home occupation shall be deemed an accessory use and no further approval shall be required, provided the use meets the standards of this section and the general standards in subsection f.1. above. Where private deed restrictions are more restrictive than the standards of this section, such restrictions shall apply.**

**i. No persons other than members of the family residing on the premises shall be engaged in such occupation, except that employees are permitted in association with Section 5.3.1.a.6.**

**DESCRIPTION OF CONDITIONS CONSTITUTING THE VIOLATION:**
Storage of business materials, supplies in the garage/utility storage area, employees other than family members engaged in the occupation  is a violation of the Zoning Ordinance.

**ORDER TO CORRECT VIOLATION:** You are directed by this notice to make the following corrective actions: **Cease the illegal home-based business and/or home occupation. Stop the warehousing of, and remove business material, supplies and equipment from property.**

**BEFORE: November 21, 2012**

OC04235

**PENALTIES MAY BE IMPOSED:**
Failure to correct the deficiencies on the date specified above will result in an Affidavit or Statement of Violation to be filed the Code Enforcement Special Magistrate, charging you with the violations set out above, upon which a hearing will be held which you may attend.  If the Code Enforcement Special Magistrate finds a violation exists, penalties up to $250.00 per day for each day the violation exists may be imposed.  Penalties up to $500.00 per day for each repeat violation may be imposed.

_____

John Lally
Code Enforcement Officer
Planning & Development Services / Code Enforcement
1001 Sarasota Center Blvd.
Sarasota, FL. 34240  (941) 915-7548


SERVED BY: ☐ PERSONAL SERVICE ☐ CERTIFIED MAIL☐ FIRST CLASS MAIL ☐ POSTED

Roca Labs | gastric bypass NO surgery alternative costs $480 with health insurance



# Gastric Bypass Results / no surgery

GASTRIC BYPASS no surgery ™

HOME    ANSWERS    SUCCESS STORIES    SUPPORT    ORDER

Only $160 x 3 payments    order

Understanding the formula

A dose in the morning limits available stomach space practically forcing you to eat half as much as before. This is a powerful weapon against obesity. A successful regimen will result in a smaller size stomach (3-6 months), improving eating habits and overcoming cravings.



4 month supply

effective

gastric
bypass effect



WHAT IS Roca Labs® Formula?

Share    More info

click 2 talk
LIVE ADVICE

OC04237

## Roca Labs USA
Nutraceuticals Paris-Florida-Tokyo

Home          Success Stories          Questions          Customer Care          Research

# Gastric Bypass No Surgery

Natural formula creates Gastric Bypass Effect - only a small limited stomach volume available for food intake



What is it?

90% Success Rate

»  **Understanding the formula**      Live Chat    **Choosing the right formula**    ‹
1                                                  2

A dose of the Formula mixed in water an the morning creates a fast gastric bypas leaving only a small limited stomach size for food intake, practically forcing you to and lose weight from day one. Without G Bypass surgery.

The patented β-Glucan® ingredient re your blood sugar levels and helps yo cravings.



click 2 talk
LIVE ADVICE

OC04238

Page 3 of 3

Roca Labs | gastric bypass NO surgery alternative costs $480 with health insurance

Home | Order | Questions | Customer Care | Research | Instructions | Ingredients | Terms | FDA
disclaimer | Doctor | Send to a friend



*based on Terms

--------

Roca Labs is a special Formula designed to create a "gastric bypass effect" or "gastric bypass results" without the need to
a gastric bypass surgery. Statements on this site have not been evaluated by the FDA. The Formula does not diagnose,
treat, cure, or prevent any disease. This food supplement should be taken with at least 8 ounces of liquid. Consuming the
Formula(s) without sufficient liquid may cause choking or other complications. Do not consume or use the Formula if you
have difficulty in swallowing. Consult your doctor before buying/using the Formula, especially if you have ever had any
medical and/or health related condition. All purchases are governed by our Terms Page. This site is using visualization and
persuasion that we consider appropriate to psychologically aid users in the important process of weight loss. Some of
these efforts utilize paid actors. The information on this site supersedes any verbal information received from sales agents
via phone or elsewhere. Support for our claims are on the Research page and are supplied by our users, as seen on
YouTube. The use of the term "gastric bypass", and any other similar terminology, is meant only to illustrate the desired
effect of the Formula which consists of herbs/food supplements. The various logos displayed on our site belongs to their respective trade mark holders and
do not imply any endorsement. V1.7 Sep2011

gastric bypass          gastric by-pass          lap band surgery          band surgery          lapband          stomach surgery          gastric band



Ch

click 2 talk
LIVE ADVICE

http://www.rocalabs.com/en/

11/8/2012

OC04239

## John Lally

| | |
|---|---|
| **From:** | John Hagerman [john@banyantitle.net] |
| **Sent:** | Wednesday, November 07, 2012 2:29 PM |
| **To:** | John Lally |
| **Subject:** | Fw: FDA run business garage/Juravin |
| **Attachments:** | photo (14).JPG; photo (15).JPG; photo (16).JPG; photo (17).JPG; photo (12).JPG; Roca Roach-garage.zip |

Good Afternoon John,

I hope the pictures and e-mail attached will help substantiate my claim of the
illegal manufacturing and distribution plant being operated out of 4136 Roberts Point Rd. I can provide more
pictures and information if you feel it will assist you in your investigation. Thank you again for your prompt
attention to this most disturbing matter.

With Appreciation,

John J. Hagerman, CLA, LTA, CMS
President
Banyan Mitigation & Settlement Services
(941)-629-3825

----- Forwarded Message -----
**From:** "jodybarnes1@verizon.net" <jodybarnes1@verizon.net>
**To:** john@banyantitle.net
**Sent:** Wednesday, November 7, 2012 1:58 PM
**Subject:** FDA run business garage/Juravin

*November 7, 2012*

*Dear Mr. Hagerman,*

*Thank you for all your support in this matter. Attached you will find a few photos taken from inside Mr. Don Juravin's home (garage). Pictures are of pallets with all materials that we fulfill orders from being boxes, bottles, lids, papers, scoopes, and of course the main product itself being the FDA approved food supplement. I only have a few pictures uploaded already and knowing you were in a hurry to see them, I'm only sending these. However, I have at least 100 photos, texts between myself and Mr. Juravin talking about what items we need to reorder and so on. Normal daily activites of business between myself and Mr. Juravin keeping him posted on product running low. I also have countless emails, notes of companies I've called on his behalf when scheduling truck delivery of all the pallets and the trucking companies used to deliver the pallets of product to his residence.*

*\*\*The pictures here were taken between the dates of July 2012 to present.. being October 25.*

*\*\* pls note, I have received 9 calls within the last hour from Mr. Juravin. I know it's him b/c he is the ONLY person that has EVER called me with a blocked number. Especially being that I just recently moved to this area. Only a handful of people even know my number! It's him... last time he needed me desperately was when he needed to blow out of town early in the morning and drive to Miami. He called just like this: a dozen times from 7:30a.m. until when I finally answered around 9:00 after I got my daughter off to school.*

*Don and Ania Juravin*
*4136 Roberts Point circle*
*Siesta Key, FL 34242*

*Don 813.500.9055         Phone numbers I know he has that r working :His wife, Ania @ 813.500.9055  and a private unlisted home phone@ 941.348.9193*
*859.816.8711*

1

OC04240

## John Lally

**From:** David Pearce
**Sent:** Friday, November 09, 2012 2:21 PM
**To:** John Lally; Scott Bossard
**Subject:** RE: review

John,

Scott is still in code enforcement. The only question I would have is with regard to the order to correct violation at the bottom of the page. You direct the Respondent to, "Cease producing/packaging/distribution from this residentially zoned property." I think you may want to expand on that and say something like, "Cease the illegal home-based business and/or home occupations. Stop storage or warehousing of, and remove, business material, supplies, or equipment."

Sincerely,

Dave Pearce

David M. Pearce
Assistant County Attorney
OFFICE OF THE COUNTY ATTORNEY
1660 Ringling Blvd., Second Floor
Sarasota, FL 34236
Telephone: 941-861-7261
Facsimile: 941-861-7267

**From:** John Lally
**Sent:** Friday, November 09, 2012 12:34 PM
**To:** Scott Bossard; David Pearce
**Subject:** review

Can you review this NOV for me this case has the Sheriff's office and the DBPR involved. I will also forward an email with some of the pictures from the complainant.

1

OC04241



# Sarasota County Property Appraiser

## 2013 Detail Information for Parcel 0078-10-0040

### Ownership

HERMES ERACLIDES
874 SIESTA KEY CIR
SARASOTA, FL, 34242
Incorrect Mailing Address?

### Situs Address

4136 ROBERTS POINT CIR, SARASOTA, FL  34242

### Parcel Description

BEG SELY COR OF LOT 34, RESUB OF BLKS 1, 2, 3 & 4 ROBERTS POINT OF PLAT OF SIESTA, TH S-44-02-56-W 93.96 FT TO ELY R/W OF VACATED EAST AVE TH N-65-24-W 174.84 FT TO BAYOU NETTIE, TH N-35-11-05-E 26.06 FT M/L TO S LINE OF LOT 3, BLK 55, REV PLAT OF SIESTA,...

### Associated Personal Property

No Personal Property

### Parcel Characteristics

| | |
|---|---|
| Land Area: | 16,021 (square feet) |
| Incorporation: | UNINCORPORATED |
| Delineated District: | N/A |
| Subdivision Code: | 0236 |
| Use Code: | N/A |
| Sec/Twp/Rge: | 01-37S-17E |
| Census: | 121150019031 |
| Zoning: | RSF1 |

### 2013 Values (Available Mid July)

| | |
|---|---|
| Just (Market) Value: | N/A |
| Land Value: | N/A |
| Improvement Value: | N/A |
| Assessed Value: | N/A |
| Homestead: | N/A |
| Exemptions: | N/A |
| Total Taxable: | N/A |

Property records have been updated with 2013 information. To view 2012 values, please click the 2012 button above.

### Improvements (Preliminary)

| | |
|---|---|
| Total Building Area: | 11,849 |
| Living Area: | 7,099 |
| Living Units: | 1 |
| Bed / Bath: | 6 Bed/5 Bath/2 Half |
| Pool: | Yes (Built 2008) |
| Year Built: | 2008 |

## Transfer History

| Transaction Date | Recorded Consideration | Transaction Qual. Code | Instrument # | Seller/Grantor |
|---|---|---|---|---|
| 5/7/2004 | $920,000 | 01 | 2004089820 | NEVITT,STEPHEN F |
| 4/24/2002 | $870,000 | 01 | 2002069642 | REISSIG,KRISTIAN |

Show Transaction Qual. Codes          Show Instrument Types

OC04242

Case 8:14-cv-02096-VMC-EAJ   Document 173-2   Filed 07/07/15   Page 17 of 23 PageID 5118
Page 1 of 2
www.sunbiz.org - Department of State



Previous on List    Next on List    Return To List

Events    Name History

Entity Name Search

Submit

# Detail by Entity Name

## Florida Profit Corporation

ROCA LABS, INC.

## Filing Information

| | |
|---|---|
| **Document Number** | P06000132455 |
| **FEI/EIN Number** | 208616355 |
| **Date Filed** | 10/18/2006 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | AMENDMENT AND NAME CHANGE |
| **Event Date Filed** | 04/15/2009 |
| **Event Effective Date** | NONE |

## Principal Address

12271 LEXINGTON PARK DR
204
TAMPA FL 33626 US

Changed 05/17/2011

## Mailing Address

12271 LEXINGTON PARK DR
204
TAMPA FL 33626 US

Changed 05/17/2011

## Registered Agent Name & Address

CT CORPORATION SYSTEM
1200 S PINE ISLAND RD
PLANTATION FL 33324 US

Name Changed: 04/17/2012

Address Changed: 04/17/2012

## Officer/Director Detail

**Name & Address**

Title DPST

WHITING, GEORGE C DR.
12271 LEXINGTON PARK DR NR 204
TAMPA FL 33626 US

Title D

OC04243

Case 8:14-cv-02096-VMC-EAJ   Document 173-2   Filed 07/07/15   Page 18 of 23 PageID 5119
Page 1 of 2
www.sunbiz.org - Department of State



Home   Contact Us   E-Filing Services   Document Searches   Forms   Help

Previous on List    Next on List    Return To List                    Entity Name Search

Events              Name History                                      Submit

# Detail by Entity Name

## Florida Profit Corporation

ZERO CALORIE LABS, INC.

## Filing Information

| | |
|---|---|
| **Document Number** | P06000135849 |
| **FEI/EIN Number** | 208616367 |
| **Date Filed** | 10/25/2006 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | AMENDMENT |
| **Event Date Filed** | 01/05/2010 |
| **Event Effective Date** | NONE |

## Principal Address

12271 LEXINGTON PARK DR
APT 204
TAMPA FL 33626 US

Changed 04/20/2011

## Mailing Address

12271 LEXINGTON PARK DR
APT 204
TAMPA FL 33626 US

Changed 04/20/2011

## Registered Agent Name & Address

C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION FL 33324 US

Name Changed: 04/19/2012

Address Changed: 04/19/2012

## Officer/Director Detail

**Name & Address**

Title DPST

WHITING, GEORGE C
12271 LEXINGTON PARK DR NR 204
TAMPA FL 33626

## Annual Reports

OC04244



OC04245



OC04246



OC04247



MATERIALS IN FRONT PART OF GARAGE
CONSTITUTING THE VIOLATION HAVE
BEEN REMOVED. PROPERTY IS IN
COMPLIANCE.
NO EMPLOYEES AND NO MANUFACTURING
PROCESSES AT ANY TIME
          OBSERVED

OC04249