## Outside Legal Counsel Agreement

This Independent General Counsel Agreement (the "Agreement"), made on this 11th of May, 2015 (the "Effective Date"), by and between Roca Labs, Inc. (hereinafter referred to as, "Roca"), a Florida Corporation, and Cynthia Koroll, an individual residing at 630 North Church, Rockford, Il 61108 (hereinafter referred to as, the "Lawyer"). For purposes of this Agreement, Roca and Lawyer shall be hereinafter referred to as the "Parties."

NOW, THEREFORE, in the Parties intending to be legally bound, do hereby agree as follows:

1. **Legal Services:** Lawyer shall serve as Outside Legal Counsel during the term of this Agreement and shall provide legal services for Roca at the direction of Roca. Legal services shall include but not be limited to general business advice, litigation, mediation, and representing Roca on business matters.

2. **Compensation**: Lawyer shall be compensated as follows:



    (D) Per Annum compensation shall be based upon based upon 200 hours per month (2,400 hours per year). For example, ▓▓▓ per annum shall equate to ▓▓ per hour.

    (E) Lawyer shall be paid on actual hours worked and <u>not</u> on a salaried basis.

    (F) Lawyer is able, at her discretion, to work more than 20-25 hours per week, provided the work is necessary, required, and for the benefit of Roca.

3. **Hubstaff:** Lawyer shall use HubStaff software ("HubStaff") to track billable hours. Manual hours, which are billable hours reflecting legal services performed without the use of HubStaff, will be submitted for approval monthly.

EXHIBIT 1

4. **Invoices**: Lawyer shall submit an invoice by email on the 1st of each month, and detail the following: Hours logged (including HubStaff and manual); and Expenses (travel, mileage, and legal supplies, etc.). Lawyer will be paid by electronic funds transfer within 5 days of receipt of invoice.

5. **Expenses** Roca shall be responsible for all expenses incurred by Lawyer in performing legal services for Roca. Any individual expense over $500.00 shall be pre-approved by Roca.

6.



7.

8.

9.

10.

11.

12. [redacted]

**IN WITNESS WHEREOF**, this Agreement has been executed by the Parties hereto in manner and form sufficient to bind them, as of the day and year first above written.

By: *Cynthia J. Koroll*

Name: Cyntha Koroll

By: _____

Name: _____