

Lisa Petsch <lisa@klg-law.net>

## Fwd: Fees due. Breach of contract

1 message

---------- Forwarded message ----------
From: **Cynthia Koroll** <cindi@klg-law.net>
Date: Fri, Jul 10, 2015 at 1:01 PM
Subject: Fees due. Breach of contract
To: Don J <don@rocalabs.com>, April Goodwin <legal2@rocalabs.com>

Let me get your offer straight here:
And all of the Non hub staff in New York and Vegas ( Paul told me not to use Hubstaff while traveling)

"We will pay two thirds of the non-Hubstaff hours for the first month and a third for the second month. "

Basically the 2 days I stayed up 22 hours writing the motion that got Schaive dismissed? He only wants to pay 1/3 of that time?

Every dep in Las Vegas. The dep until 2 am- he wants to pay 1/3 of that time.?

Every day in New York working with Paul on motions/ he wants to pay 1/3 of that time?

He will pay full time while I was traveling but while working- only 1/2 one month and 1/3 the next?

--
Cynthia Koroll, MS, RN, JD
Koroll Litigation Group, Ltd.
630 North Church Street, Suite 202
Rockford, IL 61103
815-316-7554
779-423-2332 (fax)



EXHIBIT 2

--
Cynthia Koroll, MS, RN, JD