

Cynthia Koroll <cindi@klg-law.net>

## Pleading attached
1 message

**Cynthia Koroll** <cindi@klg-law.net>  
To: Don J <don@rocalabs.com>, April Goodwin <legal2@rocalabs.com>

Sat, Jul 11, 2015 at 4:23 AM

Mr. Juravin,

You are in violation of our contract items 2D, 4 and 5.

I do believe I have been terminated which would require me to withdraw by law. You have stated that I am NOT terminated but your actions speak otherwise.

Whether terminated or not, Florida law permits me to withdraw when: the client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled. [Florida Rules of Professional Conduct Rule 4-1-16(b)(4)]

I understand that your legal team may have given you incorrect data on the basis and manner of withdrawal but I assure you my research shows the rules are clear. The pleading and attached documents provide the basis for my withdrawal.

I have given you a reasonable warning that unless you reimburse my expenses ( Paragraph 5) and pay the contracted hourly rate (Para 2D) by noon July 10, 2015 I will file the attached pleading. You were required pursuant to Rule 4 to pay by July 5, 2015.

--  
Cynthia Koroll, MS, RN, JD  
Koroll Litigation Group, Ltd.  
630 North Church Street, Suite 202  
Rockford, IL 61103  
815-316-7554  
779-423-2332 (fax)

 Motion to Withdraw.docx  
96K

EXHIBIT 3