•●ooo Sprint LTE        11:48 AM         ✈ ✻ 99% ▬

**New Message**                Cancel

To: Don Juravin Roca

Yesterday 9:01 AM

> Filing a motion to withdraw in MD PC and a Petition for Fees in the case.

> Will have to attach the contract to the pleading to show the rate and teens

>> Terms

> It sounds like you are extorting me. I have to go to the police on that.

>> Okay. Go ahead.

> I have to withdraw and I need to get paid. Filing motions is legal. I have to call Marc before I file. It's all simple. We have a contract. I attempted to call you and out of the office

  Text Message                Send



EXHIBIT 4