# Expenses LEGAL June 2015 Cynthia Koroll

| Date: | Amount: | Description: |
|---|---|---|
| 6/4/2015 | $254.22 | Mileage (446 miles) |
| 6/6/2015 | $60.99 | Mileage (107 miles) |
| 6/6/2015 | $72.92 | Cab Fare |
| 6/6/2015 | $19.01 | Chicago Airport Dining (Roca Dinner) |
| 6/6/2015 | $24.97 | Chicago Airport (Misc.) |
| 6/7/2015 | $12.25 | New York (lunch) |
| 6/7/2015 | $8.15 | New York (Xi An Famous Foods) |
| 6/10/2015 | $26.86 | JFK Airport (lunch) |
| 6/10/2015 | $60.99 | Mileage (107 miles) home |
| 6/12/2015 | $43.42 | Mileage (76 miles) |
| 6/12/2015 | $8.00 | WiFi on Flight |
| 6/12/2015 | $16.80 | Virgin Valley Cab (Cab fare) |
| 6/12/2015 | $17.59 | Verifone (Cab Fare) |
| 6/12/2015 | $11.52 | Milwaukee Airport (Misc.) |
| 6/12/2015 | $60.01 | In-Suite Dining |
| 6/13/2015 | $555.00 | Southwest (Flight and Exchange) |
| 6/13/2015 | $12.78 | ANLV Cab (Cab fare) |
| 6/13/2015 | $7.47 | Verifone (Cab Fare) |
| 6/13/2015 | $16.17 | Verifone (Cab Fare) |
| 6/13/2015 | $39.83 | In-Suite Dining |
| 6/13/2015 | $24.86 | Romanos Macaroni Grill (Dep Lunch) |
| 6/14/2015 | $49.20 | Brunch |
| 6/14/2015 | $18.05 | Paris Street Cafe |
| 6/15/2015 | $60.62 | Western Cab Co. (Cab fare) |
| 6/16/2015 | $21.61 | Verifone (Cab Fare) |
| 6/15/2015 | $57.13 | A Cab Taxi (Cab fare) |
| 6/16/2015 | $10.26 | Jersey Mikes (Airport) (Vegas) |
| 6/12-14/15 | $371.31 | Trump Hotel (Vegas) |
| 6/14-16/15 | $342.04 | Mirage Hotel (Vegas) |
| 6/6-10/15 | $139.00 | O'Hare Airport Parking |
| 6/12-16/15 | $65.00 | Milwaukee Airport Parking |
| TOTAL | $2488.03 | |


EXHIBIT 5

# Pay LEGAL June 2015 Cynthia Koroll

Hourly Rate: $50.00 / hr

HUBSTAFF: 69:02:0

MANUAL

| Date: | Description | Hours: |
|---|---|---|
| 6/4/2015 | Schaive - Travel and Depo | 16.5 |
| 6/6-7/2015 | PC MDFL - NY tr | 9 |
| 6/7/2015 | PC MDFL - NY Depos and work in NY | 13.5 |
| 6/8/2015 | PC MDFL - Depos and work in NY | 17.5 |
| 6/9/2015 | PC MDFL - Depos and work in NY | 11.5 |
| 6/10/2015 | PC MDFL - Travel from NYC to home | 8 |
| 6/11/2015 | PC MDFL | 0.5 |
| 6/12/2015 | PC MDFL LV & Depo Travel | 19 |
| 6/13/2015 | PC MDFL - Depo of Nagelhout | 10 |
| 6/14/2015 | PC MDFL - Parisi Depo Prep & Schaive Motion | 14 |
| 6/15/2015 | PC MDFL - Parisi Depo Prep/Depo/Schaive Motion | 17 |
| 6/16/2015 | PC MDFL Parisi Depo | Depo & Travel | 11.5 |

| | Total Manual Hours: | 148 |
|---|---|---|

| TOTAL | | |
|---|---|---|
| Total Amount to be Paid: | 217 x $50.00 = $10,850.00 ($5,000.00 advanced) $5,850.00 owed | 217 hours and 2 minutes |