## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| ROCA LABS, INC., | ) |
| | ) |
| v. | )   Case 8:14-cv-2096-T-33EAJ |
| | ) |
| CONSUMER OPINION CORP. and | ) |
| OPINION CORP. d/b/a | ) |
| PISSEDCONSUMER.COM | ) |

_____

### NOTICE OF FILING

TO:   See Certificate of Service

PLEASE TAKE NOTICE that on July 11, 2015, Attorney Cynthia Koroll, as Independent Counsel for Plaintiff, ROCA LABS, INC., filed in the Office of the Clerk of the United States District Court Middle District of Florida, Tampa Division (via e-filing), the **Cynthia Koroll's Motion for Leave to Withdraw as Counsel for ROCA LABS, INC. and Don Juravin Pursuant to Rule 4-1.16(b)(4), (5), & (6) of the Florida Rules of Professional Conduct**, a copy of which is provided herewith.

Respectfully Submitted,
/s/ Cynthia J. Koroll
Cynthia J. Koroll, Esq.
Trial Counsel
Independent Counsel for Roca Labs, Inc.
Admitted *Pro Hac Vice*
630 North Church Street
Suite 202
Rockford, Il, 61103
815-316-7554
cindi@klg-law.net

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 11, 2015, I electronically filed the foregoing documents with the Clerk of the Court using CM/ECF. I also certify that a true and correct copy of the foregoing document is being served upon: **Marc Randazza, Esq**. and **Ronald Coleman, Esq**., counsel for Defendants, counsel for Plaintiff, via transmission of Notices of Electronic Filing generated by CM/ECF.

> Respectfully Submitted,
> /s/ Cynthia J. Koroll
> Cynthia J. Koroll, Esq.
> Trial Counsel
> Independent Counsel for Roca Labs, Inc.
> Admitted *Pro Hac Vice*
> 630 North Church Street
> Suite 202
> Rockford, Il, 61103
> 815-316-7554
> cindi@klg-law.net