UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROCA LABS, INC.,

    Plaintiff,                                                        Case No: 8:14-cv-2096-T-33EAJ

vs.

CONSUMER OPINION CORP. and
OPINION CORP. d/b/a
PISSEDCONSUMER.COM,

    Defendants.
_____/

## NOTICE OF NON-OBJECTION TO MOTION TO WITHDRAW OF CYNTHIA J. KOROLL AS COUNSEL FOR PLAINTIFF AND TERMINATION OF ELECTRONIC NOTICES

Pursuant to Local Rules 2.02 and 2.03, undersigned counsel respectfully files this Notice of Non-Objection as to Cynthia Koroll's motion to withdraw from further representation of Roca Labs, Inc. ("Roca"). The Plaintiff further moves that the *pro hac vice* admission of Cynthia J. Koroll, Esq. for purposes of appearance as trial counsel on behalf of Plaintiff Roca Labs, Inc. in the above-styled case be withdrawn and asks this Court to terminate CM/ECF notices to Cynthia Koroll in this case, and in support states:

1. On May 28, 2015, Cynthia J. Koroll was admitted *pro hac vice* in the above matter.

2. Pursuant to Local Rule 2.02, Paul H. Berger, Esquire, consented to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings

shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures.

3. Cynthia Koroll previously filed a Motion to Withdraw (Dkt. 177) as counsel in this case and her legal services have been terminated by Plaintiff in this matter.

4. The undersigned met and conferred with opposing counsel and informed defense counsel of the termination of Ms. Koroll.

5. Roca was in full agreement with Ms. Koroll's withdrawal as counsel, however it believes that her Motion was improper and did not comply with the Federal Rules of Civil Procedure and/or local rules of the Middle District.

6. The undersigned counsel informed Ms. Koroll that he believed her Motion to be defective and should not be filed with this Court, however Ms. Koroll filed her Motion without Plaintiff's approval.

7. Although Roca takes the position that Ms. Koroll's July 10, 2015 Motion is improper pursuant to Local Rule 2.03(b) in that she did not provide the requisite ten (10) days notice to the interested parties who have appeared in this case regarding her intention to withdraw as counsel for Roca and improperly moved for fees and costs against her own client, Roca has no objection to Cynthia Koroll withdrawing as its counsel in this matter.

8. At the time of filing her Motion to Withdraw, Cynthia Koroll did not provide the requisite ten (10) days notice to the interested parties who have appeared in this case regarding her intention to withdraw as counsel for Roca.

9. Any objection to the of the Motion to Withdraw was based on the improper filing and lack of requisite notice of ten (10) days per the Federal Rules and three (3) days per the terms of Roca and Cynthia Koroll's agreement.

10. Cynthia Koroll will no longer represent Roca in this action. Paul Berger, Esq., currently lead counsel, will continue to provide representation to Roca and withdraws his Pro Hac Vice sponsorship of Cynthia Koroll.

11. Based upon recent conduct of Cynthia J. Koroll and perceived ethical violations by Ms. Koroll, the undersigned counsel is no longer willing to be a sponsor of Ms. Koroll in this District.

12. Allowing Cynthia Koroll to withdraw will not prejudice any party nor delay this proceeding.

**WHEREFORE**, the undersigned counsel moves this Honorable Court for an Order granting Cynthia Koroll's motion to withdraw as counsel for Roca Labs, Inc., enter an Order terminating the *pro hac vice* appearance of Cynthia J. Koroll on behalf of Plaintiff Roca Labs, Inc., for all purposes relating to the proceedings in the above-styled matter.

Dated: July 20, 2015                                    Respectfully Submitted,

/s/ Paul Berger
Paul Berger, Esq.
FL Bar. No. 0004413
Independent General Counsel
Roca Labs, Inc.
P.O. Box 7898
Delray Beach, FL 33432
Telephone 561-414-4570
Attorney for Plaintiff
email legal5@rocalabs.com

## CERTIFICATE OF GOOD FAITH
## COMPLIANCE WITH LOCAL RULE 3.01(g)

In accordance with Local Rule 3.01(g), counsel for Plaintiff has conferred with counsel for Defendants and there is no objection to Cynthia Koroll's withdrawal from this matter.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 20, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that a true and correct copy of the foregoing document is being served upon: Marc Randazza, Esq. and Ronald Coleman, Esq., counsel for Defendants, via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Paul Berger
Paul Berger, Esq.
FL Bar. No. 0004413
Independent General Counsel
Roca Labs, Inc.
P.O. Box 7898
Delray Beach, FL 33432
Telephone 561-414-4570
Attorney for Plaintiff
email legal5@rocalabs.com