**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| ROCA LABS, INC., | ) |
| | ) |
| v. | ) Case 8:14-cv-2096-T-33EAJ |
| | ) |
| CONSUMER OPINION CORP. and | ) |
| OPINION CORP. d/b/a | ) |
| PISSEDCONSUMER.COM | ) |

_____

**SUPPLEMENT TO MOTION TO WITHDRAW AS COUNSEL**

NOW COMES, Attorney Cynthia Koroll, as Independent Counsel for Plaintiff, ROCA LABS, INC., and files this her Supplement to Motion to Withdraw as Counsel and as such, states the following:

1. On July 11, 2015, Attorney Cynthia Koroll filed her Motion to Withdraw as Counsel.

2. The Motion was not ruled on at that time.

3. Attorney Cynthia Koroll contacted the Magistrate's Clerk and explained the situation stated in her Motion and was not able to get any response as to when she would be released from the instant case.

4. On or about July 17, 2015, Don Juravin and Roca Labs, Inc. filed a malpractice lawsuit against Attorney Cynthia Koroll and the lawsuit involves the case at hand. (See Exhibit A)

5. Attorney Cynthia Koroll can not get access to email or pleadings for this case and as such, is requesting to be released from this case.

1

6.      Don Juravin and Roca Labs, Inc. have refused to allow Attorney Cynthia Koroll out of this case and refused to terminate her work in the matter, but on July 20, 2015 Attorney Paul Berger filed a false pleading stating that Don Juravin and Roca Labs, Inc. agree to allow Attorney Koroll out of the case.

      Respectfully Submitted,
/s/ Cynthia J. Koroll
Cynthia J. Koroll, Esq.
Trial Counsel
Independent Counsel for Roca Labs, Inc.
Admitted *Pro Hac Vice*
630 North Church Street
Suite 202
Rockford, Il, 61103
815-316-7554
cindi@klg-law.net

