# COMPOSITE

# EXHIBIT 1

| Form **1120** | | **U.S. Corporation Income Tax Return** | | | | OMB No. 1545-0123 |
|---|---|---|---|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | | For calendar year 2012 or tax year beginning _Nov 1_ , 2012, ending _Oct 31_ , _2013_<br>► Information about Form 1120 and its separate instructions is at *www.irs.gov/form1120*. | | | | **2012** |

**A Check if:**
1 a Consolidated return (attach Form 851) ☐
b Life/nonlife consolidated return ☐
2 Personal holding co (attach Sch PH) ☐
3 Personal service corp (see instrs) ☐
4 Schedule M-3 attached ☐

**TYPE OR PRINT**

Name: CONSUMER OPINION CORP
Number, street, and room or suite number. If a P.O. box, see instructions.
132 FRANKLIN PLACE, #610
City or town: WOODMERE   State: NY   ZIP code: 11598

**B** Employer identification number: 26-3671426
**C** Date incorporated: 11/05/2008
**D** Total assets (see instructions): $ 890.

**E** Check if: (1) ☐ Initial return   (2) ☐ Final return   (3) ☐ Name change   (4) ☐ Address change

| | | | | |
|---|---|---|---:|---:|
| **I N C O M E** | 1a Gross receipts or sales | 1a | 127,111. | |
| | b Returns and allowances | 1b | | |
| | c Balance. Subtract line 1b from line 1a | | 1c | 127,111. |
| | 2 Cost of goods sold (attach Form 1125-A) | | 2 | |
| | 3 Gross profit. Subtract line 2 from line 1c | | 3 | 127,111. |
| | 4 Dividends (Schedule C, line 19) | | 4 | |
| | 5 Interest | | 5 | |
| | 6 Gross rents | | 6 | |
| | 7 Gross royalties | | 7 | |
| | 8 Capital gain net income (attach Schedule D (Form 1120)) | | 8 | |
| | 9 Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | 9 | |
| | 10 Other income (see instructions — attach schedule) | | 10 | |
| | 11 **Total income.** Add lines 3 through 10 | ► | 11 | 127,111. |
| **D E D U C T I O N S** (**SEE INSTRUCTIONS FOR LIMITATIONS ON DEDUCTIONS**) | 12 Compensation of officers (see instructions — attach Form 1125-E) | ► | 12 | |
| | 13 Salaries and wages (less employment credits) | | 13 | |
| | 14 Repairs and maintenance | | 14 | |
| | 15 Bad debts | | 15 | |
| | 16 Rents | | 16 | |
| | 17 Taxes and licenses | | 17 | 205. |
| | 18 Interest | | 18 | |
| | 19 Charitable contributions | | 19 | |
| | 20 Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | | 20 | |
| | 21 Depletion | | 21 | |
| | 22 Advertising | | 22 | |
| | 23 Pension, profit-sharing, etc, plans | | 23 | |
| | 24 Employee benefit programs | | 24 | |
| | 25 Domestic production activities deduction (attach Form 8903) | | 25 | |
| | 26 Other deductions (attach statement) See Other Deductions Statement | | 26 | 127,362. |
| | 27 **Total deductions.** Add lines 12 through 26 | ► | 27 | 127,567. |
| | 28 Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | | 28 | −456. |
| | 29a Net operating loss deduction (see instructions) | 29a | | |
| | b Special deductions (Schedule C, line 20) | 29b | | |
| | c Add lines 29a and 29b | | 29c | |
| **TAX, REFUNDABLE CREDITS, AND PAYMENTS** | 30 **Taxable income.** Subtract line 29c from line 28 (see instructions) | | 30 | −456. |
| | 31 Total tax (Schedule J, Part I, line 11) | | 31 | |
| | 32 Total payments and refundable credits (Schedule J, Part II, line 21) | | 32 | |
| | 33 Estimated tax penalty (see instructions). Check if Form 2220 is attached ► ☐ | | 33 | |
| | 34 **Amount owed.** If line 32 is smaller than the total of lines 31 and 33, enter amount owed | | 34 | |
| | 35 **Overpayment.** If line 32 is larger than the total of lines 31 and 33, enter amount overpaid | | 35 | |
| | 36 Enter amount from line 35 you want: Credited to 2013 estimated tax ► _____ Refunded ► | | 36 | |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer _____   Date _____   Title: PRESIDENT

May the IRS discuss this return with the preparer shown below (see instructions)? Yes ☒ No ☐

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Firm's name ► P & L FINANCIAL SERVICES CORP | | | Firm's EIN ► 75-3011998 | |
| Firm's address ► 2625 E 14TH ST STE 205 | | | | |
| BROOKLYN | NY 11235-3973 | | Phone no. | |

BAA For Paperwork Reduction Act Notice, see separate instructions.     CPCA0212  11/13/12     Form **1120** (2012)



COC00991

Form **1120** (2012)    CONSUMER OPINION CORP    26-3671426    Page **2**

| | **Schedule C**  Dividends and Special Deductions (see instructions) | (a) Dividends received | (b) Percentage | (c) Special deductions (a) x (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) | | 70 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) | | 80 | |
| 3 | Dividends on debt-financed stock of domestic and foreign corporations | | see instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 42 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 48 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs | | 70 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs | | 80 | |
| 8 | Dividends from wholly owned foreign subsidiaries | | 100 | |
| 9 | **Total.** Add lines 1 through 8. See instructions for limitation | | | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11 | Dividends from affiliated group members | | 100 | |
| 12 | Dividends from certain FSCs | | 100 | |
| 13 | Dividends from foreign corporations not included on lines 3, 6, 7, 8, 11, or 12 | | | |
| 14 | Income from controlled foreign corporations under subpart F (attach Form(s) 5471) | | | |
| 15 | Foreign dividend gross-up | | | |
| 16 | IC-DISC and former DISC dividends not included on lines 1, 2, or 3 | | | |
| 17 | Other dividends | | | |
| 18 | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 19 | **Total dividends.** Add lines 1 through 17. Enter here and on page 1, line 4 ▶ | | | |
| 20 | **Total special deductions.** Add lines 9, 10, 11, 12, and 18. Enter here and on page 1, line 29b ▶ | | | |

Form **1120** (2012)

COC00992

Form **1120** (2012)   CONSUMER OPINION CORP                                          26-3671426        Page **3**

### Schedule J   Tax Computation and Payment (see instructions)

**Part I — Tax Computation**

| | | | |
|---|---|---|---|
| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)) ► ☐ | | |
| 2 | Income tax. Check if a qualified personal service corporation (see instructions) ► ☐ | **2** | |
| 3 | Alternative minimum tax (attach Form 4626) | **3** | |
| 4 | Add lines 2 and 3 | **4** | |
| **5 a** | Foreign tax credit (attach Form 1118) | **5a** | |
| **b** | Credit from Form 8834, line 30 (attach Form 8834) | **5b** | |
| **c** | General business credit (attach Form 3800) | **5c** | |
| **d** | Credit for prior year minimum tax (attach Form 8827) | **5d** | |
| **e** | Bond credits from Form 8912 | **5e** | |
| 6 | **Total credits.** Add lines 5a through 5e | | **6** | |
| 7 | Subtract line 6 from line 4 | | **7** | |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) | | **8** | |
| **9 a** | Recapture of investment credit (attach Form 4255) | **9a** | |
| **b** | Recapture of low-income housing credit (attach Form 8611) | **9b** | |
| **c** | Interest due under the look-back method — completed long-term contracts (attach Form 8697) | **9c** | |
| **d** | Interest due under the look-back method — income forecast method (attach Form 8866) | **9d** | |
| **e** | Alternative tax on qualifying shipping activities (attach Form 8902) | **9e** | |
| **f** | Other (see instructions — attach statement) | **9f** | |
| 10 | **Total.** Add lines 9a through 9f | | **10** | |
| 11 | **Total tax.** Add lines 7, 8, and 10. Enter here and on page 1, line 31 | | **11** | |

**Part II — Payments and Refundable Credits**

| | | | |
|---|---|---|---|
| 12 | 2011 overpayment credited to 2012 | **12** | |
| 13 | 2012 estimated tax payments | **13** | |
| 14 | 2012 refund applied for on Form 4466 | **14** | |
| 15 | Combine lines 12, 13, and 14 | **15** | |
| 16 | Tax deposited with Form 7004 | **16** | |
| 17 | Withholding (see instructions) | **17** | |
| 18 | **Total payments.** Add lines 15, 16 and 17 | **18** | |
| 19 | Refundable credits from: | | |
| **a** | Form 2439 | **19a** | |
| **b** | Form 4136 | **19b** | |
| **c** | Form 8827, line 8c | **19c** | |
| **d** | Other (attach statement — see instructions) | **19d** | |
| 20 | **Total credits.** Add lines 19a through 19d | **20** | |
| 21 | **Total payments and credits.** Add lines 18 and 20. Enter here and on page 1, line 32 | **21** | |

### Schedule K   Other Information (see instructions)

| | | Yes | No |
|---|---|---|---|
| 1 | Check accounting method   **a** ☒ Cash   **b** ☐ Accrual   **c** ☐ Other (specify) ► | | |
| 2 | See the instructions and enter the: | | |
| | **a** Business activity code no. ►  541519 | | |
| | **b** Business activity ►  WEBSIDE BUILDING & MANAGEMENT | | |
| | **c** Product or service ►  SERVICE | | |
| 3 | Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? | | X |
| | If 'Yes,' enter name and EIN of the parent corporation ► | | |
| 4 | At the end of the tax year: | | |
| | **a** Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If 'Yes,' complete Part I of Schedule G (Form 1120) (attach Schedule G) | | X |
| | **b** Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If 'Yes,' complete Part II of Schedule G (Form 1120) (att Schedule G) | | X |

BAA                                    CPCA0234  12/28/12                              Form **1120** (2012)

COC00993

Form **1120** (2012)   CONSUMER OPINION CORP                                   26-3671426                          Page **4**

## Schedule K   Other Information *continued* (see instructions)

| | | | | Yes | No |
|---|---|---|---|---|---|
| **5** At the end of the tax year, did the corporation: | | | | | |
| **a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851**, Affiliations Schedule? For rules of constructive ownership, see instructions | | | | | X |

If 'Yes,' complete (i) through (iv) below.

| **(i)** Name of Corporation | **(ii)** Employer Identification Number (if any) | **(iii)** Country of Incorporation | **(iv)** Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | | | Yes | No |
|---|---|---|---|---|---|
| **b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions | | | | | X |

If 'Yes,' complete (i) through (iv) below.

| **(i)** Name of Entity | **(ii)** Employer Identification Number (if any) | **(iii)** Country of Organization | **(iv)** Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| **6** During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? (See sections 301 and 316.) | | | X |
| If 'Yes,' file **Form 5452**, Corporate Report of Nondividend Distributions. | | | |
| If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary | | | |
| **7** At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of **(a)** the total voting power of all classes of the corporation's stock entitled to vote or **(b)** the total value of all classes of the corporation's stock? For rules of attribution, see section 318. If 'Yes,' enter: | | | X |
| **(i)** Percentage owned ►              and **(ii)** Owner's country ► | | | |
| **(c)** The corporation may have to file **Form 5472**, Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached ► | | | |
| **8** Check this box if the corporation issued publicly offered debt instruments with original issue discount ► ☐ | | | |
| If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments. | | | |
| **9** Enter the amount of tax-exempt interest received or accrued during the tax year ► $ | | | |
| **10** Enter the number of shareholders at the end of the tax year (if 100 or fewer) ► | | | |
| **11** If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here ► ☐ | | | |
| If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid. | | | |
| **12** Enter the available NOL carryover from prior tax years (do not reduce it by any deduction on line 29a) ► $   4,314. | | | |
| **13** Are the corporation's total receipts (line 1c plus lines 4 through 10 on page 1) for the tax year **and** its total assets at the end of the tax year less than $250,000? | | X | |
| If 'Yes,' the corporation is not required to complete Schedules L, M-1, and M-2 on page 5. Instead, enter the total amount of cash distributions and the book value property distributions (other than cash) made during the tax year. ► $ | | | |
| **14** Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement (see instructions)? | | | X |
| If 'Yes,' complete and attach Schedule UTP. | | | |
| **15 a** Did the corporation make any payments in 2012 that would require it to file Form(s) 1099? | | | X |
| **b** If 'Yes,' did or will the corporation file required Forms 1099? | | | |
| **16** During this tax year, did the corporation have an 80% or more change in ownership, including a change due to redemption of its own stock? | | | X |
| **17** During or subsequent to this tax year, but before the filing of this return, did the corporation dispose of more than 65% (by value) of its assets in a taxable, non-taxable, or tax deferred transaction? | | | X |
| **18** Did the corporation receive assets in a section 351 transfer in which any of the transferred assets had a fair market basis or fair market value of more than $1 million | | | X |

CPCA0234  12/28/12                                                                   Form **1120** (2012)

COC00994

Form **1120** (2012)   CONSUMER OPINION CORP    26-3671426    **Page 5**

| **Schedule L** | **Balance Sheets per Books** | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | **Assets** | **(a)** | **(b)** | **(c)** | **(d)** |
| 1 | Cash | | 1,347. | | 890. |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | | | | |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach statement) | | | | |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | | | | |
| b | Less accumulated depreciation | | | | |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | | | | |
| 14 | Other assets (attach statement) | | | | |
| 15 | Total assets | | 1,347. | | 890. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach stmt) | | | | |
| 19 | Loans from shareholders | | 1,404. | | 1,403. |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock  **a** Preferred stock | | | | |
| | **b** Common stock | 200. | 200. | 200. | 200. |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings — Approp (att stmt) | | | | |
| 25 | Retained earnings — Unappropriated | | -257. | | -713. |
| 26 | Adjmt to shareholders' equity (att stmt) | | | | |
| 27 | Less cost of treasury stock | | | | |
| 28 | Total liabilities and shareholders' equity | | 1,347. | | 890. |

| **Schedule M-1** | **Reconciliation of Income (Loss) per Books With Income per Return** |
|---|---|
| | **Note:** Schedule M-3 required instead of Schedule M-1 if total assets are $10 million or more — see instructions |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | -456. | 7 | Income recorded on books this year not included on this return (itemize): | |
| 2 | Federal income tax per books | | | Tax-exempt interest $ | |
| 3 | Excess of capital losses over capital gains | | | | |
| 4 | Income subject to tax not recorded on books this year (itemize): | | | | |
| | | | 8 | Deductions on this return not charged against book income this year (itemize): | |
| 5 | Expenses recorded on books this year not deducted on this return (itemize): | | | **a** Depreciation  $ | |
| | **a** Depreciation  $ | | | **b** Charitable contribns $ | |
| | **b** Charitable contributions  $ | | | | |
| | **c** Travel & entertainment  $ | | | | |
| | | | 9 | Add lines 7 and 8 | |
| 6 | Add lines 1 through 5 | -456. | 10 | Income (page 1, line 28) — line 6 less line 9 | -456. |

| **Schedule M-2** | **Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L)** |
|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year | -257. | 5 | Distributions | **a** Cash | |
| 2 | Net income (loss) per books | -456. | | **b** Stock | **c** Property | |
| 3 | Other increases (itemize): | | 6 | Other decreases (itemize): | |
| | | | 7 | Add lines 5 and 6 | |
| 4 | Add lines 1, 2, and 3 | -713. | 8 | Balance at end of year (line 4 less line 7) | -713. |

CPCA0234   12/28/12

Form **1120** (2012)

COC00995

CONSUMER OPINION CORP   26-3671426                                                          1

Form 1120, Page 1, Line 26
**Other Deductions Statement**

| | |
|---|---:|
| ACCOUNTING | 0. |
| BANK CHARGES | 108. |
| LEGAL AND PROFESSIONAL | 76,754. |
| MARKETING EXPENSES | 50,500. |
| Total | 127,362. |

COC00996

COC
TAX '13

| Form **1120** | | **U.S. Corporation Income Tax Return** | | | OMB No. 1545-0123 |
|---|---|---|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | | For calendar year 2013 or tax year beginning Nov 1 , 2013, ending Oct 31 , 2014<br>► Information about Form 1120 and its separate instructions is at *www.irs.gov/form1120*. | | | **2013** |

**A Check if:**

1 a Consolidated return (attach Form 851) ☐
  b Life/nonlife consolidated return ☐
2 Personal holding co. (attach Sch PH) ☐
3 Personal service corp (see instructions) ☐
4 Schedule M-3 attached ☐

**TYPE OR PRINT**

| | |
|---|---|
| Name | **B** Employer identification number |
| CONSUMER OPINION CORP | 26-3671426 |
| Number, street, and room or suite number. If a P.O. box, see instructions. | **C** Date incorporated |
| 132 FRANKLIN PLACE, #610 | 11/05/2008 |
| City or town, state, or province, country and ZIP or foreign postal code | **D** Total assets (see instructions) |
| WOODMERE          NY  11598 | $              3,746. |

**E** Check if: **(1)** ☐ Initial return **(2)** ☐ Final return **(3)** ☐ Name change **(4)** ☐ Address change

**INCOME**

| | | |
|---|---|---|
| 1 a Gross receipts or sales | **1a** 207,101. | |
| b Returns and allowances | **1b** | |
| c Balance. Subtract line 1b from line 1a | **1c** | 207,101. |
| 2 Cost of goods sold (attach Form 1125-A) | **2** | |
| 3 Gross profit. Subtract line 2 from line 1c | **3** | 207,101. |
| 4 Dividends (Schedule C, line 19) | **4** | |
| 5 Interest | **5** | |
| 6 Gross rents | **6** | |
| 7 Gross royalties | **7** | |
| 8 Capital gain net income (attach Schedule D (Form 1120)) | **8** | |
| 9 Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | **9** | |
| 10 Other income (see instructions — attach schedule) | **10** | |
| 11 **Total income.** Add lines 3 through 10 ► | **11** | 207,101. |

**DEDUCTIONS** (See instructions for limitations on deductions.)

| | | |
|---|---|---|
| 12 Compensation of officers (see instructions — attach Form 1125-E) ► | **12** | |
| 13 Salaries and wages (less employment credits) | **13** | |
| 14 Repairs and maintenance | **14** | |
| 15 Bad debts | **15** | |
| 16 Rents | **16** | |
| 17 Taxes and licenses | **17** | |
| 18 Interest | **18** | |
| 19 Charitable contributions | **19** | |
| 20 Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | **20** | |
| 21 Depletion | **21** | |
| 22 Advertising | **22** | |
| 23 Pension, profit-sharing, etc, plans | **23** | |
| 24 Employee benefit programs | **24** | |
| 25 Domestic production activities deduction (attach Form 8903) | **25** | |
| 26 Other deductions (attach statement) See Other Deductions Statement | **26** | 204,244. |
| 27 **Total deductions.** Add lines 12 through 26 ► | **27** | 204,244. |
| 28 Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | **28** | 2,857. |
| 29a Net operating loss deduction (see instructions) | **29a** 2,857. | |
| b Special deductions (Schedule C, line 20) | **29b** | |
| c Add lines 29a and 29b | **29c** | 2,857. |

**TAX, REFUNDABLE CREDITS, AND PAYMENTS**

| | | |
|---|---|---|
| 30 **Taxable income.** Subtract line 29c from line 28 (see instructions) | **30** | 0. |
| 31 Total tax (Schedule J, Part I, line 11) | **31** | |
| 32 Total payments and refundable credits (Schedule J, Part II, line 21) | **32** | |
| 33 Estimated tax penalty (see instructions). Check if Form 2220 is attached ► ☐ | **33** | |
| 34 **Amount owed.** If line 32 is smaller than the total of lines 31 and 33, enter amount owed | **34** | |
| 35 **Overpayment.** If line 32 is larger than the total of lines 31 and 33, enter amount overpaid | **35** | |
| 36 Enter amount from line 35 you want: Credited to 2014 estimated tax ► Refunded ► | **36** | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer _____ Date _____ PRESIDENT (Title)

May the IRS discuss this return with the preparer shown below (see instructions)? ☐ Yes ☒ No

**Paid Preparer Use Only**

| | | | |
|---|---|---|---|
| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed — PTIN |
| Firm's name ► P & L FINANCIAL SERVICES CORP | | | Firm's EIN ► 75-3011998 |
| Firm's address ► 2625 E 14TH ST STE 205 | | | |
| BROOKLYN          NY  11235-3973 | | Phone no. | |

BAA For Paperwork Reduction Act Notice, see separate instructions.          CPCA0212  07/30/13          Form **1120** (2013)


EXHIBIT
Plaintiff's
41
7-14-15
PENGAD 800-631-6989

COC00997

Form **1120** (2013)    CONSUMER OPINION CORP                    26-3671426                    Page **2**

| **Schedule C** **Dividends and Special Deductions** (see instructions) | **(a)** Dividends received | **(b)** Percentage | **(c)** Special deductions (a) × (b) |
|---|---|---|---|
| 1  Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) | | 70 | |
| 2  Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) | | 80 | |
| 3  Dividends on debt-financed stock of domestic and foreign corporations | | see instructions | |
| 4  Dividends on certain preferred stock of less-than-20%-owned public utilities | | 42 | |
| 5  Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 48 | |
| 6  Dividends from less-than-20%-owned foreign corporations and certain FSCs | | 70 | |
| 7  Dividends from 20%-or-more-owned foreign corporations and certain FSCs | | 80 | |
| 8  Dividends from wholly owned foreign subsidiaries | | 100 | |
| 9  **Total.** Add lines 1 through 8. See instructions for limitation | | | |
| 10  Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11  Dividends from affiliated group members | | 100 | |
| 12  Dividends from certain FSCs | | 100 | |
| 13  Dividends from foreign corporations not included on lines 3, 6, 7, 8, 11, or 12 | | | |
| 14  Income from controlled foreign corporations under subpart F (attach Form(s) 5471) | | | |
| 15  Foreign dividend gross-up | | | |
| 16  IC-DISC and former DISC dividends not included on lines 1, 2, or 3 | | | |
| 17  Other dividends | | | |
| 18  Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 19  **Total dividends.** Add lines 1 through 17. Enter here and on page 1, line 4  ▶ | | | |
| 20  **Total special deductions.** Add lines 9, 10, 11, 12, and 18. Enter here and on page 1, line 29b  ▶ | | | |

Form **1120** (2013)

CPCA0212  07/30/13

COC00998

Form **1120** (2013)   CONSUMER OPINION CORP                                            26-3671426          Page **3**

| **Schedule J** | **Tax Computation and Payment (see instructions)** |

**Part I — Tax Computation**

| | | | |
|---|---|---|---|
| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)) ► ☐ | | |
| 2 | Income tax. Check if a qualified personal service corporation (see instructions) ► ☐ | 2 | |
| 3 | Alternative minimum tax (attach Form 4626) | 3 | |
| 4 | Add lines 2 and 3 | 4 | |
| 5 a | Foreign tax credit (attach Form 1118) | 5a | |
| b | Credit from Form 8834 (see instructions) | 5b | |
| c | General business credit (attach Form 3800) | 5c | |
| d | Credit for prior year minimum tax (attach Form 8827) | 5d | |
| e | Bond credits from Form 8912 | 5e | |
| 6 | **Total credits.** Add lines 5a through 5e | 6 | |
| 7 | Subtract line 6 from line 4 | 7 | |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) | 8 | |
| 9 a | Recapture of investment credit (attach Form 4255) | 9a | |
| b | Recapture of low-income housing credit (attach Form 8611) | 9b | |
| c | Interest due under the look-back method — completed long-term contracts (attach Form 8697) | 9c | |
| d | Interest due under the look-back method — income forecast method (attach Form 8866) | 9d | |
| e | Alternative tax on qualifying shipping activities (attach Form 8902) | 9e | |
| f | Other (see instructions — attach statement) | 9f | |
| 10 | **Total.** Add lines 9a through 9f | 10 | |
| 11 | **Total tax.** Add lines 7, 8, and 10. Enter here and on page 1, line 31 | 11 | |

**Part II — Payments and Refundable Credits**

| | | | |
|---|---|---|---|
| 12 | 2012 overpayment credited to 2013 | 12 | |
| 13 | 2013 estimated tax payments | 13 | |
| 14 | 2013 refund applied for on Form 4466 | 14 | |
| 15 | Combine lines 12, 13, and 14 | 15 | |
| 16 | Tax deposited with Form 7004 | 16 | |
| 17 | Withholding (see instructions) | 17 | |
| 18 | **Total payments.** Add lines 15, 16 and 17 | 18 | |
| 19 | Refundable credits from: | | |
| a | Form 2439 | 19a | |
| b | Form 4136 | 19b | |
| c | Form 8827, line 8c | 19c | |
| d | Other (attach statement — see instructions) | 19d | |
| 20 | **Total credits.** Add lines 19a through 19d | 20 | |
| 21 | **Total payments and credits.** Add lines 18 and 20. Enter here and on page 1, line 32 | 21 | |

| **Schedule K** | **Other Information (see instructions)** | | | Yes | No |

1 Check accounting method    a ☒ Cash    b ☐ Accrual    c ☐ Other (specify) ►

2 See the instructions and enter the:
a Business activity code no. ►  541519
b Business activity ►  WEBSIDE BUILDING & MANAGEMENT
c Product or service ►  SERVICE

3 Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? — No: X
If 'Yes,' enter name and EIN of the parent corporation ►

4 At the end of the tax year:
a Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If 'Yes,' complete Part I of Schedule G (Form 1120) (attach Schedule G) — No: X
b Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If 'Yes,' complete Part II of Schedule G (Form 1120) (att Schedule G) — No: X

BAA                    CPCA0234  07/30/13                              Form **1120** (2013)

COC00999

Form **1120** (2013)   CONSUMER OPINION CORP                    26-3671426                    Page **4**

**Schedule K** | **Other Information** *continued* **(see instructions)**

| | | | | Yes | No |
|---|---|---|---|---|---|
| **5** At the end of the tax year, did the corporation: | | | | | |
| **a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851**, Affiliations Schedule? For rules of constructive ownership, see instructions _____ If 'Yes,' complete (i) through (iv) below. | | | | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | | | Yes | No |
|---|---|---|---|---|---|
| **b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions _____ If 'Yes,' complete (i) through (iv) below. | | | | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Country of Organization | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | Yes | No |
|---|---|---|
| **6** During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? (See sections 301 and 316.) _____ If 'Yes,' file **Form 5452**, Corporate Report of Nondividend Distributions. If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary | | X |
| **7** At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of **(a)** the total voting power of all classes of the corporation's stock entitled to vote or **(b)** the total value of all classes of the corporation's stock? _____ For rules of attribution, see section 318. If 'Yes,' enter: | | X |
| **(i)** Percentage owned ► _____ and **(ii)** Owner's country ► _____ | | |
| **(c)** The corporation may have to file **Form 5472**, Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached ► | | |
| **8** Check this box if the corporation issued publicly offered debt instruments with original issue discount _____ ► ☐ If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| **9** Enter the amount of tax-exempt interest received or accrued during the tax year ► $ _____ | | |
| **10** Enter the number of shareholders at the end of the tax year (if 100 or fewer) ► _____ | | |
| **11** If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here _____ ► ☐ If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid. | | |
| **12** Enter the available NOL carryover from prior tax years (do not reduce it by any deduction on line 29a) ► $ 4,770. | | |
| **13** Are the corporation's total receipts (page 1, line 1a, plus lines 4 through 10) for the tax year **and** its total assets at the end of the tax year less than $250,000? _____ If 'Yes,' the corporation is not required to complete Schedules L, M-1, and M-2. Instead, enter the total amount of cash distributions and the book value property distributions (other than cash) made during the tax year.    ► $ _____ | X | |
| **14** Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement (see instructions)? _____ If 'Yes,' complete and attach Schedule UTP. | | X |
| **15 a** Did the corporation make any payments in 2013 that would require it to file Form(s) 1099? _____ | X | |
| **b** If 'Yes,' did or will the corporation file required Forms 1099? _____ | X | |
| **16** During this tax year, did the corporation have an 80% or more change in ownership, including a change due to redemption of its own stock? _____ | | X |
| **17** During or subsequent to this tax year, but before the filing of this return, did the corporation dispose of more than 65% (by value) of its assets in a taxable, non-taxable, or tax deferred transaction? _____ | | X |
| **18** Did the corporation receive assets in a section 351 transfer in which any of the transferred assets had a fair market basis or fair market value of more than $1 million _____ | | X |

Form **1120** (2013)   CONSUMER OPINION CORP                     26-3671426                Page **5**

## Schedule L — Balance Sheets per Books

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | | 890. | | 3,746. |
| 2a Trade notes and accounts receivable | | | | |
| b Less allowance for bad debts | | | | |
| 3 Inventories | | | | |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities (see instructions) | | | | |
| 6 Other current assets (attach statement) | | | | |
| 7 Loans to shareholders | | | | |
| 8 Mortgage and real estate loans | | | | |
| 9 Other investments (attach statement) | | | | |
| 10a Buildings and other depreciable assets | | | | |
| b Less accumulated depreciation | | | | |
| 11a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 12 Land (net of any amortization) | | | | |
| 13a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | | | | |
| 14 Other assets (attach statement) | | | | |
| 15 Total assets | | 890. | | 3,746. |
| **Liabilities and Shareholders' Equity** | | | | |
| 16 Accounts payable | | | | |
| 17 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 Other current liabilities (attach stmt) | | | | |
| 19 Loans from shareholders | | 1,403. | | 1,402. |
| 20 Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 Other liabilities (attach statement) | | | | |
| 22 Capital stock  a Preferred stock | | | | |
| b Common stock | 200. | 200. | 200. | 200. |
| 23 Additional paid-in capital | | | | |
| 24 Retained earnings — Approp (att stmt) | | | | |
| 25 Retained earnings — Unappropriated | | −713. | | 2,144. |
| 26 Adjmt to shareholders' equity (att stmt) | | | | |
| 27 Less cost of treasury stock | | | | |
| 28 Total liabilities and shareholders' equity | | 890. | | 3,746. |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income per Return
Note: Schedule M-3 required instead of Schedule M-1 if total assets are $10 million or more — see instructions

| | | | | |
|---|---|---|---|---|
| 1 Net income (loss) per books | 2,857. | 7 Income recorded on books this year not included on this return (itemize): Tax-exempt interest $ | | |
| 2 Federal income tax per books | | | | |
| 3 Excess of capital losses over capital gains | | | | |
| 4 Income subject to tax not recorded on books this year (itemize): | | | | |
| | | 8 Deductions on this return not charged against book income this year (itemize): | | |
| 5 Expenses recorded on books this year not deducted on this return (itemize): | | a Depreciation $ | | |
| a Depreciation $ | | b Charitable contribns $ | | |
| b Charitable contributions $ | | | | |
| c Travel & entertainment $ | | | | |
| | | 9 Add lines 7 and 8 | | |
| 6 Add lines 1 through 5 | 2,857. | 10 Income (page 1, line 28) — line 6 less line 9 | | 2,857. |

## Schedule M-2 — Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L)

| | | | | |
|---|---|---|---|---|
| 1 Balance at beginning of year | −713. | 5 Distributions  a Cash | | |
| 2 Net income (loss) per books | 2,857. | b Stock  c Property | | |
| 3 Other increases (itemize): | | 6 Other decreases (itemize): | | |
| | | 7 Add lines 5 and 6 | | |
| 4 Add lines 1, 2, and 3 | 2,144. | 8 Balance at end of year (line 4 less line 7) | | 2,144. |

CPCA0234  07/30/13                                    Form **1120** (2013)

COC01001

CONSUMER OPINION CORP   26-3671426                                                    1

Form 1120, Page 1, Line 26
**Other Deductions Statement**

| | |
|---|---|
| BANK CHARGES | 162. |
| LEGAL AND PROFESSIONAL | 204,082. |

| | |
|---|---|
| Total | 204,244. |

COC01002