**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ROCA LABS, INC.,  Case No: 8:14-cv-02096-VMC-EAJ

    Plaintiff,

    v.

CONSUMER OPINION CORP. and
OPINION CORP.,

    Defendants.
_____/

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants Consumer Opinion Corp. and Opinion Corp. hereby submit this Notice of Supplemental Authority in support of their respective Motions for Summary Judgment (Docs. # 148 & 173), which was only decided on August 18, 2015, but which illustrates the clarity of the Defendants' defenses under 47 U.S.C. § 230.

In the instant case, Roca Labs makes much of the fact that it believes that one of the defendants, or both of them, somehow edited or summarized the consumer complaints. (See Plaintiff's Response to Consumer Opinion Corp.'s Motion for Summary Judgment, Doc. # 185; see also Roca Labs' Response to Opinion Corp.'s Motion For Summary Judgment, Doc. # 189.)

The District of Colorado added itself to a long list of courts that have properly interpreted 47 U.S.C. § 230, and have held that even some editorial functions will not remove Section 230 immunity. (See *General Steel Domestic Sales, LLC v. Chumley*, 2015 U.S. Dist. LEXIS 108789, *24 (D. Colo. Aug. 18, 2015).)

> "[E]diting of content developed by third parties may or may not be development of information for the purpose of § 230 immunity. "(M)inor editing of content developed by third parties does not constitute development, as long as the changes do not contribute to the false, misleading, or otherwise unlawful nature of the underlying information." *Fair Housing Council of San Fernando Valley v. Roommates.com*, LLC, 521 F.3d 1157, 1170 (9th Cir. 2008).
> Having reviewed all of the posts at issue, I find that the summaries and quotations used by the defendants in posts 5, 9, and 11 in the IRLM Page are reasonably accurate summaries of the underlying information developed by third parties.

*General Steel Domestic Sales, LLC v. Chumley*, 2015 U.S. Dist. LEXIS 108789, *24 (D. Colo. Aug. 18, 2015).

The reasoning by this court should assist the Court's understanding of this important legal issue.

Dated September 7, 2015.                    Respectfully Submitted,

*/s/ Marc J. Randazza*
Marc J. Randazza, Esq.
Florida Bar No. 625566
RANDAZZA LEGAL GROUP, PLLC
3625 S. Town Center Drive
Las Vegas, Nevada 89135
Tele:  702-420-2001
Fax: 305-437-7662
Email: ecf@randazza.com

Ronald D. Coleman, Esq.
*Pro Hac Vice*
ARCHER & GREINER, P.C.
Court Plaza South
21 Main Street – Suite 353
Hackensack, New Jersey 07601
Tele:  201-342-6000
Fax: 201-342-6611
Email: rcoleman@archerlaw.com

CASE NO.: 8:14-cv-02096-VMC-EAJ

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 7, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that a true and correct copy of the foregoing document is being served upon counsel for Plaintiff, via transmission of Notices of Electronic Filing generated by CM/ECF.

                                  Respectfully Submitted,

                                  _____
                                  Employee,
                                  Randazza Legal Group, PLLC