UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROCA LABS, INC.,                                Case No: 8:14-cv-02096-VMC-EAJ

    Plaintiff,

    v.

CONSUMER OPINION CORP., and
OPINION CORP.,

    Defendants.
_____/

**CONSENTED TO MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO STAY DEADLINES TO FINAL PRE-TRIAL CONFERENCE**

Pursuant to Local Rule 3.01(c) and (d), Defendants Consumer Opinion Corp. and Opinion Corp. hereby move this Court for leave to file a reply to Plaintiff Roca Labs, Inc.'s Response to Defendant's Motion to Stay Deadlines to Final Pretrial Conference (Doc. # 211) ("Plaintiff's Opposition").

Under the Local Rules of the Middle District of Florida, "No party shall file any reply or further memorandum directed to the motion or response . . . unless the Court grants leave." M.D. Fla. Local Rule 3.01(c). A motion requesting leave to file . . . a reply or further memorandum shall not exceed three (3) pages, shall specify the length of the proposed filing, and shall not include, as an attachment or otherwise, the proposed motion response, reply, or other paper. *Torrence v. Pfizer, Inc.*, 2007 U.S. Dist. LEXIS 17907 (M.D.Fla. March 14, 2007) (citing M.D. Fla. Local Rule 3.01(d)).

The purpose of a reply brief is to rebut any new law or facts contained in the oppositions response to a request for relief before the Court. *Tardif v. People*

*for the Ethical Treatment of Animals*, 2011 U.S. Dist. LEXIS 75346, *4-5 (M.D. Fla. July 13, 2011). Good cause exists for this brief reply. Plaintiff's opposition raises new (and misleading) issues of fact and law, which must be addressed.

On October 8, 2015, Defendants filed a Motion to Stay Deadlines Related to Final Pretrial Conference (Doc. # 210). On October 12, 2015, Plaintiff filed its Opposition. Defendants seek to leave under L.R. 3.01(d) to file a mere 1.5-page reply brief to address Plaintiff's Opposition in the interest of justice.

### LOCAL RULE 3.01(g) CERTIFICATION

Counsel for Plaintiffs consented to the relief that Defendants are requesting in this Motion.

Dated October 13, 2015.

Respectfully Submitted,

*/s/ Marc J. Randazza*
Marc J. Randazza, Esq.
Florida Bar No. 625566
RANDAZZA LEGAL GROUP, PLLC
3625 S. Town Center Drive
Las Vegas, Nevada 89135
Tele:  702-420-2001
Fax: 305-437-7662
Email: ecf@randazza.com

Ronald D. Coleman, Esq.
*Pro Hac Vice*
Joel G. MacMull, Esq.
*Pro Hac Vice*
ARCHER & GREINER, P.C.
Court Plaza South
21 Main Street – Suite 353
Hackensack, New Jersey 07601
Tele:  201-342-6000
Fax: 201-342-6611
Email: rcoleman@archerlaw.com
jmacmull@archerlaw.com

CASE NO.: 8:14-cv-02096-VMC-EAJ

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 13, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that a true and correct copy of the foregoing document is being served upon counsel for Plaintiff, via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                    An employee / agent of
                                                    RANDAZZA LEGAL GROUP, PLLC

RANDAZZA | LEGAL GROUP