# **EXHIBIT 1**

Safe Harbor Email to Counsel
Dated October 9, 2015



Trey Rothell <tar@randazza.com>

# Draft Motion for Sanctions under Rule 11 and Fla Stat § 57.105

**Randazza Marc John** <mjr@randazza.com>   Fri, Oct 9, 2015 at 5:04 PM
To: "Paul Berger Esq." <legal5@rocalabs.com>
Cc: RLG Las Vegas <rlglv@randazza.com>, "J. Marshall Wolman" <jmw@randazza.com>, "Ronald D. Coleman" <rcoleman@archerlaw.com>, "MacMull, Joel G." <jmacmull@archerlaw.com>, Tanner James <jrt@jimtannerlaw.com>, Cynthia Koroll <cindi@klg-law.net>, James.Hetz@dot.state.fl.us, wmason@foxrothschild.com

Dear Mr. Berger,

Please see the attached draft motion for sanctions. We will file this in 21 days unless you have withdrawn Roca Labs' complaint against my clients.

It is our position that this litigation was frivolous from the outset, but the recent FTC prosecution removes even the shadow of a doubt. We are copying the prior attorneys on the file, to the extent we can remember them all, to ensure that they are not deprived of due process should the court determine that they must be held responsible along with you and your client.

It would be prudent, I believe, for all attorneys noticed to put their carriers on notice.

_____

Marc John Randazza, JD, MAMC, LLM* | Randazza Legal Group
3625 South Town Center Drive | Las Vegas, NV 89135
Tel: 702-420-2001 | Email: mjr@randazza.com
Firm Offices - Las Vegas | Philadelphia | San Francisco | Miami

_____


* Licensed to practice law in Arizona, California, Florida, Massachusetts, and Nevada.

--
You received this message because you are subscribed to the Google Groups "RLG Las Vegas" group.
To unsubscribe from this group and stop receiving emails from it, send an email to rlglv+unsubscribe@randazza.com.
For more options, visit https://groups.google.com/a/randazza.com/d/optout.

📎 **PC adv. Roca - DRAFT Motion for Santions.pdf**
324K