# **EXHIBIT 2**

Declaration of
Marc J. Randazza

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROCA LABS, INC.,

    Plaintiff,

v.

CONSUMER OPINION CORP. and OPINION CORP.,

    Defendants.

Case No: 8:14-cv-02096-VMC-EAJ

## DECLARATION OF MARC J. RANDAZZA

I, Marc J. Randazza, do declare under penalty of perjury:

1. I am over 18 years of age and have first hand knowledge of the facts set forth herein, and if called as a witness could and would testify competently thereto.

2. I am an attorney licensed in the State of Nevada, as well as California, Arizona, Massachusetts, and Florida.

3. I have a BA from the University of Massachusetts at Amherst, where I focused my studies on media law. I have a JD from Georgetown University Law Center. I also hold a Master's Degree in Mass Communications from the University of Florida, where I also focused on media and First Amendment law studies. Finally, I have an LLM from the University of Turin, Italy.

4. I am the founder and managing partner of Randazza Legal Group, PLLC ("RLG").

5.      The primary focus of my practice consists and free speech and First Amendment litigation. I have additionally gained experience related to the Communications Decency Act, 47 U.S. Code § 230.

6.      I am attorney of record for Defendants, Consumer Opinion Corp. and Opinion Corp.

7.      As managing partner of RLG, I oversee the billing entries for the firm on this case, utilizing the billing software Bill 4 Time. Attached as Exhibit 7 to Defendants' Motion for Fees and Sanctions are the Invoices the Defendants' case.

8.      Each invoice displays the date of the entry, the attorney, paralegal, or staff performing the work, the description of the work performed, and the amount of time spent performing that activity, as entered into Bill 4 Time, tracked in one-tenths of an hour.

9.      Due to my legal expertise and reputation, I have appeared on and written articles for numerous national news sources, including National Public Radio, The New York Times, CNN, Fox Ness, NBC, and Vegas Inc., and I am a regular legal columnist for CNN.

10.     I submitted my proposed Anti-SLAPP legislation to the Nevada Senate on March 15, 2013. I was called as a witness before the Nevada State Senate Judiciary committee to testify as an expert on First Amendment law and Anti-SLAPP laws for the benefit of the committee and the Senate in passing this important law. On April 22, 2013, the Nevada Senate voted on my proposed Anti-SLAPP Statute, and it passed **unanimously**. I appeared before the Assembly Judiciary Committee on May 6, 2013. On May 22, 2013, the Nevada Assembly voted on the AntI-SLAPP Statute, which passed the

proposed statute unanimously. On May 27, 2013, Governor Brian Sandoval approved the bill.

11. I customarily bill at an hourly rate of $650 per hour. Upon starting work on the Anti-SLAPP motion, my customarily billed rate was $650 per hour.

12. D. Gill Sperlein is an attorney licensed to practice in the State of California, and he has been practicing law for over 20 years. Mr. Sperlein obtained his BA from Town State University and graduated summa cum laude from American University Washington College of Law. Mr. Sperlein's standard hourly billing rate is $475 per hour and he spent and billed 23.12 hours of on this case, all of which was related to the FDUTPA claim.

13. J. Wolman is an attorney licensed to practice in the State of Connecticut, the Commonwealth of Massachusetts, the State of New York, and the District of Columbia. Mr. Wolman has practiced law for over 15 years and is counsel to RLG. Mr. Wolman graduated from Cornell University with a Bachelor of Science degree and obtained his Juris Doctor from Georgetown University Law Center. Mr. Wolman bills at a rate of $400.00 per hour and spent 83.3 hours working on this case, including 81.7 hours related to the FDUTPA claim.

14. My former associate Theresa M. Haar is an attorney licensed to practice in Nevada and New York, and has been practicing for nearly five years. Ms. Haar is a graduate of Yale University and the Benjamin N. Cardozo School of Law. Ms. Haar's standard hourly billing rate while working on this case was $325.00 per hour. Ms. Haar spent 156.4 hours working on this case, including 136.2 hours related to the FDUTPA claim.

15. My associate Alex Shepard is an attorney licensed in California and Nevada. Mr. Shepard is a graduate of the University of Tennessee at

Chattanooga and received his JD from Washington University School of Law in 2013. Mr. Shepard's current standard hourly billing rate is $325 per hour. He spent 199.9 hours working on this case, including 191.4 hours related to the FDUTPA claim.

16. My former associate Jeremy Robbins is an attorney licensed in Nevada. Mr. Robbins graduated from the University of Nevada Las Vegas William S. Boyd School of Law in 2009. During the time he worked on this case, Mr. Robins billed at a rate of $360.00 per hour. He spent 1.5 hours working on this case, all of which was related to the FDUTPA claim.

17. Support staff typically bills at a rate of $50 or $75 per hour. Paralegals bill at a rate of $150 per hour. Some are discounted to $100 per hour.  The Firm bills $125 per hour for summer intern Brent Tuttle and he billed 25.75 hours on this case.  Trey Rothell is a paralegal whom the firm bills at a rate of $150 per hour and he billed 17.6 hours on this case.

18. These rates are based on national market rates, as RLG's practice is nation-wide. Furthermore, we do not charge for most customary costs like long-distance phone calls, faxes, copies, and the like, as we build most "costs" into our hourly rates rather than nickel-and-dime our clients for small costs and charges.

19. In addition to Randazza Legal Group representing Defendants, attorneys Ronald D. Coleman and Joel G. MacMull contributed to the defense.

20. Ronald D. Coleman is a commercial litigation and intellectual property attorney licensed to practice in the states of New York and New Jersey. Mr. Coleman has practiced law for over 26 years. Mr. Coleman bills at a rate of $465.00 per hour, which I find to be more than reasonable, if not

ridiculously low, considering his experience and qualifications. He billed a total of 95.2 hours in this case, all of which were related to the FDUTPA claim.

21.  Attorney Joel G. MacMull likewise participated in this case on behalf of defendants. Mr. MacMull is an attorney licensed to practice law in the State of New York and has practiced for over 10 years. Mr. MacMull bills at a rate of $395.00 per hour, which I find to be reasonable based on his experience and expertise. He billed a total of 151.5 hours, all of which were related to the FDUTPA claim.

22.  In multiplying the respective rate by the hours expended working on these matters, the total attorneys' fees incurred while representing Defendants in this matter was $485,534.25, $470,271.75 of which is related to the FDUTPA claim.

23.  RLG made every effort to avoid duplication of work and otherwise minimize the fees and costs incurred by Defendants.

24.  RLG incurred a total of $8,135.97 in costs defending this case, all of which was related to the FDUTPA claim.

25.  Upon information and belief, attorneys Coleman and MacMull incurred a total of $1,675.37 in costs while working for the law firm Goetz Fitzpatrick LLP and a total of $723.89 in costs while working for the law firm Archer & Greiner PC.

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

Executed on November 5, 2015 at Las Vegas, Nevada.

/s/ Marc J. Randazza
Marc J. Randazza