# EXHIBIT 6

Declaration of
Lawrence G. Walters

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| ROCA LABS, INC., | Case No:  8:14-cv-02096-VMC-EAJ |
| Plaintiff, | |
| v. | |
| CONSUMER OPINION CORP. and OPINION CORP., | |
| Defendants. | |

## DECLARATION OF LAWRENCE G. WALTERS

I, Lawrence G. Walters, swear:

1.      I am attorney that is licensed in the State of Florida, where I have practiced for the past 27 years. I received my JD, with honors, from the Florida State University in 1988.  I am AV-rated by Martindale Hubble, and have maintained a practice based in the Middle District of Florida focusing on First Amendment issues for over 20 years.

2.      I am familiar with the attorney's fees that are customarily charged by attorneys, paralegals, and legal assistants in the Middle District of Florida, and know the reasonable value of such legal work.

3.      I am also familiar with the factors to be considered by the courts in determining reasonable attorneys fees using the "lodestar" method.

4.      I have reviewed Mr. Randazza's CV, which is attached to this Declaration as *Exhibit A*. Mr. Randazza's qualifications and expertise are well above those of the average attorney practicing in this District. Given Mr. Randazza's qualifications and his unique expertise in cases similar to the instant litigation, I believe that the hourly rate of $600 per hour is justified and appropriate.

5.     I have reviewed the billing entries for Mr. Randazza and believe them to be reasonable, in light of Mr. Randazza's experience.

6.     I have reviewed the CV of attorney Ronald D. Green, which is attached as *Exhibit B* to this Declaration. Given Mr. Green's expertise and experience, I find that an hourly rate of $450 an hour is reasonable, given his experience and qualifications.

7.     I have reviewed the CV of attorney D. Gill Sperlein, which is attached as *Exhibit C* to this Declaration. Given Mr. Sperlein's expertise and experience, I find that an hourly rate of $475 an hour reasonable, given his experience and qualifications.

8.     I have reviewed the CV of attorney J. Marshall Wolman, which is attached as *Exhibit D* to this Declaration. Given Mr. Wolman's expertise and experience, I find that an hourly rate of $400 an hour is reasonable, given his experience and qualifications.

9.     I have reviewed the billing entries and rates for the associates and staff of the Randazza Legal Group, specifically those of Theresa M. Haar, Jason Fischer, Alex J. Shepard, and Jeremy Robbins, and I believe that given the expertise of the firm and the experience of the associate attorneys, their billing rates are reasonable and customary as well.

10.     I have reviewed the billing entries detailing the amount of work performed by Mr. Randazza and his firm defending this entire case.

11.     I have also reviewed the docket and filings in this matter and am familiar with the unique nature of this case.

12.     I find that the 880.37 hours billed by Mr. Randazza and his firm were a reasonable number of hours to have spent defending this case.

13.     I find that, based on the reasonable rates discussed herein, a lodestar award of $375,429.25 is reasonable, given the number of hours spent defending this case.

14.     I have reviewed the billing entries detailing the amount of work performed by Mr. Randazza and his firm defending the Florida Deceptive Unfair Trade Practice Act (FDUTPA) claims brought by the Plaintiffs in this action.

15.     I find that of the 880.37 total hours billed by Mr. Randazza and his firm, 841.17

hours were a reasonable number of hours to have spent defending against the FDUTPA claims in this matter, having reviewed the docket and filings in this matter.

16.     I further find that fees in the amount of $360,166.75 are reasonable considering the number of hours spent defending against the FDUPTA claims, based upon the reasonable rates discussed herein and the information contained in the billing entries attached to the Defendants' Motion for Attorneys Fees.

17.     I found very little duplication of services billed. In many instances, there would be meeting among multiple lawyers, where only one lawyer billed, or all of the lawyers reduced their time entries.

18.     I was impressed that the Defendants are not seeking recovery of time entries totaling $91,563.75 that had been billed to the client, because the entries were deemed administrative or clerical in nature or otherwise non-recoverable.

I declare, under the penalties of perjury under the laws of the United States, that the foregoing representations are true and correct.

Dated this 4th day of November, 2015.

_____
                              Lawrence G. Walters

# EXHIBIT A

*Curriculum Vitae*
Marc J. Randazza

## Marc J. Randazza, JD, MAMC, LLM

## EDUCATION

**Legum Magister (LLM)**

2014 | Università di Torino Facoltà di Giurisprudenza
*International Intellectual Property Law.*
LLM program administered by the University of
Turin, the U.N.'s International Labour Organization
and the World Intellectual Property Organization.

**Master of Arts in Mass Communication (MAMC)**

2003 | University of Florida
*Focus on research in media studies, branding,*
*public relations, and advertising as well as*
*publication and teaching in First Amendment studies*

**Juris Doctor (JD)**

2000 | Georgetown University Law Center
*Focus on First Amendment and media law*

**Bachelor of Arts in Journalism (BA) with honors**

1994 | University of Massachusetts
*Focus on media law studies*

## LEGAL PRACTICE EXPERIENCE

**RANDAZZA LEGAL GROUP, Managing Partner** | July 2009 to Present

**Litigation and Appellate Responsibilities**

- First Amendment litigation in federal
  and state courts
- Intellectual property litigation and counseling
- Defamation litigation in federal and state courts
- Appellate practice in state and federal appellate
  courts on free speech cases and intellectual
  property cases
- International arbitrations involving IP disputes

**Transactional Responsibilities**

- Providing advice to clients on First Amendment,
  copyright, trademark, domain name law, internet
  law, and entertainment law
- Trademark registration practice in United States,
  Canada, and Europe
- Negotiating and drafting intellectual property
  agreements including right of publicity, non-
  competition, and trade secret protection
  agreements
- Drafting online affiliate agreements, terms &
  conditions, and privacy policies
- Providing advice on state, federal, and international
  regulatory matters

**WESTON, GARROU, WALTERS & MOONEY, Partner** | July 2004 to July 2009

**Litigation and Appellate Responsibilities**

- First Amendment litigation in federal and state courts
- Trademark and copyright infringement litigation in federal court
- Defamation litigation in federal and state courts
- Appellate practice in state and federal appellate courts
- Domain name disputes under the UDRP
- Domain name disputes before international bodies outside of the UDRP

**Transactional Responsibilities**

- Trademark registration practice
- Negotiating and drafting intellectual property agreements including right of publicity transactions, non-competition agreements, and trade secret protection agreements
- Drafting online affiliate agreements, terms & conditions, and privacy policies
- Drafting website reviews for clients to assist in intellectual property protection, litigation avoidance, and compliance with federal law

**BECKER & POLIAKOFF, PA, Associate** | January 2003 – June 2004

**Litigation and Appellate Responsibilities**

- Providing pre-publication review, and libel defense counsel to publications
- Handling zoning and First Amendment issues
- Advising clients on FCC regulations
- Advising clients on copyright issues

**Real estate/corporate/community association practice**

- Corporate counsel to condominium, cooperative, and homeowners associations as well as country clubs and timeshare developments
- Assisting clients with resolution of construction defect, maintenance, and covenant enforcement disputes

---

## TEACHING EXPERIENCE

**Barry University School of Law** | Orlando, Florida, August 2006 to May 2009

**Courses Taught:**

- Trademark Law, 2006 – 2009
- Entertainment Law, 2007 – 2009
- First Amendment Law, 2007 – 2009
- Copyright Law, 2006 – 2007
- Sports Law, 2007

**Additional Activities and Responsibilities:**

- Serving as a supervised research advisor to multiple students for First Amendment and intellectual property publications and research
- Assisting with First Amendment moot court competition

**University of Florida, Research and Teaching Fellowship** | Gainesville, Florida, August 2000 - May 2002

- Teaching classes on media law, including coverage of copyright, trademark, obscenity, libel, campaign finance, and constitutional law

- Assisting in the production of a media law case book
- Conducting legal research and writing for publication in various law journals

<span style="color:#8B1A2B">**CURRICULUM VITAE**</span>

## CLERKSHIPS

**RYDIN & CARLSTEN AVOKATBYRÅ AB, Summer Associate** | Stockholm, Sweden, Summer 1999
- Researching and writing memoranda for the firm's intellectual property law practice
- Second-chair to a case in the International Court of Arbitration resulting in a $2.8 million verdict in a commercial dispute

**SUPREME COURT OF VERMONT, Judicial Law Clerk** | Montpelier, Vermont, Summer 1998
- Writing memoranda of law for Justice Denise Johnson
- Writing two draft opinions that were later adopted and published by the Supreme Court
- Attending weekly meetings to discuss cases with the justices of the Supreme Court

## ACADEMIC AND LEGAL PUBLICATIONS

- *Joyce's Ulysses - An Unsung Hero in the Fight for Freedom of Expression*, ___ U. MASS. L. REV. ___ (2016) (publication in Spring 2016)

- *Kosovo's Digital Independence: Time for Kosovo's ccTLD*, ___ WISCONSIN INT'L L.J. ___ (2015) (publication in Fall 2015)

- *Freedom of Expression and Morality-Based Impediments to the Enforcement of Intellectual Property Rights*, 16 NEVADA L.J. ___ (2015) (publication in Fall 2015)

- "*War of the Words": Differing Canadian and American Approaches to Internet Defamation*", in Todd L. Archibald and Randall Scott Echlin, eds., ANNUAL REVIEW OF CIVIL LITIGATION IN CANADA 2015, Toronto:  Thomson Carswell, 2015, 403 (co-authored with Antonin  I. Pribetic)

- *The Legal Status of Making Adult Films in Nevada*, 23 NEVADA LAWYER 20 (May 2015)

- *Nevada's New Anti-SLAPP Law: The Silver State Sets the Gold Standard*, 21 NEVADA LAWYER 7 (Oct. 2013)

- *The Need for a Unified and Cohesive National Anti-SLAPP Law*, 91 OR. L. REV. 627 (2013)

- *Gambling in America's Senior Communities*, 8 MARQ. ELDER ADVISOR 343 (2007)

- *The Florida Supreme Court Dulls the Edge of Rule 1.420(e),* 80 FLA. B.J. 39 (2006)

- *Condo Casino! Gambling in Florida Community Associations,* 79 FLA. B.J. 8 (2005)

- *The Other Election Controversy of Y2K: Core First Amendment Values and High-Tech Political Coalitions,* 82 WASH. U. L. Q. 143 (2004)

- *Getting to Yes With Terrorists*, 2002 L. REV. M.S.U.-D.C.L. 823. (2002)

- *Breaking Duverger's Law is not Illegal: Strategic Voting, the Internet and the 2000 Presidential Election*, 2001 UCLA J.L. & TECH. 6. (2001)

- *The Constitutionality of Online Vote Swapping*, 34 LOYOLA L.A. L. REV. 1297 (2001)

## CNN LEGAL COLUMN

- *We Don't Shoot People For Bigoted Views*, CNN, May 4, 2015

- *Decision on Asian-American Band's Name is Wrong*, CNN, Apr. 23, 2015

- *What's Wrong with Saying the Pledge in Arabic?* CNN, Mar. 23, 2015

- *What We Risk When We Ban Racists Speech*, CNN, Mar. 20, 2015

- *Why Schools Should Observe "Day of the Dude,"* CNN, Mar. 6, 2015

- *Should We Always Believe the Victim?* CNN, Dec. 7, 2014

- *ESPN's Stephen Smith is Entitled to His Opinions*, CNN, Aug. 4, 2014

- *Why Redskins Decision is Wrong,* CNN, June 21, 2014

- *Posting Elliot Rodger's Video is Legal, but is it Right?* CNN, May 29, 2014

- *We Need a "Right to be Forgotten,"* CNN, May 15, 2014

- *What Happened to Sterling was Wrong,* CNN, Apr. 30, 2014

- *N.J. Texting Ruling is Not What You Think*, CNN, Aug. 30, 2013

- *Chick-fil-A and Free Speech*, CNN, July 31, 2012

- *It's Un-American to Silence Rush Limbaugh*, CNN, Mar. 12, 2012

## SPEAKING ENGAGEMENTS

- European Law Students' Association Conference (*upcoming*) (Trieste, Italy May 2015)

- European Law Students' Association Summer Law Institute, *Freedom of Expression and Morality-Based Impediments to the Enforcement of Intellectual Property Rights* (Trieste, Italy July 28, 2015)

- European Law Students' Association Summer Law Institute, *Global Freedom of Expression and New Media, an American Perspective* (Trieste, Italy July 27, 2015)

- James Joyce School, *Joyce's Ulysses, an Unsung Hero in the Fight for Freedom of Expression*, (Trieste, Italy July 3, 2015)

- Virgin Islands Bar Association, *Keynote Speech – Anti-SLAPP laws and freedom of speech in the Virgin Islands* (US Virgin Islands Dec. 13, 2014)

- Virgin Islands Bar Association, *The Law and Ethics of Social Media*, (US Virgin Islands Dec. 13, 2014)

- First Amendment Lawyers' Association, *A Comparative Analysis of Canadian and American Defamation Law* (Toronto, Canada July 2014)

- Beverly Hills Bar Association *Panel: Pornography, Coercion, and the Courts: The Rise and Fall of Copyright Trolling*, Discussion with Morgan Pietz on ethical enforcement of copyright and Prenda Law (Los Angeles, CA May 2, 2014)

- The Stanford Technology Law Review 2013 Symposium: *Privacy Challenges in the Internet Age*, Lecture on Internet Torts & Cybercrimes (Stanford, CA April 11, 2014)

- Above The Law Attorney@Blog Conference, Lecture on copyright, trademark, defamation, and general Internet issues to numerous attorneys and members (New York, NY Mar. 2014)

- First Amendment Lawyers' Association, Lecture on updates in defamation law and related litigation in prominent cases across the country (Philadelphia PA July 2013)

- Nevada Legislative Session 2013, *Drafted, lobbied, and successfully argued for the passage of a revised anti-SLAPP statute in Nevada and revision to proposed human trafficking law with potential First Amendment implications for production of adult entertainment* (Carson City, NV May 2013)

- Libertarian Party of Nevada Convention, Lecture on freedom of expression and First Amendment matters, including the rights of the adult entertainment industry (Las Vegas, NV Apr. 2013)

- First Amendment Lawyers' Association, Lecture on updates, development, and application on Anti-SLAPP statutes and defamation cases across the country (New Orleans, LA Feb. 2013)

- First Amendment Lawyers' Association, Lecture on updates, development, and application on Anti-SLAPP statutes across the country (Chicago, IL July 2012)

- CineKink Film Festival, Lecture on First Amendment and intellectual property issues in the adult entertainment industry (Las Vegas, NV June 2012)

- American Intellectual Property Law Association, Lecture on updates, development, and application on Anti-SLAPP statutes across the country (Austin, TX Spring Meeting 2012)

- First Amendment Lawyers' Association, Lecture on updates, development, application of Anti-SLAPP statutes (San Diego, CA Feb. 2012)

- First Amendment Lawyers' Association, Lecture on issues in BitTorrent litigation (Minneapolis, MN July 2011)

- First Amendment Lawyers' Association, Lecture on copyright litigation and the errors present in current

- anti-piracy litigation models (Washington, D.C. Feb. 2011)

- XBIZ LA Conference, Lecture on intellectual property law and piracy litigation issues (Los Angeles, CA Feb. 2011)

- InterNext Conference, Panel discussion concerning online adult entertainment issues, focusing on antipiracy litigation trends and strategies (Las Vegas, NV Jan. 2011)

- First Amendment Lawyers' Association, Lecture on the intersection of intellectual property law and free speech (San Antonio, TX Feb. 2010)

- International Trademark Association, Table topics leader (Boston, MA May 2010)

- First Amendment Lawyers' Association, Lecture on the intersection of intellectual property law and free speech (Vancouver, BC July 2009)

- First Amendment Lawyers' Association, Lecture on the intersection of intellectual property law and free speech (New Orleans Feb. 2009)

- Adult Entertainment Expo, Lecture on intellectual property, brand management, free speech issues and section 2257 (Las Vegas, NV Jan. 2009)

- First Amendment Lawyers' Association, Lecture on U.S. trademark law and domain name disputes (San Francisco, CA July 2008)

- Seminole County Inns of Court, Lecture judges and lawyers on defamation law issues (Orlando, FL Feb. 10, 2008)

- The International Institute of Communications Annual Meeting, Lecture on US media law to an audience of international businesspeople, government officials, and academics. (Singapore Oct. 1–4, 2001)

- Friedrich Ebert Stiftung and Nanyang Technological University *Conference on "Media, Civil Society and Good Governance in Southeast*

*Asia,"* Lecture on media law in the post-September 11th United States. (Singapore Nov. 7–9, 2001)

▪ Association for Education in Journalism and Mass Communication (AEJMC) southeast colloquium,

Lecture on Internet law
(Columbia, SC Mar. 8–10, 2001)

## OTHER PUBLICATIONS

▪ *Adult Biz & the Law: Violations and the Violated*, XBIZ, Jan. 23, 2015

▪ *Is It Legal to Shoot Porn in Your State?*, XBIZ, Mar. 30, 2014

▪ *Copyright Ruling May have Implications for Adult Industry*, XBIZ, Mar. 1, 2014

▪ *Reversal of Fortune in Taiwan for Porn Producers*, XBIZ, Feb. 25, 2014

▪ *The Case for Relocating Porn Production to Las Vegas*, XBIZ, Aug. 6, 2012

▪ *Challenging the Copyrightability of Porn*, XBIZ, Apr. 19, 2012

▪ *Malign Neglect,* ADULT VIDEO NEWS, Jan. 2012

▪ *Are You Guilty If Pirates Use Your Internet?* TORRENTFREAK, Aug. 6, 2011

▪ *XXX Revenue Reporting?,* XBIZ WORLD, July 28, 2010

▪ *Standard Deviation: What's Obscene in an Online World?*, ADULT VIDEO NEWS, Feb. 1, 2010

▪ *A Domain by Any Other Name…,* ADULT VIDEO NEWS, Dec. 1, 2008

▪ *2257 Regs a Boon to Patriotic Adult Film Producers,* ADULT VIDEO NEWS, Jun. 2, 2005

▪ *Foreign Content and Section 2257*, XBIZ, Aug. 4, 2005

▪ *Republicans Save US Jobs (unwittingly),* XBIZ, May 31, 2005

▪ *Commentary for Congress,* ADULT VIDEO NEWS, Mar. 2005

▪ *Kiffmeyer – Too Partisan for the Job?* MINN. LAW & POLITICS, Summer 2004

▪ *Copyright and the Clubhouse,* CONDO MANAGEMENT, Nov. 2003

▪ *Character Counts: Defamation Law for Community Associations,* COMMUNITY UPDATE, Jan. 2003

▪ *Copyright Issues for Free Fall Photographers,* SKYDIVING MAGAZINE, Oct. 2003

▪ *Neither is a Fish or a Bird (the Prisco Decision),* 25 ACTIONLINE 4, (2003)

▪ *Satellite Dishes and Community Associations*, CONDO MANAGEMENT, (2003)

▪ *The Forgotten Electoral Controversy*, INTERMEDIA, Apr. 2001

## TELEVISION & RADIO GUEST APPEARANCES

▪ *The Daily Share*: *Discussing the Redskins Trademark Decision* (Headline News Network July 9, 2015)

▪ *Ralston Reports: Anti-SLAPP?* (Apr. 23, 2015)

▪ *Ralston Reports: First Amendment and SLAPP Cases* (Aug. 7, 2014)

▪ *Michael Smerconish Show: Sterling, Sam and Free Speech* (CNN May 17, 2014)

Marc J. Randazza, JD, MAMC, LLM
**CURRICULUM VITAE**

- *CNN Newsroom: Was Leak of NBA Owner's Rant 'Morally Wrong'* (CNN May 1, 2014)

- *Legal View with Ashleigh Banfield: What's Next for Donald Sterling?; The First Amendment and a Technological Surveillance Society* (CNN Apr. 30, 2014)

- *Democracy Now!: Steubenville Rape Trial* (Feb. 2013)

- CNN, *Discussing the Steubenville Rape Case* (Feb. 2013)

- Reason TV: *Discussing Steubenville Rape Case* (Feb. 2013)

- *Crime, Inc.: Discussing Copyright Law* (CNBC Aug. 29, 2012)

- NBC Las Vegas: *Internet providers turn to attorneys to protect content* (KSNV July 25, 2013)

- NBC Bay Area: *Porn Copyright Trolls* (July 3, 2012)

- National Public Radio: *On the Media, Combating "Bad" Speech with More Speech* (Apr. 6, 2012)

- KLAS-TV: *Economic Diversity By Legalizing Marijuana* (Mar. 26, 2012)

- *State of Nevada, The End of Righthaven*, (Nevada Public RadioMar. 22, 2012)

- *Michael Savage: First Amendment Attorney Speaks About Freedom of Speech* (Mar. 14, 2012)

- *Cyber Law and Business Report: Randazza, Righthaven and Roger Williams* (Dec. 21, 2011)

- *Congress Weighs Law Against Some Lawsuits* (National Public Radio Apr. 2, 2010)

- *Cyber Harassment and the Law* (National Public Radio Mar. 3, 2009)

- Fox 35 Orlando: *Kids Can't Play Outside Condos* (Mar. 3, 2009)

- Fox 35 Orlando: *New Year's Festivities and the Law* (Dec. 30, 2008)

- Fox 35 Orlando: *Teacher to Blame Hormones* (Nov. 19, 2008)

- Fox 35 Orlando: *Target Mis-prices Car Seats* (Nov. 18, 2008)

- *Lisa Macci's The Justice Hour: Discussing new Sex Laws and The Theory of Intentional Sex Torts* (WWNN July 14, 2008)

- *The Curtis Sliwa Show, discussing the Bauer v. Wikipedia defamation case, and Section 230* (WABC: New York July 1, 2008)

- *Lisa Macci's The Justice Hour: Discussing the Connection Distribution case and Section 2257* (WWNN May 5, 2008)

- *Fox and Friends: The First Amendment and the "Lyrical Terrorist"* (Fox News Nov. 10, 2007)

- *Fox and Friends: Discussing Bradenton High School "Body Painting" Issue* (Fox News Oct. 18, 2007)

- *Lisa Macci's The Justice Hour: SLAPP suits and attorney ethics* (WWNN Jul. 2, 2007)

- *Fox and Friends: Discussing Don Imus' Comments about the Rutgers' Basketball Team* (Fox News Apr. 10, 2007)

- *Lisa Macci's The Justice Hour: Restrictions on Attorney Speech* (WWNN Jan. 22, 2007)

- *CNBC: On the Money, Discussing online gambling and prosecutions* (Jan. 16, 2007)

- *Domain Masters: Discussing domain law, gaming law, and First Amendment law with Monte Cahn.* (Dec. 22, 2006)

- *Bess Kargman: "Blogsuits" What Effect will Libel Threat Have on the Blogosphere?* (Oct. 23, 2006)

- *The Lineup: Video Games and the First Amendment* (Fox News Sept. 30, 2006)

- *The Lineup: First Amendment and Prisons* (Fox News Sept. 9, 2006)

- *Heartland with John Kasich: First Amendment Issues and Public Schools* (Fox News Dec. 30, 2005)

- *Dayside: Commentary on Church-State Issues* (Fox News Nov. 9, 2005)
- *Heartland with John Kasich: Commentary on Separation of Church and State* (Fox News Oct. 15, 2005)
- *Live: Commentary and Debate on Online Vote Pairing* (Fox News Oct. 17, 2004)
- *Bob Frantz Show: News/Talk 1370: Discussing Election Law Issues* (Oct. 10, 2004)

## REPORTED CASES

- Tobinick v. Novella, 43 Media L. Rep. 1803 (S.D. Fla. June 4, 2015)
- NML Capital, Ltd. v. Republic of Argentina, 2015 U.S. Dist. LEXIS 20722 (D. Nev. Feb. 19, 2015)
- Chevaldina v. R.K./FL Mgmt., 133 So. 3d 1086 (Fla. 3d DCA 2014)
- Expert Witness Case: Calista Enters. v. Tenza Trading, 43 F. Supp. 3d 1099 (D. Or. 2014)
- Jones v. Dirty World Entm't Recordings, 755 F .3d 398; 42 Media L. Rep. 1984 (6th Cir. 2014). Counsel for amicus curiae.
- Comins v. VanVoorhis, 135 So. 3d 545; 42 Media L. Rep. 2021 (Fla. 5th DCA 2014)
- Liberty Media Holdings v. Henson, 516 F. App'x. 673 (9th Cir. 2013)
- Righthaven LLC v. Hoehn, 716 F.3d 1166 (9th Cir. 2013)
- Rakofsky v. Washington Post, 971 N.Y.S.2d 74, 2013; 41 Media L. Rep. 1863 (N.Y. 2013)
- Katz v. Chevaldina, 900 F. Supp. 2d 1314 (S.D. Fla. 2012)
- AIRFX.com v. AirFX, 2012 U.S. Dist. LEXIS 31541, 2012 WL 780941 (D. Ariz. 9 Mar. 2012)
- Liberty Media Holdings v. Vinigay.com, 2012 U.S. Dist. LEXIS 24978, 2012 WL 641579 (D. Ariz. 28 Feb. 2012)
- Sanchez v. Joel, 94 So. 3d 594, (Fla. 2d DCA 2012)
- Liberty Media Holdings, LLC v. BitTorrent Swarm, 277 F.R.D. 669 (S.D. Fla. 2011)
- Righthaven v. Hoehn, 792 F. Supp. 2d 1138, (D. Nev. 2011)
- Righthaven v. Wolf, 813 F. Supp. 2d 1265, (D. Colo. 2011)
- Doe v. Fry, 22 Fla. L. Weekly 378, (M.D. Fla. 2010)
- Ricks v. BMEzine.com, 727 F. Supp. 2d 936, (D. Nev. 2010)
- Internet Solutions v. Marshall, 39 So. 3d 1201 (Fla. 2010)
- Internet Solutions v. Marshall, 611 F.3d 1368 (11th Cir. 2010)
- Internet Solutions v. Marshall, 557 F .3d 1293 (11th Cir. 2009)
- Solid Host, NL v. Namecheap, Inc., 652 F. Supp. 2d 1092 (C.D. Cal. 2009)
- Porter v. Bowen, 496 F .3d 1009 (9th Cir. 2007) (Not counsel in case, but my law review article was cited in the decision)
- Salle v. Meadows, 2007 U.S. Dist. LEXIS 92343, 2007 WL 4463920 (M.D. Fla. Dec. 17, 2007)

## ADMITTED TO PRACTICE

**States**

- Massachusetts (2002)
- Florida (2003)
- California (2010)
- Arizona (2010)
- Nevada (2012)
- Province of Ontario (pending admission)

**Federal Courts**

- United States Supreme Court
- 1st Circuit Court of Appeals
- 6th Circuit Court of Appeals
- 7th Circuit Court of Appeals
- 9th Circuit Court of Appeals
- 10th Circuit Court of Appeals
- 11th Circuit Court of Appeals
- U.S. Court of Appeals for the Federal Circuit
- U.S. District Court - District of Arizona
- U.S. District Court - Northern District of California
- U.S. District Court - Eastern District of California
- U.S. District Court - Central District of California
- U.S. District Court - Southern District of California
- U.S. District Court - District of Colorado
- U.S. District Court - Middle District of Florida
- U.S. District Court - Northern District of Florida
- U.S. District Court - Southern District of Florida
- U.S. District Court - Northern District of Ohio
- U.S. District Court - District of Massachusetts
- U.S. District Court - Eastern District of Michigan
- U.S. District Court - District of Nevada
- U.S. District Court - Northern District of Texas
- U.S. District Court - Eastern District of Wisconsin

# EXHIBIT B

*Curriculum Vitae*
Ronald D. Green

**RONALD D. GREEN, JR.**
**Curriculum Vitae**

**EDUCATION**

**Juris Doctor**
University of Pittsburgh School of Law – Pittsburgh, Pennsylvania – 2000
*Summa Cum Loude*
Member – University of Pittsburgh Law Review
Member – University of Pittsburgh Chapter, American Inns of Court

**Bachelor of Arts in Political Science**
Washington & Jefferson College – Washington, Pennsylvania – 1997
*Cum Laude*
Minor in Sociology

**LEGAL PRACTICE EXPERIENCE**

**Randazza Legal Group**
Las Vegas, Nevada
Partner
May 2012 – Present
- *Litigation and Appellate Responsibilities*
  - Trademark, copyright, unfair competition, and domain name litigation in federal and state courts
  - Commercial litigation in federal and state courts
  - First Amendment litigation in federal and state courts
  - Defamation litigation in federal and state courts
  - Appellate practice in federal and state courts
  - Cancellation and opposition proceedings before the Trademark Trial and Appeal Board of the United States Patent and Trademark Office
  - Domain name arbitration under the Uniform Domain-Name Dispute-Resolution Policy before the World Intellectual Property Organization
  - Commercial arbitration before the American Arbitration Association and the Judicial Arbitration and Mediation Service
- *Transactional Responsibilities*
  - Advising clients regarding intellectual property law, including trademark law and copyright law
  - Advising clients regarding Internet law and the establishment and maintenance of an Internet brand, including domain name registration and optimizing search engine results
  - Negotiating and drafting agreements for clients, including settlement, non-disclosure, non-competition, employment, termination, right of publicity, trade secret protection, and intellectual property licensing
  - Drafting online agreements, including terms and conditions and privacy policies

       o   Providing advice to clients regarding compliance with federal and state law in business transactions

**Hall, Jaffe, & Clayton**
Las Vegas, Nevada
Associate Attorney
March 2011 – April 2012
- *Litigation Responsibilities*
  - Insurance defense practice in Nevada state and federal courts
  - Insurance coverage practice in Nevada state and federal courts
  - Evidence preservation
  - Site inspection and investigation
  - Coordination and supervision of expert witness discovery

**Greenberg Traurig, LLP**
Las Vegas, Nevada
Associate Attorney
June 2003 – February 2011[1]
- *Litigation Responsibilities*
  - Chair of the Las Vegas office's domain name litigation and arbitration group, establishing the firm template for cybersquatting litigation pursuant to the Anti-cybersquatting Consumer Protection Act and domain name disputes pursuant to the Uniform Domain-Name Dispute-Resolution Policy
  - Co-chair of the Las Vegas office's seizure group, participating in the seizure of counterfeit goods on an expedited basis
  - Trademark, copyright, unfair competition, and patent litigation in federal and state courts
  - Right of publicity litigation in federal and state courts
  - Litigation under the Racketeer Influenced and Corrupt Organization Act in federal courts
  - Product liability litigation in federal and state courts
  - Defamation litigation in federal and state courts
  - Fraud litigation in federal and state courts
  - Commercial litigation in federal and state courts
  - Cancellation and opposition proceedings before the Trademark Trial and Appeal Board of the United States Patent and Trademark Office
- *Transactional Responsibilities*
  - Advising clients regarding intellectual property law, including trademark law and copyright law
  - Advising clients regarding Internet law and the establishment and maintenance of an Internet brand, including domain name registration and optimizing search engine results
  - Negotiating and drafting agreements for clients, including settlement, non-disclosure, non-compete, and intellectual property licensing

---

[1] From June 2003 until August 2005, the firm was known as Quirk & Tratos.  In August 2005, Quirk & Tratos became the Las Vegas office of Greenberg Traurig.

**Hale Lane Peek Dennison and Howard**
Las Vegas, Nevada
Associate Attorney
August 2000 – June 2003
- *Litigation and Appellate Responsibilities*
  - Litigation under the Racketeer Influenced and Corrupt Organization Act in federal and state courts
  - Intellectual property litigation in federal and state courts
  - Fraud litigation in federal and state courts
  - Commercial litigation in federal and state courts

## CLERKSHIPS

**Israel, Wood, & Puntil**
Pittsburgh, Pennsylvania
Law Clerk and Summer Associate
Summer 1999 – April 2000
- Research and drafting memoranda in complex and commercial litigation matters

**Superior Court of Pennsylvania**
Pittsburgh, Pennsylvania
Judicial Intern for the Honorable Joseph Del Sole
Summer 1998
- Writing memoranda of law and recommendations for Judge Del Sole

**University of Pittsburgh School of Law**
Pittsburgh, Pennsylvania
Research Assistant for Professor Rhonda Wasserman
Summer 1998
- Research and editing assistance for Rhonda Wasserman, *Dueling Class Actions*, 80 Boston University Law Review 461 (2000)

## BAR ADMISSIONS AND LEGAL AFFILIATIONS

Nevada (2000)
United States Court of Appeals for the Ninth Circuit
United States Court of Appeals for the Federal Circuit
United States District Court for the District of Nevada
United States District Court for the District of Colorado
United States District Court for the Eastern District of Wisconsin
First Amendment Lawyers Association
Federal Bar Association
American Bar Association
Nevada Bar Association
Clark County Bar Association

**COMMUNITY AFFILIATIONS**
Children's Attorney Project *pro bono* volunteer for Clark County Legal Services
Las Vegas Chamber of Commerce
Technology Business Alliance of Nevada
Opportunity Village
Junior Achievement of Southern Nevada

**PUBLICATIONS, SPEECHES, AND SEMINARS**

- Contributor to the Legal Satyricon Law Blog (2012 – Present)
- Article: "Moving to Nevada," XBiz (Nov. 18, 2012)
- Treatise Chapter: "In Rem Actions Under the Anti-cybersquatting Consumer Protection Act, *McGrady on Domain Names* (2007)
- Article: "Should UDRP Panels Go Beyond the Record?," LexisNexis (2007)
- Article: "The Continued Failure of Whois Reform," LexisNexis (2007)
- Article: "Recruiting Tips for Associates," Communique (August 2007)
- CLE Lecture: Electronic Data Discovery (2005)
- CLE Lecture: Cybersquatting and the Anti-cybersquatting Consumer Protection Act (2003)

**QUOTES AND REFERENCES**

- "Update: Details on Microsoft Takeover," No-IP (July 10, 2014)
- "$40M Suit Alleges BadBoyReport 'Scraped' Content," XBiz (May 7, 2013)
- "Oron Files Another Appeal in Corbin Fisher Case," XBiz (Sept. 8, 2012)
- "www.catchusifyoucan.com," Las Vegas Business Press (March 31, 2008)

# EXHIBIT C

*Curriculum Vitae*
D. Gill Sperlein

# D. GILL SPERLEIN, OF COUNSEL
## CURRICULUM VITAE

**RANDAZZA** | LEGAL GROUP

345 Grove Street, San Francisco, CA 94102
3625 South Town Center Drive, Las Vegas, NV 89135
+1.702.420.2001
dgs@randazza.com

**Education**

**JURIS DOCTOR (JD)**
AMERICAN UNIVERSITY - WASHINGTON COLLEGE OF LAW - 1994
*Summa Cum Laude*

**BACHELOR OF ARTS IN INTERNATIONAL STUDIES (BA)**
TOWSON STATE UNIVERSITY  - 1989
*Concentrations in Geography and French*

**THE LAW OFFICE OF D. GILL SPERLEIN, Managing Partner**
June 2009 to Present
- *Litigation and Appellate Responsibilities*
  - First Amendment litigation in federal and state courts
  - Trademark and copyright infringement litigation in federal court
  - Defamation litigation in federal and state courts
  - Appellate practice in federal appellate courts
  - Domain name disputes in federal courts and international arbitration
  - Insurance defence, contract disputes
- *Transactional Responsibilities*

**Legal Practice Experience**
  - Providing advice to clients on First Amendment, copyright, trademark, domain name law, internet law, entertainment law, contracts, and employment matters
  - Trademark registration practice in United States
  - Negotiating and drafting intellectual property agreements including right of publicity, non-competition, trade secret protection agreements, and licensing agreements
  - Drafting online affiliate agreements, terms & conditions, and privacy policies
  - Providing advice on state, and federal regulatory matters
  - Business entity formation

**RANDAZZA LEGAL GROUP, Of Counsel**
August 2013 to Present
- *Litigation and Appellate Responsibilities*
  - First Amendment litigation in federal and state courts
  - Trademark and copyright infringement litigation in federal court
  - Defamation litigation in federal and state courts
  - Appellate practice in federal appellate courts
  - Domain name disputes in federal courts and international arbitration
- *Transactional Responsibilities*
  - Providing advice to clients on First Amendment, copyright, trademark, domain name law, internet law, entertainment law, contracts, and employment matters

**IO GROUP, INC., GENERAL COUNSEL**
March 2002 to June 2009
- *Litigation and Appellate Responsibilities*
  - Prosecute trademark and copyright infringement claims in federal court

  - o   Develop and implement subpoena response procedures
- *Transactional Responsibilities*
  - o   Developing, implementing, and overseeing high level strategies for protecting intellectual property
  - o   Trademark registration practice
  - o   Negotiating and drafting intellectual property agreements including right of publicity transactions, and licensing agreements
  - o   Drafting online affiliate agreements, terms & conditions, and privacy policies
  - o   Drafting website reviews for clients to assist in intellectual property protection, litigation avoidance, and compliance with federal law

### THE LAW OFFICE OF THOMAS STEEL, PA, Associate
June 1996 – June 1998
- *Litigation Responsibilities*
  - o   Defending clients in municipal license proceedings including applying for business licenses and defending against revocation of business licenses
  - o   Defending clients against copyright infringement claims
  - o   Prosecuting product liability, personal injury, and medical malpractice claims

### CROSBY HEAFY ROACH AND MAY (NOW CROSBY ROWELL), Litigation Support
June 1994 – June 1996
- *Litigation Responsibilities*
  - o   Reviewing for privilege, and organizing for discovery and trial hundreds of thousands of documents as part of litigation team defending clients in high profile toxic tort litigation

**Admitted To Practice**

**States**
California (1994)

**Federal Courts**
United States Supreme Court
5th Circuit Court of Appeals
9th Circuit Court of Appeals
U.S. Court of Appeals for the Federal Circuit
U.S. District Court - Northern District of California
U.S. District Court - Eastern District of California
U.S. District Court - Central District of California
U.S. District Court - Southern District of California
U.S. District Court - Western District of New York
U.S. District Court - Northern District of Texas

**Publications**

- *The State of Adult Content Piracy*, XBIZ July 29, 2009
- *Global Freezing: Issue of Disgorgement*, XBIZ July 19, 2013
- *Corpus Juris: Checking Their Rep*, XBIZ, November 18, 201
- *Corpus Juris: Filming in California?*, XBIZ, January 17, 2014
- *Is It Legal to Shoot Porn in Your State?*, XBIZ, March 30, 2014

**Quotes and Interviews in Newspapers, Magazines, and other Publications**

**Newspapers and Magazines**
- Castro Nudists Take on the Same Fight With a New Attorney, *SF Weekly*, March 10, 2014
- Tubular hell: Why pornographers no longer love the web, *The Economist*, September 2010

**Online Only Sources**
- As Numbers of gTLDs Rise, So Do Cybersquatting Claims, XBiz, July 23, 2014
- Popehat Signal Update: Dream Team Victory in Texas, Popehat, July 6, 2014
- Landmark Copyright Suit Between Viacom, YouTube Is Settled, XBiz, March 18, 2014
- Sex Workers Launch a Bold Strategy to Overturn Prostitution Laws in the Courts, 48 Hills the Secrets of San Francisco, January 28, 2014
- Popehat Signal Update: Dream Team Takes On Litigious AIDS Denier In Texas, Popehat, August 15, 2013
- Battlefoam Learns Why Legal Threats Can Be Dangerous, Popehat, May 2, 2013
- FSC Announces APAP Implementation Deals With Tubes, Adult Video News, October 7, 2010
- Nine Studios and XVideos.com Partner to Police Copyrights, Adult Video News, October 4, 2010
- Anti-Piracy Campaign Documents Massive Views of Infringed Content, Adult Video News, June 28, 2010
- Titan Wins $1.35M Judgment, Adult Video News, May 28, 2010
- FSC Announces Anti-Piracy Action Program, Adult Video News, February 5, 2010
- Titan Drops Legal Bomb on MonsterC***Tube.com Owners at Internext, Adult Video News, August 11, 2009
- Titan Receives $1.275 Million Judgment in Piracy Case, Adult Video News, April 14, 2008
- Titan Sues Houston Retailer Over Copyright Infringement, Adult Video News, February 28, 2008
- Titan Sues Online Gay Porn Piracy Ring, Adult Video News, October 7, 2007
- U.S. Lawmakers Revive Copyright Bill, Adult Video News, March 1, 2007
- Adult Content Tops List of P2P Downloads, Adult Video News, December 20, 2006
- Titan Shuts Down Rainbow-Zone, Auction to be Held April 19, Adult Video News, April 11, 2006
- Titan Media Sets Precedent in Copyright Infringement Case, Adult Video News, November 1, 2005
- P2P Can Be Sued for Infringement, Adult Video News, June 27, 2005
- CA Lawmakers Want Jail, Fines for Anonymous P2Pers, Adult Video News, March 19, 2004
- Titan Wins A Motion To Dismiss In P2P Suit, Adult Video News, December 4,

2003
- Titan Wins Judgment against David Forest in Copyright Suit, Adult Video News, April 17, 2003

**Speaking Engagements**

- **XBIX 360° Digital Media Conference**, Legal Update: Hot-Button Issues Impacting Adult Entertainment, Lectured on broad range of issues relating to adult oriented businesses, January 23, 2014, Los Angeles, CA
- **Federal Judicial Center**, BitTorrent Litigation in the Federal Courts, lectured on legal, ethical, and technological issues relating to litigation involving bit torrent and other peer-to-peer technologies for federal judges and other court personal, October 3, 2013, Webinar
- **California State Bar, 38th Annual Intellectual Property Institute,** Copyrights or Copywrongs: Is the Current System Working, lectured on current issues of concern regarding copyright enforcement, November 8, 2013, Berkeley, CA
- **First Amendment Lawyers' Association,** SLAPP Suits and SLAPP Legislation, Lectured on updates in defamation law and related litigation in prominent cases across the country, July 13, 2013, Philadelphia, PA
- **Phoenix Forum,** Legal 101, Lectured to adult business owners and operators on a broad array of legal issues concerning adult oriented businesses, April 11, 2013, Phoenix, AZ
- **XBIX 360° Digital Media Conference**, Beyond DMCA: The Fight Against Piracy, lectured on ethical, legal, and technological issues relating to enforcing copyrights on the Internet, January 11, 2013, Los Angeles, CA
- **Phoenix Forum,** Piracy 401, lectured on high level legal, ethical, and technological issues relating to Internet based piracy, April 1, 2012, Phoenix, AZ
- **X-BIZ Conference**, Top Legal Issues of 2012 and Beyond Presented by FSC, lectured on political, legal, and ethical issues relating to proposed federal legislation referred to as Stop Online Piracy Act (SOPA), January 10, 2012, Los Angeles.
- **University of San Francisco School of Law, Internet and Intellectual Property Justice Clinic**, The Highs and Lows of Bit Torrent Litigation, Guest lectured to law clinic students on legal, technological, and ethical issues relating to copyright litigation involving the digital transfer of works through bit torrent and other peer-to-peer technologies, April 27, 2011, San Francisco, CA
- **First Amendment Lawyers Association,** Free Speech and the Internet - An Update, lectured on recent legal developments involving free speech on the Internet, February 24, 2011, Washington, DC.
- **Internext Expo 2011**, The Elephant in the Room: Is Suing End Users a Good Idea?, lectured on legal, technological, and ethical issues relating to copyright litigation involving the digital transfer of works through bit torrent and other peer-to-peer technologies, January 10, 2011, Las Vegas, NV
- **Adult Entertainment Expo**, Arthur Schwartz Legal Seminar, lectured on legal issues facing adult oriented business, January 8, 2011, Las Vegas, NV
- **Content Protection Retreat,** DMCA Myths & Realities Revealed, panelist on discussion designed to go beyond the DMCA basics and provide critical information for content owners, October 18, 2010, Tucson, AZ

- **Content Protection Retreat,** Digital Fingerprinting-Filtering, Monetizing, Demonstration, panelist on discussion to inform content owners of technological ways to use digital fingerprinting to locate infringing content on the Internet and programs designed to convert infringement of their works on the Internet into revenue.  October 19, 2010, Tucson, AZ
- **Content Protection Retreat,** Copyright Process, Litigation Prep & Outcomes, panelist on discussion to inform content owners on issues of copyright registration and how to prepare for possible litigation, October 19, 2010, Tucson, AZ
- **Content Protection Retreat,** End User Litigation Services, panelist on discussion to inform content owners of legal, moral, and business issues relating to suing individuals who use bit torrent and other technologies to trade pirated copies of works on the Internet, October 19, 2010, Tucson, AZ
- **Adult Entertainment Expo**, Ripped Off! Imitation Is the Sincerest Form of Thievery, August 8, 2010, Hollywood, FL
- **Adult Entertainment Expo**, Essential Knowledge for Retailers, Letured on legal issues relating to operating an adult oriented retain business, August 8, 2010, Hollywood, FL
- **First Amendment Lawyers Association,** Free Speech and the Internet - An Update, Lectured on recent developments involving free speech on the Internet, July 22, 2010, Denver, CO
- **XBIZ LA Conference**, Legal Seminar, lectured on legal issues relevant to the adult entertainment industry, February 9, 2010, Los Angeles, CA
- **Adult Entertainment Expo,** Legal Seminar, lectured on 18 U.S.C. 2257 a federal regulation requiring adult production companies to gather, index, and retain age verification records for performers, Hollywood, FL, August 7, 2009
- **FSC Summit: How to Survive and Thrive in the Digital Environment**, To Sue or Not to Sue and What's to Gain?" Lectured on legal and technological issues relating to operating on-line adult entertainment businesses, November 18, 2008, Los Angeles, CA
- **California State Assembly, Revenue & Tax Committee**, testified to the State Assemby Revenue and Tax Comitteee on the constitutionality of a bill that would have required mandatory use of condoms in adult film production in California, May 12, 2008, Sacramento, CA
- **GAYVN Summit**, Lectured on ways to use the executive and legal branches of government to reduce the effect of piracy on digital communication businesses, February 18, 2008, San Francisco, CA
- **Internext**, Piracy Roundtable, Lectured on ways to use the executive and legal branches of government to reduce the effect of piracy on digital communication businesses, January 15, 2008, Las Vegas, NV
- **First Amendment Lawyers Association,** Piracy and Related Issues, lectured on copyright infringement on the Internet, February 5, 2009, New Orleans, LA
- **California Free Speech Lobbying Days**, met with various state senators and assembly members concerning legislative issues effecting free speech in California, April 25, 2006, Sacramento, CA
- **ASACP, Industry Executive Forum**, lectured on legal and technological issues relating to access to adult material on line, December, 2005, Los Angeles, CA
- **National Gay and Lesbian Task Force, Creating Change Conference,** That's

Obscene! Pornography, the Government, and You!, lectured on legal issues relating to the adult entertainment industry specifically as those issues concern gay, lesbian, bisexual, and transgendered people, November 13, 2005, Oakland, CA

- **California Free Speech Lobbying Days,** met with various state senators and assembly members  concerneing legislative issues effecting free speech in California, Sacramento, CA, April 19, 2005
- **California State Assembly Labor Committee**, Adult Industry Health and Safety Hearing, testified at a public hearing concerning health and safety issues relating to the adult entertainment production industry, Van Nuys, CA, June 4, 2004
- **California State Assembly Health Committee**, testified at a hearing on AB 2798, a bill that would have required mandatory HV testing and mandatory condom use in all adult film productions in California, Sacramento, CA, May 4, 2004

**Professional Organizations**

First Amendment Lawyers Association
Bay Area Lawyers for Individual Freedom
Free Speech Coalition

# EXHIBIT D

*Curriculum Vitae*
J. Marshall Wolman

## Jay Marshall Wolman

11 High Farms Road, West Hartford, Connecticut 06107; (860) 206-1671 (h); (617) 435-9658 (m); wolman@wolmanlegal.com

EXPERIENCE:
**Raymond Law Group, LLC, Glastonbury, CT, *Sr. Associate*, 2012-2013; *Counsel*, 2014-2015**
Practiced civil litigation, with emphasis on employment law and technology sector.  Responsible for majority of firm's active litigation practice, in state and Federal courts and before administrative agencies and ADR neutrals.  Draft and edit pleadings, discovery, motions and briefs.  Take depositions, argue motions, and examine witnesses in contested proceedings.  Counsel clients through cases, from intake to resolution.  Negotiate and settle disputes, pre-suit and up through trial.  Active in firm's online and in-person marketing, including appearance on television news.
- *New England Super Lawyer: Rising Star—2013, 2014 & 2015; Martindale-Hubbell*, AV® Rated
- *CIPP/US ®* Certified by the Int'l Assoc. of Privacy Professionals

**D'Angelo & Hashem, LLC, Boston, MA, *Senior Associate*, 2006-2012**
Primarily practice civil litigation and employment law.  Litigate nearly all of firm's civil litigation practice, including class actions and complex litigation, in state and Federal courts.  Handle all aspects of litigation, including jury trial and appellate practice.  Represent clients before state and Federal administrative agencies.  Appear on behalf of clients in disciplinary proceedings, arbitrations, and mediations.  Counsel clients on wide range of civil concerns.  Negotiate settlements of cases, employment contracts and severance agreements.  Craft and implement public relations strategies on high profile cases.  Mentor junior associates on litigation practice.
- *New England Super Lawyer: Rising Star—2011.*

**ADR Partners, LLC, f/k/a ADR Associates, LLC,  Washington, DC, *Associate*, 2000-2006**
Investigated and supervised disposition of over 70,000 petitions in major class-action settlement.  Drafted and edited arbitration decisions.  Managed dispute resolution mechanisms for third parties, as Project Manager for the D.C. Office of Police Complaints and Program Director for the American Health Lawyers' Association ADR Service.

**Nat'l Labor Relations Board, Off. of Rep. Appeals, Washington, DC, *Student Assistant (Legal)*, Summer 1999**
Performed extensive research on labor representation matters.  Met with and presented cases to Board members for decision.  Drafted case analyses and prepared final orders for Board members for decision.

**U.S. Dep't of Commerce, Off. of Gen. Counsel, Emp. & Labor Law Div., Washington, DC,  *Paralegal Specialist*, Summer 1998**
Performed extensive research in Federal labor and employment law.  Drafted motions and discovery for cases before the Equal Employment Opportunity Commission, Merit Systems Protection Board, Federal Labor Relations Authority & Foreign Service Grievance Board.

EDUCATION:
**Georgetown University Law Center, Washington, DC, Juris Doctor, May 2000**
Clinical Experience:   Institute for Public Representation—litigate disability rights and aviation cases in Federal courts.
Research Assistantship:  Prof. Joseph A. Page—workers' compensation and occupational safety & health law.
Law Journal:  Georgetown Journal on Poverty Law & Policy—*Managing Editor (1999-2000).*
**Honors:**  Dean's List

**Cornell University,  New York State School of Industrial and Labor Relations, Ithaca, NY, Bachelor of Science in Industrial and Labor Relations, May 1997**
Credit Internship:  U.S. House of Representatives, Committee on Economic and Educational Opportunities, Fall 1996
**Honors:**  Dean's Scholar, Dean's List

BAR ADMISSIONS:
- State of Connecticut
- Commonwealth of Massachusetts
- State of New York
- District of Columbia
- U.S. District Courts for the Districts of Columbia, Massachusetts, and Connecticut
- U.S. Courts of Appeals for the First & Second Circuits
- U.S. Supreme Court

Jay Marshall Wolman
11 High Farms Road, W. Hartford, Conn. 06107/(860) 633-0589 (h)/ (617) 435-9658 (m)/wolman@wolmanlegal.com

ORGANIZATIONAL MEMBERSHIPS:

- Cornell University Class of 1997—*Secretary & Treasurer*, 2007 to 2012
- Cornell Club of Greater Hartford
- International Association of Privacy Professionals, *CIPP/US Certified*, 2014-Present.
- Amer. Bar Assoc., Sec. on Tort, Trial and Ins. Prac., Workers' Comp. & Employers' Liability Cmte.—*Vice Chair* 2011-present, Automobile L. Cmte.—*SubCmte. Chair* 2012-2014; Sec. on Lab. & Emp. Law; Young Lawyers' Div., Disp. Res. Cmte.—*Vice Chair* 2005-2006
- Connecticut Bar Association, Litigation Section—*Comm'n Cmte Co-Chair*, 2014-Present; Young Lawyers' Sec.—*Technology Chair* 2013-2014
- D.C. Bar, Litigation Section, ADR Committee—*Vice Chair* 2005-2006

ADDITIONAL ACTIVITIES:

- EEO/FAD Consultant to JDG Associates, Inc., 2004-2012
- Arbitration Consultant to Joshua Javits/Dispute Resolution Services, 2003-2006
- Arbitrator with Better Business Bureaus, 2002-2006
- Mediator with Montgomery County State's Attorney's Office, 2001-2006
- Mediator with Community Dispute Resolution Center, 2001-2006
- Mediator & Conciliator with DC Office of Human Rights, 2002-2006
- Mediator with SquareTrade, Inc., 2003-2006
- Panel Mediator & Facilitator with District Court of Maryland, 2004-2006; Recipient of *Certificate of Appreciation*, April 2005; July 2005; April 2006
- Mediator with D.C. Bar Attorney Client Arbitration Board, 2005-2006
- Newsletter Editor, D.C. Chapter, Association for Conflict Resolution, 2002-2006
- Editorial Board of the Online Journal of Peace and Conflict Resolution, 2004-2006

PUBLICATIONS:

J. Wolman, *Recent Developments in FELA Cases*, NEWSLETTER OF THE ABA TORT TRIAL & INS. PRAC. SEC., COMM. ON WORKERS' COMPENSATION AND EMPLOYER LIABILITY (forthcoming 2015).

J. Wolman, *Corporate Image, Social Media& NLRB: A Dangerous Intersection*, CT LAW TRIB. (Oct. 19, 2012).

J. Wolman & S. Hashem, *Will Health Care Reform Hasten the Demise of No-Fault Insurance?* 14 TORTSOURCE 1 (Spring 2012).

J. Wolman & S. Hashem, *Filling the Bill: Collateral Sources as Evidence of Medical Expenses*, NEWSLETTER OF THE ABA TORT TRIAL & INS. PRAC. SEC., COMM. ON AUTOMOBILE L. (Winter 2011).

J. Wolman & S. Hashem, *Why Can't We Be Friends? On the Pitfalls of Social Media*, NEWSLETTER OF THE ABA TORT TRIAL & INS. PRAC. SEC., COMM. ON AUTOMOBILE L. (Summer 2011).

J. Wolman, *Equity Between the Public & Private Sectors*, 12 GEO. J. ON POV. LAW & POL'Y 243 (Summer 2005).

J. Wolman, *Editor's Corner* & misc. news articles, DC ACR NEWSLETTER (recurring 2002-2006).

LECTURES & PRESENTATIONS:

Presenter, *What EVERY Business Needs to Know about Data Breach & Cyber Liability*, Glastonbury Chamber of Commece, Nov. 2014

Presenter, *Emerging Issues and Recent Updates in Employment Law*, CT Society of CPAs, 2014

Presenter, *Your Rights in the Workplace*, Operation A.B.L.E., Inc., 2008 to 2012

Presenter, *Workplace Rights & Wrongs*, ValleyWorks Career Center, 2009

Instructor of Alternative Dispute Resolution & Client Counseling Team Coach, Georgetown Univ. Law Ctr., 2002-2006

Instructor, *Interview Workshop*, Jubilee Jobs, Inc., 2003-2006

Panelist, *Young Lawyers and Mediation: The Importance of Mediation Skills in the Development of a Young Lawyer's Career*, ABA Section on Dispute Resolution Conference, Apr. 27, 2007

Presenter, *Dealing with Intense Emotions*, Maryland ADR Conference, January 10, 2006

Facilitator, *Table Sharing: Pathways to Peace*, Fairfax Public Schools, Nov. 22, 2005

Facilitator, *An Introduction to Mediation: Northern VA Student Mediation Conference*, Fairfax Pub. Schools, March 2005

Panelist, *What Law Students (and Lawyers) Should Know About ADR*, Am. Univ. Washington Coll. of Law, October 2004

Instructor, *Workplace Street Law*, D.C. Public Schools, Spring 2004 & 2005

Program Chair, *Bottom of the Ninth* (panel on Baseball Arbitration), D.C. Bar, Nov. 2002

Contestant, *Jeopardy!: Game #4617* (ABC television broadcast), Oct. 5, 2004