# **EXHIBIT 9**

Email from Don Juravin
to Michael Podolsky
dated November 4, 2015

**From:** **Michael** michael@pissedconsumer.com
**Subject:** Fwd: Status
**Date:** November 4, 2015 at 12:27 PM
**To:** Marc J. Randazza mjr@randazza.com, support@pissedconsumer.com



Marc,

I received the following message from Don Juravin of Roca Labs...

Regards
Mike

---------- Forwarded message ----------
From: "Don J" <don@rocalabs.com>
Date: Nov 4, 2015 3:23 PM
Subject: Status
To: "Michael" <michael@pissedconsumer.com>, "Alex Syrov" <alex@pissedconsumer.com>
Cc: "Suzette Marteny" <smarteny@slk-law.com>

I have received the following message:  Paul indicated that (1) he would not call Marc; and (2) there's a mediation on Monday that we need to handle.

I have no idea why my attorney will not proceed properly and I am forced therefore to answer you directly: Roca Labs does not oppose the filing of the motion, but reserves its right to oppose the relief requested therein.

As far as the mediation, it seems like in the absence of Paul, not mediation will happen so please cancel.

Thanks,

Don Juravin