UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| ROCA LABS, INC., | Case No: 8:14-cv-02096-VMC-EAJ |
| Plaintiff, | |
| v. | |
| CONSUMER OPINION CORP., and OPINION CORP., | |
| Defendants. | |

**NOTICE OF PARTIAL WITHDRAWAL OF DEFENDANTS'
MOTION FOR FEES AND SANCTIONS (ONLY R.11 AND § 57.105 BASES)**

Defendants Consumer Opinion Corp. and Opinion Corp. hereby partially withdraw their Defendants' Motion for Fees and Sanctions (Doc. # 222) as follows:

In his Response to the motion (Doc. # 223), Attorney Paul Berger suggests that Defendants' claim for fees is not viable under Fed.R.Civ.P. 11, in accordance with *In re Walker*, 532 F.3d 1304 (11th Cir. 2008). That case spoke only to the Bankruptcy Rules, not Fed. R. Civ. P. 11. No controlling case has addressed the interplay of the Fed. R. Civ. P. 11 safe-harbor with an interceding final judgment. However, upon review of *Walker*, the Defense concedes that its logic *could* extend to Fed. R. Civ. P. 11. Rather than burden the court with the necessity of analysis on this question, Defendants voluntarily withdraw their claims under Fed. R. Civ. P. 11 without prejudice.

Similarly, there are no known cases on the similarly worded Fla. Stat. § 57.105 safe harbor.[1] However, Defendants concede that it could be interpreted by this Court consistent with *In re Walker*. Rather than burden the court with analysis on this issue, or a certified question to the Florida Supreme Court to resolve it, the Defendants withdraw their request for fees under Fla.Stat. § 57.105 without prejudice as well.

Defendants are not withdrawing any other arguments in the motion for fees at this time, namely 28 U.S.C. § 1927, FDUTPA (which provides for fee shifting), and the Court's inherent power.

Dated November 18, 2015.

Respectfully Submitted,

*/s/ Marc J. Randazza*
Marc J. Randazza, Esq.
Florida Bar No. 625566
RANDAZZA LEGAL GROUP, PLLC
3625 S. Town Center Drive
Las Vegas, Nevada 89135
Tele: 702-420-2001
Fax: 305-437-7662
Email: ecf@randazza.com

Ronald D. Coleman, Esq.
*Pro Hac Vice*
Joel G. MacMull, Esq.
*Pro Hac Vice*
ARCHER & GREINER, P.C.
Court Plaza South
21 Main Street – Suite 353
Hackensack, New Jersey 07601
Tele: 201-342-6000
Fax: 201-342-6611
Email: rcoleman@archerlaw.com
jmacmull@archerlaw.com

---

[1] Defendants disagree that service was improper. See *Douglas v. Zachry Indus.*, 2015 U.S. Dist. LEXIS 150400 (M.D. Fla. Nov. 5, 2015).

CASE NO.: 8:14-cv-02096-VMC-EAJ

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 18, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that a true and correct copy of the foregoing document is being served upon counsel for Plaintiff, via transmission of Notices of Electronic Filing generated by CM/ECF.

_____<br>
An employee / agent of<br>
RANDAZZA LEGAL GROUP, PLLC